CO-386-online
10/03

# United States District Court
# For the District of Columbia

Brown Helicopters, Inc., United Aeronautical )
Corp., Associated Aircraft Mfg. & Sales, Inc., )
)
)
                    Plaintiff  )    Civil Action No._____
vs                              )
)
United States Department of Defense, )
)
                    Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _Brown Helicopter, United Aeronautical Corp. and Associated Aircraft Mfg._ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Brown Helicopters, United Aeronautical Corp., Associated Aircraft Mfg._ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                          Attorney of Record
                                          _[signature]_
                                          Signature

349811                                John J. Fausti
BAR IDENTIFICATION NO.          Print Name

                                          4301 Connecticut Ave., Suite 453
                                          Address

                                          Washington, D.C.   20008
                                          City             State          Zip Code

                                          (202) 237-0505
                                          Phone Number