IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROWN HELICOPER, INC., UNITED AERONAUTICAL CORP., and ASSOCIATED AIRCRAFT MFG. & SALES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No.<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOHN H. LANE

I, John H. Lane, declare as follows:

1. I am currently the Chief Financial Officer and Corporate Secretary of Brown Helicopters, Inc. ("Brown") and have held that position since 2000. Brown is located at 10100 Ailerson Avenue, Pensacola, Florida.

2. I have personal knowledge of the assertions set forth below based on my experience in working for Brown.

3. Brown is in the business of purchasing surplus government property, which includes the exact same types of components which are included on the aircraft at issue in

this matter. Brown then sells parts from those aircraft to qualified entities for various uses.

4.    Brown's clients include companies in various industries, such as forest fire suppression, logging and construction, which use the same types of aircraft at issue in this matter.

5.    In addition, Brown has sold parts to friendly nations, when approved by the United States government, to help preserve those nations' national security

6.    Brown has been purchasing aircraft components from the federal government since 1978. In 2005 alone, Brown spent $10.3 million in purchasing surplus aircraft and component parts, of which $7 million was paid to the federal government. In 2004, Brown spent approximately $7.4 million for surplus aircraft property, and in 2003 that total was $7.2 million. In 2002, Brown spent $8.2 million and in 2001 it spent $5.2 million in purchasing surplus aircraft parts.

7.    Recently, Brown has purchased aircraft components from the federal government such as C-130 propellers ($350,000), C-130 nose and main landing gear ($64,000), C-130 rudder servos ($36,000), C-130 engine gearboxes ($30,000), H-53 rotor heads (($40,000), helicopter turbine engines ($850,000), as well as entire helicopters ($1,600,000).

8. As mentioned above, these government sales provide Brown with critical parts for use in various industries, such as forest fire suppression, logging and construction, and for meeting the needs of friendly nations which use these aircraft for their own security and routinely need parts to keep them usable.

9. The United States government will also purchase parts from Brown and other surplus parts dealers when the government has a shortage of such parts on hand. This results from the fact that the government cannot retain all of its surplus material, but at times (often many years later) it will have a need for replacement parts it no longer has in stock.

10. The aircraft at issue in this matter are in limited supply and the availability of the components on those aircraft is critical to Brown's continued viability, as well as being critical to those companies which purchase these parts from Brown.

11. It is my understanding that plaintiff DRMS implements a contract it has entered into with Government Liquidation, Inc. to conduct sales of surplus parts pursuant to online bidding processes. A copy of the notice of the sale of the aircraft at issue in this matter is attached hereto as Attachment A.

12. The aircraft which are included in the Government Liquidation sale at issue in this matter contain parts and components which should be coded as "A" or "B" under the Dod Demill Code. This coding means that the parts can be sold for commercial resale.

13. Based on my experience, it is my belief that if those parts were sold for subsequent resale, they would result in significantly more revenue to the government than by selling them for their scrap value only.

14. DRMS' requirement that these aircraft at issue be completely destroyed by the purchaser as a condition of the sale and used solely for scrap purposes will completely destroy the use of any of the aircraft's components for purposes of spare parts or other useable commercial purposes.

I declare under penalty of perjury that the foregoing is true and correct.

___5/5/06___  
Date

John H. Lane

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2006, I caused to be served via facsimile and first-class mail a copy of the foregoing

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

on Kenneth Wainstein, United States Attorney, 555 4th Street, NW, Washington, DC 20530.

_____
John J. Fausti

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2006, I caused to be served via facsimile and first-class mail a copy of the foregoing

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER**

on Kenneth Wainstein, United States Attorney, 555 4th Street, NW, Washington, DC 20530.

_____
John J. Fausti