UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROWN HELICOPTER, INC., UNITED AERONAUTICAL CORP., and ASSOCIATED AIRCRAFT MFG. & SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendant. | Civil Case No. 06-0840 (JR) |

### JOINT MOTION FOR AN ORDER SETTING FORTH THE PARTIES' AGREEMENT AND A SCHEDULE FOR BRIEFING

The parties in the above-referenced case, through undersigned counsel, respectfully request that the Court issue an Order setting forth the parties' agreement to maintain the *status quo* while the parties brief a motion for a preliminary injunction. The parties have conferred regarding plaintiffs' motion for a temporary restraining order and have agreed that pending the Court's approval and issuance of an Order confirming and setting forth the parties' agreement, the parties will maintain the *status quo* as provided in the following agreement, which agreement would moot plaintiffs' pending motion for a temporary restraining order (TRO).

In exchange for plaintiffs' agreement accepting Defendant's commitment not to transfer the subject property pending resolution of the plaintiffs' request for preliminary injunctive relief and acknowledging that the TRO is mooted by this commitment, Defendant agrees not to transfer any of the surplus government aircraft at issue in the auction/sale currently being conducted on behalf of the Defense Reutilization and Marketing Service (DRMS) before this Court holds a hearing on plaintiffs' motion for a preliminary injunction. The parties have conferred and agreed to the

following briefing schedule, again pending this Court's approval. The plaintiffs' motion for a preliminary injunction shall be filed on or before May 23, 2006, and defendant's response is due by May 30, 2006. Any reply by plaintiffs is due by June 2, 2006, and the Court will schedule a hearing on the motion before June 9, 2006. (Counsel for defendant is unavailable on June 7, 2006.) The parties' understand that the Court may rule from the bench on the motion.

WHEREFORE, the parties respectfully request that the Court grant this joint motion.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| John J. Fausti | KENNETH L. WAINSTEIN, D.C. Bar # 451058 |
| D.C. Bar No. 349811 | United States Attorney |
| Fausti & Associates, LLC | |
| 4301 Connecticut Avenue, NW | |
| Suite 453 | /s/ |
| Washington, DC 20008 | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| (202) 237-0505 (phone) | Assistant United States Attorney |
| (202) 237-7566 (fax) | |
| jfausti@faustilaw.com | |
| | /s/ |
| Counsel for Plaintiffs | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |
| | (202) 514-8780 (Facsimile) |

Dated: May 8, 2006