AO 440 (Rev. DC -September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Brown Helicopter, Inc., United Aeronautical Corp., Associated Aircraft Mfg. & Sales, Inc.,

    Plaintiffs,

V.

United States Department of Defense,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00840

JUDGE: James Robertson

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 05/08/2006

TO: (Name and address of Defendant)

The Honorable Alberto Gonzalez
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Fausti, 4301 Connecticut Avenue, N.W., Suite 453, Washington, D.C. 20008

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY - 5 2006

CLERK                                      DATE

*/s/ Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  May 8, 2006 |
| NAME OF SERVER *(PRINT)*  Odyssey Gray | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  U.S. Certified mail to The Honorable Alberto Gonzalez, Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC. 20530-001

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  N/A | SERVICES  — | TOTAL  N/A |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/8/06
              Date          Signature of Server

Address of Server:  4301 Connecticut Ave, NW, Ste. 453
                    Washington, DC 20008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.