AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Brown Helicopter, Inc., United Aeronautical
Corp., Associated Aircraft Mfg. & Sales, Inc.,

<table>
<tr><td align="center">Plaintiffs,</td><td align="center">**SUMMONS IN A CIVIL CASE**</td></tr>
<tr><td align="center">V.</td><td></td></tr>
</table>

United States Department of Defense,

Defendant.

CASE

CASE NUMBER   1:06CV00840

JUDGE: James Robertson

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 05/08/2006

TO: (Name and address of Defendant)

*U. S. DEPARTMENT OF DEFENSE*

*SERVE:* The Honorable Donald Rumsfeld
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Fausti, 4301 Connecticut Avenue, N.W., Suite 453,
Washington, D.C. 20008

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY - 5 2006

CLERK                                          DATE

*Maureen Higgins*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 8, 2006 |

| NAME OF SERVER *(PRINT)* Odyssey Gray | TITLE Legal Assistant |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): U.S. Certified Mail to The Honorable Donald Rumsfeld, Secretary of Defense, 1000 Defense Pentagon, Washington, DC 20301- 1000

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | — | N/A |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/8/06
_____          _____
Date                          Signature of Server

4301 Connecticut Ave, NW, Ste. 453
Address of Server   Washington, DC  20008

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.