AO 440 (Rev. DC September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Brown Helicopter, Inc., United Aeronautical Corp., Associated Aircraft Mfg. & Sales,

Plaintiffs,

V.

United States Department of Defense,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00840

JUDGE: James Robertson

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 05/08/2006

TO: (Name and address of Defendant)

Kenneth Wainstein
United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Fausti, 4301 Connecticut Avenue, N.W., Suite 453,
Washington, D.C. 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            MAY - 5 2006
CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  May 8, 2006 |
| NAME OF SERVER (PRINT)  Odyssey Gray | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Certified mail to Kenneth Wainstein, United States Attorney, United States Attorney's Office, 555 4th Street, NW, Washington, DC 20530

**STATEMENT OF SERVICE FEES**

| TRAVEL  N/A | SERVICES  — | TOTAL  N/A |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/8/06
           Date

Signature of Server

Address of Server: 4301 Connecticut Ave., NW, Ste. 453  Washington, DC 20008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.