Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROWN HELICOPTER, INC., UNITED AERONAUTICAL CORP., and ASSOCIATED AIRCRAFT MFG. & SALES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) Civil Case No. 06-CV-840 (JR) ) ) |
| Defendants. | ) ) ) ) |

## DECLARATION OF JOHN H. LANE

I, John H. Lane, declare as follows

1.    I am currently the Chief Financial Officer and Corporate Secretary of Brown Helicopters, Inc. ("Brown"), and have held that position since 2000. Brown is located at 10100 Ailerson Avenue, Pensacola, Florida.

2.    I have personal knowledge of the assertions set forth below based on my experience in working for Brown.

3.    Brown is in the business of purchasing surplus government property, which includes the exact same types of components which are included on the aircraft at issue

in this matter. Brown then sells parts from those aircraft to qualified entities for various

uses.

4.      Brown's clients include companies in various industries, such as forest fire

suppression, logging and construction, which use the same types of aircraft at issue in

this matter.

5.      In addition, Brown has sold parts to friendly nations, when approved by the

United States government, to help preserve those nations' national security

6.      Brown has been purchasing aircraft components from the federal government

since 1978. In 2005 alone, Brown spent $10.3 million in purchasing surplus aircraft and

component parts, of which $7 million was paid to the federal government. In 2004,

Brown spent approximately $7.4 million for surplus aircraft property, and in 2003 that

total was $7.2 million. In 2002, Brown spent $8.2 million and in 2001 it spent $5.2

million in purchasing surplus aircraft parts.

7.      DRMS has consistently designated components from C-130s, C-141s, T-34s and

H-53s as usable aircraft parts that may be sold by the government for resale. In fact,

Brown has purchased aircraft components from the federal government such as C-130

propellers ($350,000), C-130 nose and main landing gear ($64,000), C-130 rudder servos

($36,000), C-130 engine gearboxes ($30,000), H-53 rotor heads (($40,000), helicopter

turbine engines ($850,000), as well as entire helicopters ($1,600,000). During the past ten

(10) to fifteen (15) years, Brown has made over one-thousand (1,000) purchases of C-141 parts for a total of roughly $1 million; over one-thousand (1,000) purchases of C-130 parts for a total of roughly $10 million; over one-hundred (100) purchases of T-34 parts for a total of roughly $100,000; over five-thousand (5,000) purchases of H-53 parts for a total of roughly $15 million; over one-thousand (1,000) purchases of F-18 parts for a total of roughly $5 million; and over one-thousand (1,000) purchases of F-4 parts for a total of roughly $1 million.

8.     As mentioned above, these government sales provide Brown with critical parts for use in various industries, such as forest fire suppression, logging and construction, and for meeting the needs of friendly nations which use these aircraft for their own security and routinely need parts to keep them usable.  As an example, over 2,000 C-130s that have been sold to over 60 nations and over 1,000 C-130s are still in use outside the government.

9.     The United States government will also purchase parts from Brown and other surplus parts dealers when the government has a shortage of such parts on hand.  This results from the fact that the government cannot retain all of its surplus material, but at times (often many years later) it will have a need for replacement parts it no longer has in stock.

10.     In my view and based on my personal experience, government employees in the field have repeatedly and unnecessarily downgraded surplus military components and

labeled them as "scrap" in contravention of the applicable DEMIL code that should be

assigned to the component. By doing so, it is easier for these employees to move surplus

material out of the government and off of their agency books. This incorrect labeling is

often done with inventory that has a known National Stock Number (NSN) as well as

with items where the total number of items set forth in the government's inventory

documentation does not match the actual total of items on hand. It is my understanding

that this practice is followed because it solves manpower shortage problems as well as

accounting irregularities. The sale of aircraft at issue in this matter appears to be a

continuation of this ongoing practice.


11.     The aircraft at issue in this matter are in limited supply and the availability of the

components on those aircraft is critical to Brown's continued viability, as well as being

critical to operators of the aircraft that purchase these parts from Brown.


12.     It is my understanding that defendant DRMS implements a contract it has

entered into with Government Liquidation, Inc. to conduct sales of surplus parts pursuant

to online bidding processes. A copy of the notice of the sale of the aircraft at issue in this

matter is attached hereto as Attachment A. It is my belief, based on the type of aircraft

being sold and the total weight, that the sale includes over 1,000 aircraft.


13.     The aircraft which are included in the Government Liquidation sale at issue in

this matter, specifically the C-130, C-141, T-37 and H-53, contain parts and components

which have consistently been coded as "A" or "B" under the DoD Demill Code in past

sales by DRMS. Pertinent parts of the Defense Demilitarization Manual, DoD 4160.21-M-1, which sets out the DoD Demill Code, is attached hereto at Attachment B. This coding of "A" or "B" means that the parts can be sold for commercial resale. In fact, DRMS has previously sold entire C-130 aircraft as surplus military aircraft, and those planes are now being flown by other entities.

14.    DRMS follows the Defense Materiel Disposition Manual, DoD 4160.21-M, when selling surplus military aircraft. A copy the pertinent parts of that manual are attached hereto as Attachment C. Specifically, Attachment 1 to Chapter 4 of that manual identifies particular military aircraft which are authorized for sale for commercial use. These include the C-130, C-141, T-34 and H-53. *See* Att.C at page 23. Given their specific uses by the military, these aircraft are rarely modified for combat purposes. In the event they are, such modifications are easily removed so that the aircraft can be sold for commercial use.

15.    Based on my experience, it is my belief that if those parts were sold for subsequent resale, they would result in significantly more revenue to the government than by selling them for their scrap value only.

16.    DRMS' requirement that these aircraft at issue be completely destroyed by the purchaser as a condition of the sale and used solely for scrap purposes will completely destroy the use of any of the aircraft's components for purposes of spare parts or other useable commercial purposes.

I declare under penalty of perjury that the foregoing is true and correct.

MAY 2 3 2006
_____
Date

John H. Lane

Attachment A

LOGIN
REGIS
Contac

| Home | Find Items | Event Calendar | Locations | About Us | Help | MY ACCO |

| | BY KEYWORD | | BY STATE | | BY MANUFACTURER | |

**Search**

Any State

Any

NEW VISITOR? Start Here

ADVANCED SEARCH FOR MILITARY SURPLUS

## 6079 - Demil BQ Scrap Aircraft Term Contract @ Tucson, AZ - DEMIL as a Condition of Sale - BID DEPOSIT REQUIRED

View Event Info, Bid Package

This is a list of all lots in event **6079**.
Dollar amounts shown may not reflect up to the minute bid pricing. Click on individual lot titles for current bid price, as well as additional lot information.

Click for Excel Spreadsheet

View Today's Closing Events

## Current Lots

Displaying **1 - 1** of **1** per page. Check / Uncheck All ☐

**ADD TO WATCHLIST**    Click to add selected lots to your Watchlist

< < Previous  | | Next > >

To re-sort the page, c
a column heading

| | Event | Lot | Lot Title | Qty. | Lot Price | Location | Opening | Closing |
|---|---|---|---|---|---|---|---|---|
| ☐ | 6079 | 1 | LOT (27, 000, 000 LBS) SCRAP AIRCRAFT TERM CONTRACT LOCATED AT DAVIS MONTHAN AFB, AMARC AREA. AIRCRAFT TYPES INCLUDE; C141, SOME WITH ENGINES, C130, S3, A4, F14, T34, H53, TITAN MISSLES STAGE 1 AND 2 WITH SLEEVES AND TARGET DESIGNATORS. NO PARTS REMOVAL. AIRCRAFT REQUIRE OFF-SITE DEMILITARIZATION. AIRCRAFT CAN BE REDUCED IN SIZE ON BASE FOR EASE OF TRANSPORT. DEMILITARIZATION TO BE ACCOMPLISHED BY COMPLETELY DESTROYING WITH HAMMERMILL OR SHREDDER. DEMILITARIZATION MUST BE ACCOMPLISHED WITH IN A 25 MILE RADIUS OF DAVIS MONTHAN AFB. ATTACHED SURVEILLANCE PLAN APPLIES. BUYER MUST ATTEND A START OF WORK MEETING AT CDC TUCSON, DAVIS MONTHAN AFB PRIOR TO BEGINNING WORK. TERM CONTRACT FOR ONE YEAR. A $50, 000. 00 BID DEPOSIT IS REQUIRED TO PARTICIPATE IN THIS EVENT. IN ADDITION, A DOWN PAYMENT OF $250, 000 MUST BE PAID WITHIN 5 BUSINESS DAYS OF THE EVENT'S CLOSING. PREVIEW WILL BE HELD ON FRIDAY, APRIL 28, 2006 AT 9:30 AM. | 1 | - Sealed Bid - | AZ, Davis Monthan AFB  PREVIEW INFO... LOADOUT INFO... | 05/02/2006 | 05/08/20 08:00 PM |

Attachment A

Case 1:06-cv-00840-JR Document 8-3 Filed 05/23/2006 Page 10 of 66



CALL TO SCHEDULE
APPOINTMENT: (520)519-
8251.



ADD TO WATCHLIST

< < Previous  |  | Nex

**Legend**                                                                 Go to Top

| | | | |
|---|---|---|---|
|  | Lot Has Pictures | | Featured Lot |
| | DEMIL B/Q Bidding Restrictions Apply | | Exchange Sale Lot |
| | FDA Bidding Restrictions Apply | | Shipping Information |
| | Tax Exemption Form for Lot | | |

When downloading forms, you will need to have Adobe Acrobat Reader
installed on your computer. Please click the icon on the right to
download Acrobat Reader from Adobe.com to your computer.



Home | New Visitor? | Bidder's Corner | Search | Calendar | Locations | FSC Codes | My Account | Register | Help | About Us

Terms and Conditions          Contact Us
Privacy Policy                Shipping

Copyright © 2001-2006 Government Liquidation, LLC., a subsidiary of Liquidity Services, Inc. All rights reserved.
goWholesale  |  Liquidation.com  |  UKsurplus

Attachment A

LOGIN
REGIS
Contac
MY ACCO

**Home**    **Find Items**    **Event Calendar**    **Locations**    **About Us**    **Help**

**S**earch    BY KEYWORD    BY STATE    BY MANUFACTURER

Any State    Any

NEW VISITOR? Start Here    ADVANCED SEARCH FOR MILITARY SURPLUS

Home >>    FSC Codes >>    0001 - Uncategorized >>

## Lot Details — Event Id 6079 — Lot Number 1



**LOT (27, 000, 000 LBS) SCRAP AIRCRAFT TERM CONTRACT LOCATED AT DAVIS MONTHAN AFB, AMARC AREA. AIRCRAFT TYPES INCLUDE; C141, C130, S3, A4, F14, T34, H53, AND TARGET DESIGNATORS. NO PARTS REMOVAL. AIRCRAFT REQUIRE OFF-SITE DEMILITARIZATION. AIRCRAFT CAN BE REDUCED IN SIZE ( BASE FOR EASE OF TRANSPORT. DEMILITARIZATION TO BE ACCOMPLISHED B\ COMPLETELY DESTROYING WITH HAMMERMILL OR SHREDDER. DEMILITARIZATION MUST BE ACCOMPLISHED WITH IN A 25 MILE RADIUS OF DAVIS MONTHAN AFB. ATTACHED SURVEILLANCE PLAN APPLIES. BUYER MUST ATTEND A START OF WORK MEETING AT CDC TUCSON, DAVIS MONTHAN AFB PRIOR TO BEGINNING WORK. TERM CONTRACT FOR ONE YEAR. A $50,000.00 I DEPOSIT IS REQUIRED TO PARTICIPATE IN THIS EVENT. IN ADDITION, A DOW PAYMENT OF $250,000 MUST BE PAID WITHIN 5 BUSINESS DAYS OF THE EVEN CLOSING. PREVIEW WILL BE HELD ON FRIDAY, APRIL 28, 2006 AT 9:30 AM. C/ TO SCHEDULE APPOINTMENT: (520)519-8251.**

### Click Here For Surveillance Plan

SPECIAL TERMS OF SALE:
- A $50,000.00 deposit is required to participate in this event.
- Bidding privileges will be activated upon receipt of full deposit.
- Payment methods include: Cashier's Check, Money Order and Wire Transfer
  and should be made payable to DOD Surplus, LLC.
- Please reference Sale Event 6079 and lot number 1.
- NO Personal / Company Checks or Credit Cards Accepted
- If you have any questions, please contact: Customer Service at (480) 367-1300
  or email questions to: info@govliquidation.com

**BID NOW!**

---

There are more lots like this at the same location...    View No

---

 **View similar items**     **View Other Listing At this location**    **Event Information, Bid Package & Maps**     **Email this Listing to a Friend**     **Add This Listing to your Watchlist**    

**Auction Summary**

Bid Now

Attachment A

**Auction Type:** Internet Auction    **Quantity In Lot:** 1 (View Details)

**Open Time:** 05/02/2006 12:00AM Eastern Time
**Close Time:** 05/08/2006 08:00PM
**Award Time:** 05/09/2006 12:00AM Eastern Time
**Time Left:** 3 days 8 hours and 53 minutes
**Current Bid:** $1,000.00 (per lot)

**First Bid:** $50.00
**Photo:** Click for Slide Show

## Item Location & Contact Information

Bid Now

**Item Location:** 7030 E. Irvington Rd.
Davis-Monthan Air Force Base
Tucson, AZ 85707
**Facility Manager:** Site Manager
**Facility Email:** info@govliquidation.com

**Country of Origin:** United States of America
**Contact Phone:** 1 (520) 519-8251
**Contact Fax:** 1 (520) 519-8253
**Location Map:** Click for Map

**Shipping Info:** (click for more info)

1 Information contained in the Item Manifest is third-party information that has been provided by an additional source. This information is deemed reliable but is not guaranteed by Government Liquidation. It is not intended to be used as the sole ba for bidding, and should not be taken in lieu of buyer's own due diligence.
2 DRMS Federal Condition Codes. Click on code for more information.
3 The Acquisition value shown represents the original price paid by the government for the item(s) listed. This data is provide the government and should be considered only as reference of the original purchase price for this item(s).

## Item Manifest

Bid Now

| | FSC: | NSN:[1] | Units: | Cond:[2] | Acq Value:[3] | Description:[1] |
|---|------|---------|--------|----------|---------------|-----------------|
| 1. | 1 | | 1 LB | | $0.00 | Scrap Place Holder BQ |
| | **Total:** | | 1 | | $0.00 | |

## Location Information:

Bid Now

**Preview Arrangements:** Mon - Thurs: 8.5 to 2.5 / by appt only No Customer Escorting Available For Preview.

**Loadout Procedures:** By appt only. Mon - Thurs: 8.30 to 2.30

**Secu Procedu**

## Bidding Restrictions

Bid Now



**EUC Certificate Required:**
All winning bids in this sale require an End-Use-Certificate (EUC).
No lots will be sold to any foreign country or any foreign national.
You will need Adobe Acrobat to view this form.

## Place Bid

Help? ▸▸

**Your bid is a contract.**
Place a bid only if you're serious about making the purchase. You will be entering into a legally binding contract if you are the winning bidder. Please review our Terms and Conditions.

Let Government Liquidation place your maximum bid automatically with Auto Bidding.

**Current High Bid:** 1,000.00
**Lowest You May Bid:** 1,100.00 US$ (per lot)
**Your Bid:** US$
**Auto-bid?** ☑

Submit Bid

## Additional Information:

**A 10% Buyer's Premium Applies to All ite in this sale.**

**Forms Applicable for Arizona**

Tax Forms for this State

If applicable, please review the Licensing and Titling notice.

If you need assistance please review our Frequently Asked Questions

If this is your first time bidding, please review Terms and Conditions

If you would like more information on shippin these items, please click HERE

Attachment A

When downloading forms, you will need to have <u>Adobe Acrobat Reader</u> installed on your computer. Please click the icon on the right to download Acrobat Reader from Adobe.com to your computer.



<u>Home</u> | <u>New Visitor?</u> | <u>Bidder's Corner</u> | <u>Search</u> | <u>Calendar</u> | <u>Locations</u> | <u>FSC Codes</u> | <u>My Account</u> | <u>Register</u> | <u>Help</u> | <u>About Us</u>

<u>Terms and Conditions</u>          <u>Contact Us</u>
<u>Privacy Policy</u>                    <u>Shipping</u>

Copyright © 2001-2006 Government Liquidation, LLC., a subsidiary of <u>Liquidity Services, Inc.</u> All rights reserved.
<u>goWholesale</u>  |  <u>Liquidation.com</u>  |  <u>UKsurplus</u>

Attachment A

Attachment B

# CHAPTER I - GENERAL AND ADMINISTRATIVE

**A. GENERAL.** This manual implements the policy and procedures of DoD relating to the demilitarization of military items, defense articles and defense services and which are owned or procured by or under the control of the Military Services/Defense Agencies (United States Origin). This includes all property sold under the Foreign Military Sales (FMS) Program.

**B. APPLICABILITY AND SCOPE**

1. The provisions of this manual are applicable to all elements of the DoD. The term "DoD Components", as used herein, refers to the Military Departments and Defense Agencies.

2. This manual specifies the items to be demilitarized, designates the key points to be destroyed and prescribes methods for accomplishment of demilitarization.

3. Request for exceptions or additions to the demilitarization requirements contained in this manual will be forwarded through appropriate Military Service/Defense Agency channels to the Assistant Secretary of Defense (Production and Logistics) (ASD PL) on a case-by-case basis. Full justification will accompany each request.

4. Unless otherwise stated, this manual is not applicable to:

a. The disposition of nuclear ordinance pursuant to Section 81 of the Atomic Energy Act of 1954 (42 United States Code (U.S.C.) 2111).

b. Items under management control of the Defense Nuclear Agency in Federal Supply Group (FSG) 11, also all Department of Energy (DoE) special design and quality controlled items and all DoD items designed specifically for use on or with nuclear weapons (identified by manufacturers' codes 57991, 67991, 77991, and 87991 in the Defense Logistics Services Center (DLSC) Total Item Record (TIR) will be processed in accordance with Technical Publications, Supply Management of Nuclear Weapons Material, DoE-DNA TP 100-1, Navy SWOP 100-1, Army TM 39-100-1 and Air Force T.O. 11N-100-1.

c. Cryptologic Material. This material will be processed in accordance with NACSI 2001 (FOUO) and NSA Circular 60-5(C).

**C. POLICY**

1. It is DoD policy to identify and apply appropriate controls, worldwide, over materiel to prevent its unauthorized use. Materiel designated by OSD to require demilitarization, or is related to articles on the U.S. Munitions List under Part 121 of 22 CFR or the Commodity Control List under Part 799 of 15 CFR and determined by DoD Components to have, directly or indirectly, a significant military utility or capacity, shall be controlled and/or demilitarized to the extent necessary to eliminate its functional or military capabilities. Controls shall be consistent with applicable DoD directives cited above.

2. Surplus and foreign excess personal property designated as arms, ammunition and implements of war and other military type items will be demilitarized to the extent necessary to preclude their unauthorized use; destroy the military advantages inherent in certain types of property; render innocuous that property which is dangerous; protect the national interest; and preclude the compromise of security requirements.

3. Utilization and specialized sales will always precede demilitarization. Utilization and specialized sales include the application of assets against:

a. All DoD requirements.

b. Other Federal Agency requirements.

c. Authorized donee requirements.

d. Specifically authorized foreign and domestic sales (e.g., foreign military sales to approved foreign countries, domestic sales to law enforcement and fire fighting agencies, and sales of explosives to licensed manufacturers and dealers). The loss, theft, unlawful disposition and/or recovery of any items of a sensitive nature will be reported by the person becoming aware of such acts to the appropriate authority in accordance with applicable departmental/agency regulations.

4. Defense Reutilization and Marketing Offices (DRMOs) on an individual basis, can determine, in coordination with generating activities, the most appropriate and economical means for the disposal organization to properly demilitarize Munitions List Items. Demilitarization should be accomplished by

DoD 4160.21-M-1

the most cost-effective method consistent with adequate security and surveillance by one of the following methods: (a) by a contractor, as a condition of sale, (b) by the DRMO, (c) by the generating or designated Military Service, or (d) under a service contract. Generating organizations and activities normally will demilitarize Ammunition, Explosives and Dangerous Articles (AEDA) items; however, AEDA items may be demilitarized by disposal contractors where in-house demilitarization is not possible. Unless otherwise authorized, surplus and foreign excess personal property prescribed to be demilitarized by this manual must be demilitarized prior to transfer of title to a purchaser.

## D. RESPONSIBILITY

1. Export and Import of United States Munitions List Items: Pursuant to the provisions of Section 414 of the Arms Export Control Act of 30 Jun 76, as amended (22 U.S.C. 2778), the President of the United States is authorized to control, in furtherance of world peace and the security and foreign policy of the United States, the export and import of arms, ammunition and implements of war, including technical data relating thereto, other than by a United States Government Agency. Executive Order No. 11958 delegates the function of controlling exports of United States Munitions List Items to the Department of State. Imports are controlled by the Department of Treasury under authority delegated by Executive Order No. 11432.

2. DoD is responsible for: The disposition of its surplus and foreign excess property, including articles covered by the United States Munitions List, which are owned or procured by, or under control of DoD to include FMS property; determining whether such items will be sold with or without being demilitarized; and the extent and adequacy of required demilitarization.

3. The Director, Defense Logistics Agency (DLA) will:

    a. Serve as the DoD program manager for the DoD Demilitarization Program. The duties of the DoD program manager shall include liaison with the Department of State (DoS) for Munitions List Items (MLI) and the Department of Commerce (DoC) for Strategic List Items (SLI).

    b. In coordination with the Military Services, develop and maintain the Defense Demilitarization

Manual in a current status to reflect the policy guidance prescribed by ASD PL.

    c. Develop and maintain, in coordination with the DoD Components, a data base describing cost-effective and efficient demilitarization processes.

    d. Develop and maintain an appropriate demilitarization training program for all DoD Components.

    e. Refer DoD component nonconcurrences in changes which cannot be resolved to the ASD P&L.

    f. Assure compliance by subordinate DLA activities with the provisions of this manual and other guidance and direction for accomplishment of the demilitarization program which are in conformance with the basic policies of this manual.

4. The Defense Reutilization and Marketing Service (DRMS) will:

    a. Assure that items including Contractor Inventory, Military Assistance Property (MAP), and excess FMS property, requiring demilitarization, have been so identified and that all required demilitarization has been accomplished.

    b. Be responsible for compliance review and surveillance to ensure proper demilitarization prior to title transfer when the sales contract provides for demilitarization by the purchaser.

    c. Develop and maintain an appropriate demilitarization training program for its subordinant activities to include certification of individuals responsible for performing demilitarization.

    d. Notify the Military Service/Defense Agency concerned for prompt remedial action when demilitarization specifications appear to be inadequate.

    e. Administer and maintain the Demilitarization Code Challenge Program and, in coordination with the Military Service/Defense Agency Inventory Control Points (ICPs), effect appropriate Demilitarization Code changes to items in the inventory.

    f. Negotiate with the Military Service/Defense Agency concerned to obtain technical expertise when essential for compliance with subparagraph b above.

5. The Military Services will:

    a. Provide technical assistance to the Director, DLA, in developing and maintaining the Defense Demilitarization Manual.



b. Assure compliance by subordinate activities with the provisions of this manual and other Military Service/Defense Agency direction for accomplishment of the demilitarization program consistent with the basic policies of this manual.

c. Assure that a demilitarization code is assigned to every item for which each has management responsibility and record that code in the Federal Catalog System.

d. Assure that the DoD program manager is provided with timely and complete information (including photographs, drawings, schematics, detailed instructions) regarding cost-effective and efficient demilitarization processes for all new and, as requested, existing items in the Federal Catalog System. Specific guidance and requirements for the submission of these data may be obtained from the Property Reutilization and Marketing Policies Branch (DLA-SMP).

e. As required and authorized by DoD, establish and maintain Special Defense Property Disposal Accounts (SDPDA) and maintain accountability for AEDA, classified, inert material, small arms weapons or any items which required demilitarization/declassification or reclamation prior to physical and accountability transfer to a DRMO. Accomplish required demilitarization after completion of required utilization and donation screening of all items in the special accounts. Transfer accountability of all other items requiring demilitarization action. Ensure that turn-in documents for all materials, including nonstandard stock numbered items, contain the appropriate demilitarization codes.



f. Assure the AEDA are properly rendered inert prior to turn-in to the DRMO and that a certification is signed by a technically qualified individual.

g. Assure that turn-in documents for all material, including nonstandard stock numbered items, contain the appropriate demilitarization code in card column 70 of DD Form 1348-1, DoD Single Line Item Release/Receipt Document.

6. <u>Inventory/Technical Managers</u> will:

a. Review each item assigned a National Stock Number (NSN) and/or nonstandard Stock Number to determine whether or not it appears on the U.S. Munitions List (appendix 1) or the Strategic List (see Definitions, appendix 2) and whether demilitarization is required in accordance with appendices 4 or 5, or whether Security Trade Controls are necessary because the item is Munitions List Item, no demilitarization required (Demilitarization Code B), or a Strategic List Item (Demilitarization Code Q).

b. Assign a demilitarization code to each item following guides provided in appendix 3. Resolve differences if demilitarization codes assigned are challenged.

NOTE: A demilitarization required code must not be assigned to an item merely to preclude the use, reuse or reprocurement of defective, unserviceable, finite life, product quality deficient material or items determined to be unsafe for use.

c. Input data to DLSC TIR to record the demilitarization code assigned to each NSN and submit changes resulting from challenges, item review, or changes in demilitarization policy.

I-3

③

# CHAPTER II - DEMILITARIZATION OF SURPLUS AND FOREIGN EXCESS MILITARY ITEMS

## A. GENERAL

1. Surplus personal property and Foreign Excess Personal Property (FEPP), set forth in this chapter, is required to be demilitarized to the extent prescribed herein. Foreign excess property will be demilitarized not less than prescribed in appendix 4. In addition, the Munitions List Items and other military type property, set forth in appendix 5, will be demilitarized in the manner and degree prescribed when located outside the United States, Puerto Rico, American Samoa, Guam, the Trust Territories of the Pacific Islands (TTPI), and the Virgin Islands. All captured, confiscated or abandoned enemy materiel meeting the criteria of this manual will be demilitarized in accordance with appendices 4 and 5. The generating activity authorized to dispose of property will accomplish demilitarization of classified material and ammunition prior to transfer of residue to DRMO and will identify other property requiring demilitarization at the time it is transferred to a DRMO. Spares and components required by the Military Services/Defense Agencies will be reclaimed under approved reclamation programs, prior to demilitarization of the end assembly. The generating activity will annotate each turn-in document with the Demilitarization Code in accordance with the applicable code in appendix 3. DRMOs will not accept any property unless the turn-in document contains the Demilitarization Code (cc 70) or clear text statement of the demilitarization required. For supply systems items, DRMOs will not accept accountability if the appropriate demilitarization codes are not shown on the turn-in documents. The fact that the cognizant Inventory Control Point or Inventory/Technical Manager may not have disseminated the demilitarization codes to generating activities is not a valid reason for accepting property for which the turn-in documents do not contain the appropriate demilitarization codes from the Inventory Control Point or Inventory/ Technical Manager (or via their normal supply channels) and enter the codes on the turn-in documents for supply systems items. For other than supply system items (e.g., scrap, contractor inventory, etc.) and/or for local stock numbered items, if the appropriate Demilitarization Codes for the items cannot be determined, generating activities

will enter on the turn-in documents an appropriate clear text statement such as "Non-MLI, no demilitarization required", "MLI, no demilitarization required", "MLI, demilitarization required", or "SLI". When turn-in documents are annotated "MLI, demilitarization required", the generating activity will provide written demilitarization procedures with the turn-in document.

2. When a specific part or component of an item is designated a key point in appendices 4 or 5, then all surplus spare/repair parts or components of that key point, will be demilitarized in the manner prescribed for the end item (refer to appendix 2 for definition).

3. Disposable AEDA normally will be demilitarized at the installation where generated; however, when local demilitarization capability does not exist or when the use of local demilitarization is not feasible, demilitarization may be performed by qualified and licensed contractors at their facilities, provided adequate security is provided and demilitarization surveillance is performed by qualified DoD personnel. Activities that do not have the capability to demilitarize AEDA will request disposal instructions from the owning service ICP. (Navy activities worldwide will direct all such requests to the Naval Sea Systems Command, ATTN: SEA-66412, Washington, DC 20362-5101.) The inherently dangerous characteristics of AEDA dictate that special precaution be taken to ensure that demilitarization is performed only by properly trained and qualified personnel. AEDA materials which can be demilitarized by deep water dumping (DWP) at sea will be processed in accordance with paragraph G, this chapter.

4. Classified material will be declassified and processed as described in appendix 4, item 9, at the military installation by Government personnel prior to the transfer of residue, if any, to the DRMO. Certification of declassification and instructions for any additional demilitarization will be annotated on the turn-in document.

5. Demilitarization of small arms weapons, repair parts and accessories will be accomplished as prescribed in chapter III and appendix 4.



DoD 4160.21-M-1

6. Other items normally will be demilitarized at a military installation. Demilitarization performed by a purchaser will be subject to appropriate special conditions. Surplus property to be donated, and requiring demilitarization, will be demilitarized to the extent as authorized in paragraph B below. The title to combatant ships and other property, as specifically authorized by the head of the owning DoD component, may be transferred to a purchaser upon receipt of full payment and presentation of adequate bond ensuring that demilitarization will be accomplished in accordance with the terms of a sales contract. Sales contracts for combatant ships will specify that hulls must be reduced to scrap and scrapping accomplished within the United States whenever practical.

7. A certificate substantially as quoted below will be signed and dated by a technically qualified Government representative who actually witnessed the demilitarization of the material whether performed by Government or contractor personnel. In cases where the witnessing of demilitarization would unnecessarily subject the witness to hazardous conditions or when the demilitarized material can be laid out to clearly display the residue from each item demilitarized, demilitarization may be certified through inspection of the residue. The certificate will be executed for all items demilitarized and will read as follows:

"I certify that (identify items) were demilitarized in accordance with (cite specific instructions (appendix and item number) that were complied with in the DoD 4160.21-M-1 and other applicable regulations)."

This certificate must be countersigned by a technically qualified U.S. Government representative (American citizen), designated by the responsible commander, who actually witnessed the demilitarization of the material or inspected the residue as provided above. The individual who countersigns should be at least in the next higher management level to the initial certifying individual. In the case of MAP Grant Aid property, a member of the Office of Defense Cooperation or the Defense Attache Office may countersign to the completed demilitarization. The DRMO, in compliance with his responsibility as outlined in DoD 4160.21-M, will at the time of receipt, place the demilitarization certificate in the applicable source document file for a period of 2 years, except small arms weapons demilitarization certificates

which will be retained indefinitely in a permanent file. Demilitarization certificates for demilitarization of all small arms weapons/receivers which require control under the DoD Small Arms Serialization Program (SASP) will be retained indefinitely in a permanent record file by the DoD activity responsible for the demilitarization of the small arms weapons and receivers. The countersignature for AEDA may be accomplished by a responsible U.S. citizen as designated by the local commander. A signed certificate will be furnished to the DRMO for audit purposes.

WARNING: SIGNING A FALSE CERTIFICATE CONSTITUTES A FELONY AND MAY SUBJECT THE INDIVIDUAL TO CRIMINAL PROSECUTION.

B. EXCEPTIONS TO DEMILITARIZATION

1. The demilitarization of items including foreign excess and other military type items does not apply when transfer is effected within DoD or to other agencies of the U.S. Government for utilization purposes. When transfer is made to another Federal Agency for use by that Agency, an agreement will be made to the effect that demilitarization requirements will be complied with prior to transfer of title to a purchaser. 

NOTE: Federal Drug Administration (FDA) exempted lasers will not be transferred outside of DoD or donated or sold without prior approval of the ASD (FM&P) or his designee.

2. Disposition without demilitarization of other than classified materiel is also authorized under the conditions cited in subparagraphs a through n below:

a. By sale or transfer to friendly foreign governments, via FMS or MAP, including agencies and controlled companies thereof, under existing laws and DoD policy. Negotiated sales will not be made to commercial firms for resale to foreign governments.

NOTE: DoD Demilitarization policy must be followed when items of U.S. Origin are no longer required for their originally intended purpose.

b. By sales of military explosives, in accordance with applicable safety regulations, but only to technically qualified purchasers having a known capability for use, manufacture, processing or resale. The purchaser will be required to execute

the following certificate as a condition of purchase in the United States.

"It is hereby certified that the purchaser will comply with all applicable Federal, state, and local laws, ordinances, and regulations, with respect to the care, handling, storage and shipment, resale, export, and other use of the materials herein purchased and that he is a user, manufacturer, or processor of or dealer in said materials capable of complying with all applicable Federal, state, and local laws. This certification is made in accordance with and subject to the penalties of Title 18, Section 1001, the United States Code, Crimes and Criminal Procedures."

    c. By sale of surplus small arms weapons and ammunition to state and local law enforcement and fire fighting agencies in the 50 United States, pursuant to 10 U.S.C. 2576. The types of items authorized for sale and the sale procedures are set forth in DoD 4160.21-M, chapter VIII, paragraphs B35 and B98.

    d. By sale to a United States national or commercial concern when the item will be utilized in experimental research and/or development work in the national interest, or the support of such work, and the Director, DLA, or the Secretary of the Military Department concerned or his designee so determines, provided that a special condition of sale will prohibit subsequent disposition of the items without prior approval by DLA or the Military Department concerned.



    e. By donation or loan of condemned or obsolete combat materiel to municipal governments, posts of recognized war veterans' organizations, etc., as authorized by 10 U.S.C. 2572, 10 U.S.C. 7546, or other similar statutes. However, except as hereinafter provided, modified demilitarization of such items will be accomplished as prescribed in chapter IV, to render them unserviceable in the interest of public health or safety. Demilitarization will be performed in a manner so as to preserve the historical or display value of the property.

    f. By donation to special interest activities which have been determined by the Secretary of Defense to be educational activities of special interest to the armed services; provided that the head of the school certifies in writing that the property requested is usable and necessary for the promotion of educational programs at the school and agrees that the property will not be disposed of without prior approval of, and in accordance with instructions issued by, DLA or the Military Service/Defense Agency concerned. Donations to special interest activities require the prior approval of GSA.

    g. Except where otherwise identified, by donation to a public agency or an eligible nonprofit institution or organization acting by and through a State Agency for Surplus Property. Donations require the approval of GSA.

    h. As otherwise authorized by law; e.g., sale of small arms (other than those subject to the National Firearms Act) and ammunition by the Army pursuant to 10 U.S.C. 4308, and issue of blank ammunition by the Army to veterans' organizations for ceremonial purposes as authorized by 10 U.S.C. 4683.

    i. By sale of foreign excess property demilitarization coded H, J, K, or M to United States nationals or United States entities for import into the United States. Property requiring demilitarization sold to foreign nationals must be demilitarized. Resale of this property by foreign nationals to United States nationals or United States entities for import into the United States is not authorized unless the property is demilitarized as required. The sale of foreign excess property demilitarization coded H, J, K, M, or Q to United States nationals or United States entities for import into the United States not demilitarized or without a demilitarization requirement is subject to the following restrictions:

    (1) Property sold for import into the United States will be stored in a Government approved bonded area or retained in U.S. Government possession pending actual shipment.

    (2) Department of the Treasury permit for import of such property into the United States has been received by the purchaser and proof thereof furnished prior to removal.

    (3) The Import Certificate/Delivery Verification (IC/DV) System will apply or the property will be shipped on a commercial shipping document showing the U.S. Government as the shipper to a consignee and destination consistent with the import permit. The procedures for these controls are set forth in chapter XVI of the Defense Reutilization and Marketing Manual, DoD 4160.21-M and the Export Administration Regulation, 15 CFR.

    j. By sale through negotiation of surplus ammunition to State agencies in support of bona fide avalanche control programs. Amounts and types of ammunition to be sold, recipient states, and priorities of sales will be determined and communi-

cated to the U.S. Army Armament, Munitions and Chemical Command, Rock Island, IL 61299-6000, and the Naval Sea Systems Command, ATTN: SEA-66412, Washington, DC 20362-5101.

3. All donations will be made subject to a condition which prohibits further disposition (including redonation or barter) of the items without prior approval of DLA.

4. As a condition to approving subsequent disposition to the general public by the purchaser or donee under subparagraph 2 above, DLA or the Military Services concerned will require demilitarization of the property in the same manner as prescribed in this chapter.

## C. CONTROL OF SMALL ARMS AND OTHER WEAPONS

Pursuant to the disposal by transfer or sale of small arms or other weapons coming within the purview of the National Firearms Act (Chapter 53, Title 26, U.S.C.), the Director, Bureau of Alcohol, Tobacco and Firearms, Department of the Treasury, will be notified of any transfer to another Federal Agency or disposition to any state or political subdivision thereof or the District of Columbia. The Director also will be notified of any donation of such small arms or other weapons to museums and veterans' organizations even though the item may have been made unserviceable, including a description of the method used to render the item unserviceable. Notification will be effected by submission of a U.S. Treasury Department Form 5, Internal Revenue Service (Firearms). This form is used in reporting tax free dispositions under the Act. Copies of the form are obtainable upon request from any District Director of Internal Revenue. Among those firearms subject to the provisions of the National Firearms Act are the following: firearms which are capable of firing more than one shot with a single pull of the trigger; e.g., machine guns, submachine guns, M2 and M3 carbines, M14 and M16 series rifles; shotguns with a barrel or barrels less than 18 inches in length; rifles with barrels less than 16 inches in length; combination rifles and shotguns with folding or detachable shoulder stocks, such as M4 and M6 survival weapons; and pistols which are either fully automatic or equipped with shoulder stock attachments; mufflers or silencers for any firearms whether or not such firearms are included in the above definition.

## D. INERT MATERIAL

1. All material generated from the firing and/or demilitarization of AEDA will be rendered inert before being turned in to a DRMO. To prevent dangerous material from being turned in to a DRMO, all inert ammunition items including dummy rounds, containers and items such as ammunition pouches and bandoliers and inert material generated from demilitarized AEDA will be inspected by a technically trained and qualified individual who will submit a certificate as part of the turn-in document, as follows:

"I certify that the item or items listed hereon have been inspected by me and, to the best of my knowledge and belief, contain no items of a dangerous or hazardous nature."

2. Each generating activity will provide a listing of individuals qualified to inspect and certify property as being inert. It is the responsibility of the turn-in activity to keep the list current, with updates being provided as personnel changes dictate. DRMOs will ensure that the person who signs the certificate is included on the qualified individual list prior to accepting accountability for AEDA.

3. Material generated from AEDA, even though properly inspected and rendered inert, will not be mingled with other types of material including scrap when transferred to the DRMO. Emphasis will be placed on the separation of inert projectiles, dummy rounds of ammunition, and other inert ammunition items from other types of material.

## E. POLICY FOR DISPOSITION OF MUNITIONS LIST AND STRATEGIC LIST ITEMS

1. It is the policy of DoD to cooperate with the U.S. State Department and Commerce Department in controlling the disposition of surplus and foreign excess Munitions List and Strategic List Items located outside the United States, Puerto Rico, American Samoa, Guam, the TTPI, and the Virgin Islands. Demilitarization of Munitions List Items over and above that required by DoD but necessary to conform to U.S. State Department or foreign government requirements is authorized.

2. In some cases, demilitarization may not be necessary, while in other cases, limited demilitarization may be necessary only for certain parts of components having military characteristics. Technical



instructions issued by the Defense Agency or Military Service having procurement responsibility for the item involved, will determine the method of demilitarization and the degree to which additional demilitarization is necessary to meet the requirements in their respective areas.

## F.  SAFETY PRECAUTIONS IN DEMILITARIZATION BY TORCH CUTTING

1.  Demilitarization by torch cutting is inherently hazardous. High order and low order explosions may occur in torch cutting closed chambers such as tanks, accumulators, recoil mechanism components, aircraft struts, hollow rods or hollow valve stems, even though the components are not under pressure or have had small holes drilled in them.

2.  An explosive condition may result from the heat of the torch vaporizing oil, paint or components inside the component. In addition, gases from the cutting torch may enter the hollow space, either adding to or creating a highly explosive condition.

3.  In torch cutting it must be realized that components under spring pressure may become dangerous upon sudden release of the spring holding construction.

4.  Safety precautions are also necessary where flammable materials or materials such as sodium and magnesium are involved in the torch cutting operation.

5.  Precautions against the hazards of torch cutting should include isolation of the working area, a technical knowledge of the construction of the component to be torch cut, and remote control of the cutting operation, when required.

## G.  DEMILITARIZATION BY DEEP WATER DUMPING (DWD) AT SEA

1.  DWD at sea is an alternate method of demilitarization of Munitions List Items which may

be considered when it is not possible to recycle or sell the material, or if it would be unsafe to utilize other methods of disposal.

2.  In accordance with the Marine Protection and Sanctuaries Act of 1972, Title 1, Section 101(c), disposal in the ocean of items collected ashore or from ships in port and transported from any U.S. or foreign port for DWD is prohibited, except as may be specifically authorized on a case-by-case basis. DWD must be supported by an Environmental Impact Statement (EIS), clearly showing that no other alternative disposal actions are feasible, and be independently reviewed and approved, before an Environmental Protection Agency (EPA) permit authorizing the DWD can be obtained.

3.  When a determination is made that demilitarization by DWD is desired, a request for DWD, including complete identification of the items and their ingredients, together with an EIS, should be submitted to the Naval Sea Systems Command, ATTN: SEA-66412, Washington, DC 20362-5101. In most cases, at least 6 months must be allowed for processing the EIS and obtaining an EPA permit.

4.  When an EPA permit is obtained, the Naval Sea Systems Command will initiate action to accomplish the approved DWD and will provide cognizant commands, activities or agencies direction relative to packaging, handling and transporting material to the DWD loading site, in addition to coordinating actions through completion of the DWD.

5.  Certification of demilitarization by DWD will accomplished in accordance with paragraph A7, this chapter. A copy of the certification will be provided to each activity, command or agency generating material included in the DWD.



## CHAPTER III - DEMILITARIZATION OF SURPLUS AND FOREIGN EXCESS SMALL ARMS WEAPONS AND PARTS

**A. GENERAL.** The instructions herein pertain to small arms weapons and parts (except recoilless rifles, mortars, rocket launchers, and similar items) in CONUS, and surplus and foreign excess small arms weapons, parts and accessories located in overseas areas including Alaska, Hawaii, Puerto Rico, American Samoa, Guam, the TTPI, and the Virgin Islands. Specific installations designated by the Military Services and DRMOs with approved local expanded demilitarization authority are excepted from these instructions and may effect local demilitarization in accordance with appendix 4, item 1, paragraphs b and c, and approved local expanded demilitarization procedures. Serial number visibility for small arms will be maintained in accordance with the Small Arms Serialization Program (SASP), as implemented by the Military Services/Defense Agencies throughout the disposal/demilitarization cycle. A technically qualified/responsible person will conduct an inspection of all complete small arms weapons and small arms barrel and receiver groups prior to turn-in to the DRMO and will enter on the turn-in document (DD Form 1348-1) the following certificate: "I certify that the item or items listed hereon have been inspected by me and to the best of my knowledge and belief contain no items of dangerous material." The certification on the turn-in document will be signed and dated by the individual making the inspection. In addition, the DRMO shall assure that a reinspection of all complete small arms weapons and barrel and receiver groups is accomplished by a technically qualified/responsible person who shall sign and date the DD Form 1149, Requisition and Invoice/Shipping Document .



**B. DEMILITARIZATION IN CONUS**

1. Demilitarization by Melting.

   a. Demilitarization by melting will be accomplished at Rock Island Arsenal (RIA). Correspondence should be addressed to:

   > Commander, Rock Island Arsenal
   > Directorate of Logistics
   > ATTN: SMCRI-DLD-TM
   > Rock Island Arsenal
   > Rock Island, IL  61299

   b. Items for which demilitarization by melting is not prescribed will not be shipped to RIA for melting. Such items will be disposed of locally in accordance with appendix 4. NOTE: DUE TO THE POTENTIAL DANGER OF MAGNESIUM FIRES, ITEMS CONTAINING MAGNESIUM WILL NOT BE SHIPPED TO ROCK ISLAND, BUT WILL BE DEMILITARIZED LOCALLY.

   c. Preparation for shipment.

   (1) All nonmetallic parts and nonferrous accessories (slings, oilers, cleaning rods and brushes, cleaning thongs, holster thongs, holsters, scabbards, carrying cases and bags, wooden and plastic stocks, hand guards, and other extraneous items) WILL BE REMOVED from the material to be demilitarized before shipment, and will be disposed of locally in accordance with appendices 3 and 4, item 1, paragraph b.

   (2) Prior to shipment, authority to ship will be obtained from the Commander, Rock Island Arsenal, Directorate of Logistics, ATTN: SMCRI-DLD-TM, Rock Island Arsenal, Rock Island, IL 61299. When depots request disposition instructions for small arms parts and or weapons, a point of contact, telephone number, weight (in pounds), NSNs nomenclature, quantity, Demilitarization Code, condition code, acquisition value and serial numbers of the weapons should be provided with the request. In the interest of economy, care will be exercised to assure that sufficient quantities of surplus weapons and/or parts are accumulated prior to shipment to minimize transportation costs. Use of MIL-VAN containers is the preferred means of shipping.

   (3) The item count of weapons shipped must agree with count furnished in the advance notice. RIA will be notified when weapons are withdrawn subsequent to furnishing advance notice.

   d. Shipping Instructions

   (1) The minimum Transportation Protective Measures (TPM) as prescribed in DoD 5100.76-M, Physical Security of Sensitive Conventional Arms, Ammunition and Explosives, chapter 6, as implemented in chapter 226 of the Military Traffic Management Regulation (AR 55-355, NAV-SUPINST 4600.70, AFM 75-2, MCO P4600.14A, DLAR 4500.3) will be applied when commercial carriers are utilized to transport these shipments.

9

DoD 4160.21-M-1

(2)  When MILVAN containers are used, the gross weight will not exceed 10,500 pounds. Items may be placed loose in the MILVAN container and need not be individually packed. A minimum of internal dunnage is necessary when filling MILVAN containers. Dunnage at the sides will be needed only when cargo cannot fit. To prevent jamming of the door, steel banding may be used between the vertical face of the cargo, and the inside panels of doors. If this is not sufficient, strips of dunnage may be placed vertically or horizontally to fill the intervening space. After the MILVAN has been completely filled, the doors will be securely closed so as to engage the latch as well as the top and bottom bolts. The latch handle will then be sealed in the closed position with a serially numbered seal. The number of the seal will be recorded on all appropriate transportation and shipping documents to protect the "shippers' load and count". Additional protection will be provided by application of stout wire "0" to "5" gauge, tightly twisted, and snubbed off closely so as to prevent the movement of the latch handle.

(a)  One full MILVAN container is considered the minimum that should be sent to RIA.

(b)  MILVAN containers should be requested by contacting the Commanding Officer, MTMCEA, ATTN: JCCO, Bayonne, NJ 07002.

(3)  When MILVAN containers are not used, shipments to RIA will be packed in sealed, numbered containers not to exceed 2,000 pounds per container. When shipped by rail, containers will be blocked to prevent shifting and the boxcars will be sealed.

(4)  Items described in subparagraph (6) below must be identified and will be placed in containers separate from miscellaneous components and parts. Other miscellaneous components and parts will be shipped to RIA in separate containers and identified to RIA as miscellaneous weapons parts by weight and inventory value.

(5)  Shipping documents will specify number of containers and total weight of material not otherwise identified by name (NOIBN) and will be signed by the shipper. Original and two copies of the shipping documents will be forwarded to the Commander, Rock Island Arsenal, Directorate of Logistics, ATTN: SMCRI-DLD-TM, Rock Island Arsenal, Rock Island, IL 61299.

(6)  In those cases where complete weapons, receivers (or assemblies including receivers)

stripped of nonmetallic parts, silencers, mufflers, and bayonets are included in the shipment, RIA or other consignee will be advised in advance of the shipment, specifying shipping document number, identification number of each container, type of weapons, and the exact quantity and inventory value of each type weapon in the container. Telephone may be used in an emergency, provided confirmation of report of shipment is made promptly by teletype, datafax or letter.

(7)  Government Bills of Lading (GBLs) will reflect:

(a)  Rail Shipments. Description will be shown as firearms or parts NOIBN in barrels or boxes. Rail classification UFC Item Number 38340.

(b)  Truck Shipments. Description will be shown as firearms or parts NOI in barrels or boxes. Motor classification NMFC Item Number 69300.

(8)  Government railroad cars and Government vehicles and drivers will be used when authorized and determined to be both economical and in the best interest of the Government.

(9)  If the shipping activity, e.g., DRMO, does not receive acknowledgment of receipt from Rock Island Arsenal by the thirtieth day subsequent to the date of shipment, followup action will be taken by the shipping activity to obtain the required receipt acknowledgment documentation. The shipping activity's "clearance to ship letter" contains the applicable point of contact and Defense System Network (DSN) number to be utilized in following up on delinquent receipt documentation. Problems in followup actions which cannot be resolved by the DRMO will be referred to the Defense Reutilization and Marketing Region (DRMR) for resolution. 

e.  Commander, Rock Island Arsenal, Directorate of Logistics, Rock Island, IL 61299 will:

(1)  Issue shipping instructions.

(2)  Coordinate shipments with the holding (marketing) activities.

(3)  Schedule incoming shipments.

(4)  Receive material with documentation.

(5)  Verify total weight, number of containers, and number of each type item described in subparagraph d(6) above, by count.

(6)  Resolve discrepancies in shipments with shipment originator and/or carrier. Report unresolved discrepancies in shipments to Security Officer, Headquarters USAAMCCOM through the Rock Island Arsenal Security Office.



(7) Furnish, within 30 days of the date shipped, receipt to the shipping activity for each type item received by total weight and actual count for items described in subparagraph d(6) above.

(8) Require the material to be melted and ensure the appropriate certificate of demilitarization is accomplished. Retain certificate for 2 years.

(9) Transfer the melted scrap to the servicing DRMO for sale purposes.

(10) Adjust accountable records to compensate for dunnage and melting losses.

2. Expanded Local Demilitarization of small arms weapons and parts at selected installations.

a. Specific installations designated by the Military Services and DRMOs designated by DLA are authorized to perform expanded local demilitarization in the manner indicated on those items listed in subparagraph d below.

b. Activities authorized to perform local expanded demilitarization under constant quality assurance inspection. DRMS will establish DRMO expanded local demilitarization procedures in consonance with this requirement.

c. All activities with either crushing or shearing facilities will provide shielding safeguards to prevent injury to operating personnel from possible flying objects.

d. Those specific activities designated by subparagraph a above will demilitarize locally all quantities of the following small arms items in the manner specified:

(1) Receivers will be demilitarized by cutting (shear or torch) in a minimum of two places as depicted in appendix 7, or crushing in a hydraulic or similar type press to the extent to prevent reconstitution. Torch cutting for demilitarization purposes will be performed utilizing a cutting tip that displaces at least one-half inch of metal and cuts will be made completely through the receiver.

(2) Barrels will be crushed, sheared or cut with a torch utilizing a cutting tip that displaces at least one-half inch of metal in the chamber area and in two or more additional places to prevent reconstitution. Cuts will be made completely through the barrel.

(3) Machine guns will be cut in accordance with subparagraphs (1) and (2) above or, if crushing method is used, the trunnion block and side frame must be broken or distorted to preclude reconstitution.

(4) Magazines will be demilitarized by cutting, shearing, or crushing. Clips for the M1 rifle do not require demilitarization.

(5) Bolts will be demilitarized by cutting (shear or torch) in a minimum of two places, one of which will coincide with cuts illustrated in appendix 7. A torch cutting tip that displaces at least one-half inch of metal will be used.

(6) All other small arms components not listed above and not already authorized for local demilitarization will be shipped to Rock Island Arsenal for melting as outlined in subparagraph 1 above, or in accordance with appendix 4, item 1.

e. The demilitarization certificate required will be accomplished as prescribed in chapter II, paragraph A7, and will be executed by the activity performing the demilitarization and forwarded to the DRMO.

3. Demilitarization by DWD at sea. See chapter II, paragraph G.

## C. DEMILITARIZATION OUTSIDE CONUS

1. Because of prohibitive transportation costs, etc., surplus small arms weapons and parts in Hawaii, Alaska, Puerto Rico, American Samoa, Guam, the TTPI, and the Virgin Islands will be demilitarized in the same manner as prescribed for foreign excess by one of the following methods:

a. Complete demilitarization by melting.

b. Complete demilitarization by cutting, crushing, shearing, or breaking.

c. Deep water dumping at sea in accordance with chapter II, paragraph G.

2. Theater commanders, in coordination with DRMS/DRMR, will determine the method to be used and the degree to which additional demilitarization is necessary to meet the requirements in these areas.

3. Demilitarization will be accomplished in the most cost-effective manner by the generating agency, the DRMO, as a condition of sale, or by a service contract.

## D. FORECAST OF TONNAGE OF SMALL ARMS WEAPONS AND REPAIR PARTS TO BE DEMILITARIZED BY SMELTING

Each Military Service/Defense Agency will furnish a forecast of tonnage of small arms weapons and

**DoD 4160.21-M-1**

repair parts expected to be shipped to Rock Island Arsenal for smelting. The forecast will be by fiscal year and will be due on 15 September preceding the fiscal year, and will be forwarded to the Commander, Rock Island Arsenal, Directorate of Logistics, ATTN: SMCRI-DLD-TM, Rock Island Arsenal, Rock Island, IL 61299. DRMR/DRMO activities will provide a copy of the forecast of tonnage to DRMS, ATTN: DRMS-O, 74 N. Washington Ave., Battle Creek, MI 49017-3092.

# CHAPTER IV - DEMILITARIZATION PRIOR TO DISPOSITION BY DONATION

## A. DISPOSITION BY DONATION

1. As authorized by 10 U.S.C. 2572, 10 U.S.C. 7545, or other similar statutes, specific condemned or obsolete combat material (e.g., combat aircraft, vessels, guns, projectiles, tanks, etc.) may be donated in the manner prescribed in DoD 4160.21-M, Chapter X, to municipal corporations, posts of recognized war veterans associations for use or display and to accredited museums for display. Minimum demilitarization of such items will be accomplished to render the items unserviceable in the interest of public safety. This limited or minimum demilitarization will be performed in accordance with the instructions provided by DLA. These instructions will preserve the intrinsic, historical or display value of the property.

2. All such donations under the authority outlined above will be made subject to a special condition which prohibits further disposition (including redonation) of the items without prior approval of DLA and/or Military Service effecting the original donation.

3. Detailed instructions will be provided on a case-by-case basis by DLA. Requests should be sent to: Defense Logistics Agency, ATTN: DLA-SMP, Cameron Station, Alexandria, VA 22304-6100. These procedures may not constitute complete demilitarization as required by the instructions in appendix 4. Complete demilitarization, as described in appendix 4, must always be accomplished on partially demilitarized and modified items prior to final disposition.

## B. DEMILITARIZATION COSTS FOR DONATED ITEMS

Costs of demilitarization will be borne by the authorized donee. Charges will be assessed by the donating Military Service based on actual demilitarization cost at the time of donation.



(13)

CH 1
DoD 4160.21-M-1

# APPENDIX 3

## DEMILITARIZATION CODES TO BE ASSIGNED

## TO FEDERAL SUPPLY ITEMS

## AND CODING GUIDANCE

## DEMILITARIZATION CODES

| CODE | EXPLANATION |
|---|---|
| A | Non-MLI/*Non-SLI* -- Demilitarization not required. |
| B | MLI *(Non-SME)*-- Demilitarization not required. *Trade Security Controls (TSCs) required at disposition.* |
| C | MLI *(SME)* -- Remove and/or demilitarize installed key point(s), as prescribed in this manual, or lethal parts, components and accessories. |
| D | MLI *(SME)* -- Total destruction of item and components so as to preclude restoration or repair to a usable condition by melting, cutting, tearing, scratching, crushing, breaking, punching, neutralizing, etc. (As an alternate, burial *or deep water dumping* may be used when *coordinated with by the DoD Demilitarization Program Office.*) |
| E | MLI *(Non-SME)* -- *Additional critical items/materiel determined to require demilitarization, either key point or total destruction. Demilitarization instructions to be furnished by the DoD Demilitarization Program Office.* |
| F | MLI *(SME)* -- Demilitarization instructions to be furnished by the Item/Technical Manager. |
| .G | MLI *(SME)*-- Demilitarization required - AEDA. Demilitarization, and if required, declassification and/or removal of sensitive markings or information, will be accomplished prior to physical transfer to a DRMO. This code will be used for all AEDA items, including those which also require declassification and/or removal of sensitive markings or information. |
| P. | MLI *(SME)* -- Security Classified Item -- Declassification *and* any additional demilitarization and removal of any sensitive markings or information will be accomplished prior to accountability or physical transfer to a DRMO. This code will not be assigned to AEDA items. |

A3-1

(14)

CH 1
DoD 4160.21-M-1

Q          SLI -- Strategic List Item -- Demilitarization not Required. SLI are non-MLI and are
           controlled by the U.S. Department of Commerce through the Export Administration
           Regulations (EAR) and indicated on the *Commerce Control List* (CCL). Each CCL
           entry is preceded by a four-digit *Export Control Classification Number* (ECCN) and
           those ECCNs ending in the letter "A" or "B" are defined as Strategic List Items. These
           items are subject to Import Certification and Delivery Verification (IC/DV) control and
           other Trade Security Controls.

*15*

CH 1
DoD 4160.21-M-1

# ASSIGNMENT OF DEMILITARIZATION CODES

# TO ITEMS IN THE FEDERAL INVENTORY

A.  GENERAL DECISION PROCESS FOR ASSIGNMENT OF DEMILITARIZATION CODES:  The following is a decision processing tool, using question and answer, to assist in the assignment of demilitarization codes to supply items.  This tool is not intended to be all inclusive, but rather a general guide to code assignment.  While general in nature, most supply system items can be properly coded using this tool.  Questions regarding the assignment of demilitarization codes should be forwarded to DRMS, ATTN: DRMS-*MD*, 74 N. Washington Ave., Battle Creek, MI, (DSN)932-7032/7387/*7321*.

   1.  Is the item commercially available and not been *specifically designed,* modified *or configured* for military use?

       a. If YES:  Does item appear on the Commodity Control List with an ECCN ending in A or B?

           (1) If YES - ASSIGN DEMIL CODE "Q."

           (2) If NO - ASSIGN DEMIL CODE "A."

       b.  If NO:  Continue to paragraph 2.

   2.  Is the item on the U.S. Munitions List (USML), Appendix 1, or; is the item a part, repair part, component, subassembly, key point, etc., of an item appearing on the USML or; does the item have an offensive or defensive capability or contribute to that capability?

       a. If YES:

           (1) Is the item classified?    IF YES - ASSIGN DEMIL CODE "P."
                                   *If NO - Continue to (2) below.*

           (2) Does item fit the definition of AEDA?
                               IF YES - ASSIGN DEMIL CODE "G."
                               *If NO - Continue to (3) below.*

           (3) If item does not meet criteria of 2a and 2b above, continue to paragraph 3.

       b.  If NO:  Return to paragraph 1 above or call DRMS for additional assistance.

   3.  Is the item mentioned in the corresponding category of Appendix 4, this manual?

       a.  If YES:  Review *paragraphs a, b, and c, of the corresponding category and determine if item(s) are listed.*

A3-3

CH 1
DoD 4160.21-M-1

(1) If item requires DEMIL by other than DRMO personnel as outlined in Chapter II or because of the nature of the property or because of other service directive- ASSIGN DEMIL CODE "F" and prepare specific instructions for DEMIL accomplishment.

(2) If item *is listed in Appendix IV, paragraph A or as a key point in paragraph B.* - ASSIGN DEMIL CODE "D."

(3) If the item *is listed in Appendix IV, paragraph B* - ASSIGN DEMIL CODE "C".

(4) *If the item is listed in Appendix IV, paragraph C - ASSIGN DEMIL CODE "E."*

b. If NO: *ASSIGN DEMIL CODE B.*

**B. DEMILITARIZATION CODE ASSIGNMENT FLOW CHART.** *See following page.*

A3-4

CH 1
DoD 4160.21-M-1

# DECISION TABLE FOR ASSIGNING DEMILITARIZATION CODES



*AMMUNITION, EXPLOSIVES AND DANGEROUS ARTICLES

(18)

CH 1
DoD 4160.21-M-1

# APPENDIX 4

## DEMILITARIZATION REQUIREMENTS

## FOR *MUNITIONS LIST ITEMS*

### *GENERAL INSTRUCTIONS FOR USING THIS APPENDIX:*

*1.  This Appendix is designed to both assist ICA personnel in the assignment of demilitarization codes and to provide instructions regarding the method and degree of that process.  Each Category in the Appendix corresponds to the same (and in some cases additional) Category in the U.S. Munitions List.  Each Category is further delineated, by paragraph, as follows:*

> *PARAGRAPH A:  Items which are identified on the USML as SME and require total destruction (Demilitarization Code "D").*

> *PARAGRAPH B:  Items which are identified on the USML as SME and require key point destruction (Demilitarization Code  "C").*

> *PARAGRAPH C:  Items which are identified on the USML, but are not SME, that have been identified as critical or sensitive to DoD and/or the U.S. Government and require either total or key point destruction (Demilitarization Code "E").*

> *PARAGRAPH D:  All other items identified on the USML that require only TSCs at time of disposition.*

> *PARAGRAPH E:  Method and degree of demilitarization required.*

*2.  Additional basic principles to be applied when assigning or making determinations on demilitarization codes:*

> *a.  Classification as an MLI takes precedence over any other classification.  After an item has been determined not to meet the criteria of an MLI, it must then be reviewed to determine if it is an SLI (Demilitarization Code "Q").*

> *b.  An item is considered to be applicable to the USML when it has been specifically designed, modified or configured for military use, has a military capability or utility and either has or contributes to the offensive or defensive capability of a weapons system/sub-system (see Chapter II, paragraph B, this manual).  Items which are identical in design, structure, composition and utility to an equivalent item in the commercial market, and do not meet the criteria for an SLI, will be coded Demilitarization Code "A." (Note: The application of "Army green" or Navy gray" paint does not qualify an item as MLI.)*

> *c.  All "common hardware" (e.g.,: nuts, bolts, screws, brackets, etc.) and all wiring, regardless of design or configuration, will be coded Demilitarization Code "A."*

A4-1

CH 1
DoD 4160.21-M-1

    *d. MLIs that are not designated as SME or identified in paragraph C in each category will normally be assigned Demilitarization Code "B."*

   *3. Assistance in the use of this Appendix or in coding determination is available from the DRMS Demilitarization Office (see Chapter I, Attachment 1, this manual).*

A4-2

20

CH 1
DoD 4160.21-M-1

## *CATEGORY VIII.* MILITARY AIRCRAFT (COMBAT,

## TACTICAL AIR VEHICLES), SPACECRAFT

## AND ASSOCIATED EQUIPMENT

### (CATEGORY VIII - *U.S.* MUNITIONS LIST)

*NOTE: For electronic items associated with items in this Category (e.g., fire control, countermeasures, avionics, etc.), coding guidance in paragraphs A and B of Categories XI and XII apply.*

*A. The following items are designated as SME and require total destruction worldwide. They are normally assigned a Demilitarization Code "D."*

Military aircraft engines, except reciprocating engines, and spacecraft engines specifically designed or modified for the aircraft and spacecraft in paragraphs A and B of this category.

Manned and unmanned **spacecraft.**

Active and passive satellites.

Cartridge-actuated devices utilized in emergency escape of personnel.

*(NOTE: For items which are considered live AEDA, Demilitarization Code "G" will be assigned.)*

Airborne refueling equipment specifically designed for use with military aircraft, spacecraft and missiles.

*Radomes.*

Inertial navigation systems, *aided or hybrid inertial navigation systems, Inertial Measurement Units (IMUs) specifically designed, modified, or configured for military use and all specifically designed components, parts, and accessories. For other inertial reference systems and related components refer to Category XI.*

*Technical data related to the manufacture or production of any defense article enumerated in subparagraphs A and B.*

*B. The following items are designated as SME and require key point demilitarization worldwide. They are normally assigned a Demilitarization Code "C" (NOTE: Components, parts, etc., listed below as a "key point" would themselves be assigned Demilitarization Code "D").*

A4-31

*59*

㉑

CH 1
DoD 4160.21-M-1

*Key points to be demilitarized: Aircraft fuselage, tail assembly, wing spar, armor, radomes, armament and armament provisions, explosives (includes explosive bolts and squibs), classified items, missile ablative shell, impact detectors and circuitry, missile guidance systems, and target selection programming data, other items designated elsewhere in this Appendix and as indicated under paragraph E, below.*

*Aircraft, including but not limited to helicopters, non-expansive balloons, drones, and lighter-than-air aircraft, which are specifically designed, modified, or equipped for military purposes. This includes but is not limited to the following military purposes: gunnery, bombing, rocket or missile launching, electronic and other surveillance, reconnaissance, refueling, aerial mapping, military liaison, cargo carrying or dropping, personnel dropping, airborne warning and control, and military training.*

Developmental *and experimental* aircraft and components thereof which have a significant military applicability, *excluding such aircraft and components that have been certified by the Federal Aviation Administration and determined through the commodity jurisdiction procedure, to be subject to the export control jurisdiction of the Department of Commerce.*

Military aircraft engines, except reciprocating engines, and spacecraft engines specifically designed or modified for the aircraft and spacecraft in paragraphs A and B of this category. *(Key points are engine turbine wheel and shaft assembly of turbojet, turboprop, and turbofan engines ignition system, fuel system including the variable area nozzles or fuel spray systems, as applicable, and engine mounting fittings of ram-jet and pulse-jet engines, thrust chamber, turbine pump, balanced material orifices, gas generator (when used) and engine mounting fittings of rocket engines).*

Ground effect machines (GEMS) specifically designed or modified for military use including but not limited to surface effect machines and other air cushion vehicles. *(Key points are all components, parts, and accessories, attachments, and associated equipment specifically designed or modified for use with such machines).*

*Associated armament, equipment and subsystems including but not limited to gun barrels, launcher barrels, tub tubes or pods, receivers, firing mechanisms (except nonmetallic parts which may be disposed of without demilitarization) (figures 42, 43, 44, 45 and 47), rotor assemblies, delinking feeders, electric drive assemblies and mounts (figures 44, 46 and 48), ammunition containers, crossover assemblies, magazines and chute assemblies, controllers, intervalometers, electric components assemblies, gunner control panel, pilot wing control panels and reflex sights.*

*C. The following items are designated as MLI and the DoD Demilitarization Program Office has determined them to be of a critical and/or sensitive nature that requires total or key point destruction. These items and their key points are normally assigned a Demilitarization Code "E."*

*RESERVED*

A4-32

*l o*

22

CH 1
DoD 4160.21-M-1

*D. The following items are designated as MLI and do not require demilitarization. They are normally assigned a Demilitarization Code "B."*

*Launching and recovery equipment, other than that covered by Category VI above, for the articles in paragraphs A and B of this category, if the equipment is specifically designed or modified for military use or for use with spacecraft. Fixed land-based arresting gear is not included in this category.*

*Power supplies and energy sources specially designed or modified for spacecraft.*

*All other* components, parts, accessories, attachments, and associated equipment (including ground support equipment) specifically designed or modified for the articles in paragraphs A through B of this category, excluding aircraft tires and propellers used with reciprocating engines.

*Nonmilitary aircraft inertial navigation systems, except those systems or components that are standard equipment in civil aircraft, including spare parts and spare units to be used exclusively for the maintenance of inertial navigation equipment incorporated in civil aircraft and are certified by the Federal Aviation Administration (FAA) as being an integral part of such aircraft.*

*Technical data for the design, development, production, or manufacture of inertial navigation equipment or its related parts, components or subsystems which are standard equipment in civil aircraft and which are certified by the Federal Aviation Administration as being an integral part of such aircraft. FAA certified inertial navigation systems and all other technical data associated with such systems is under the licensing jurisdiction of the Department of Commerce.*

*All other technical data and defense services directly related to any defense article enumerated this category.*

*E.* Method and degree of demilitarization:

*1. MILITARY AIRCRAFT.*

   *a.* Fixed wing single and multiple engine aircraft. The area where the wing attaches and becomes a part of the fuselage structure will be mutilated in a manner to completely sever the wing spar to make it unfit for flight. The empennage (tail assembly) will be destroyed by mutilating the horizontal and vertical stabilizer attaching fittings area in such a manner as to make it unfit for flight. The fuselage will be destroyed by severing an area (normally at the production break) between the wing and empennage. (See figures 49 and 50, Appendix 7).

   *b.* Attack helicopters. Helicopters designed specifically for attack purposes will be demilitarized by mutilating the *entire airframe (see figure 51) ensuring that the transmission mounts and supporting structural beams, engine deck in area of mounts, wing attaching mounts and support beam structure, fuselage to tail boom attaching mounts and tail rotor gear box mounts have been destroyed by cutting, chopping, tearing, shredding, crushing, or smelting to the degree that the aircraft will be unfit for repair or flight.*

A4-33

61

23

CH 1
DoD 4160.21-M-1

NOTE *(For Army managed assets):  Certification as specified in U.S. Army TM 1-1500-328-23, Paragraph 9-3, F, will be complied with.  Aircraft data plates will be removed prior to the physical delivery of the former aircraft to the local DRMO.  After the turn-in of the scrap, the data plate, historical forms and records, certificates of demilitarization, and all required DA Forms 2410 will be processed and forwarded to ATCOM per DA Pamphlet 738-751 and TM 1-150-328-23.*

*c.* Destruction, as specified above, will be accomplished by cutting, chipping, chopping, tearing, shredding, crushing, smelting, or bailing in a manner to preclude restoration to its original condition.

*2. ARMAMENT* will be destroyed as specified for *Categories I, II and IV above.*

*3. EXPLOSIVES,* including explosive bolts and squibs, will be disposed of as specified for *Category III.*

*4. CLASSIFIED* items will be disposed of as prescribed for *Category IX.*

*5. SPACECRAFT.* As indicated by the procuring military service.

*6. ENGINES.*

*a.* Turbojet, turboprop *and turbofan* engines.  Remove the turbine wheel and shaft assembly from the engine and cut a segment (two or more "fir trees") from turbine wheel bucket splines. Sever the shaft at the wheel end bearing point.  When multistage turbines are involved, only the shaft and last stage turbine wheel need be demilitarized.  In cases where it is not economically practicable or feasible to remove the turbine wheel and shaft assembly from the engine, gain access to them by entering through shroud either by removal or cutting hole in shroud.

*b.* Ram-jet and pulse-jet engines.  Completely destroy key points listed in subparagraph *B* above.

*c.* Rocket engines.  Completely destroy key points listed in subparagraph *B* above.

*7. NONEXPANSIVE BALLOONS.* Specific instructions and technical guidance for demilitarization will be furnished by the Commander, Naval Air Systems command, Department of the Navy, Washington, DC, upon request.

*8. TECHNICAL DATA will be demilitarized by burning, shredding, or pulping.*

Attachment C

DoD 4160.21-M

# CHAPTER 1

# INTRODUCTION

A.  GENERAL.  This manual, authorized by DoD 4140.1-R, Department of Defense (DoD) Materiel Management Regulation, implements the requirements of the Federal Property Management Regulation (FPMR), and other laws and regulations as appropriate, as they apply to the disposition of excess, surplus, and foreign excess personal property (FEPP).  It takes precedence over conflicting instructions within the DoD. The Federal Property and Administrative Services Act of 1949, as amended (Act of 30 June 1949, 63 Stat. 377, 40 United States Code [USC] 471), hereafter referred to as the "Act", and the FPMR shall take precedence over this manual, unless otherwise provided by statute.

B.  SCOPE AND APPLICABILITY

1.  The contents of this manual are applicable to all elements of the DoD, their subordinate commands, installations and activities, worldwide, except as otherwise indicated.  It applies to the disposition of excess, surplus and FEPP, and other property as authorized.  Provisions of this manual affecting Defense Reutilization and Marketing Service (DRMS) operations are also applicable to Federal civil agency excess and surplus property turned-in to a Defense Reutilization and Marketing Office (DRMO), for disposition under applicable Interagency Agreements.

2.  Specific guidance for property identified as Munitions List Items (MLI)/Strategic List Items (SLI) is found in DoD 4160.21-M-1, Defense Demilitarization and Trade Security Control Manual.

3.  Unless otherwise stated, this manual is not applicable to:

a.  Items under management control of the Defense Nuclear Agency (DNA), in Federal Supply Group (FSG) 11; all Department of Energy (DoE) special design and quality controlled items; and all DoD items designed specifically for use on or with nuclear weapons (identified by manufacturers' codes 57991, 67991, 77991, and 87991 in the Defense Logistics Services Center [DLSC] master item file).  These items shall be processed in accordance with Technical Publication, Supply Management of Nuclear Weapons Materiel, DoE-DNA Technical Publication (TP) 100-1, Navy Special Weapons Operating Procedure (SWOP) 100-1, Army Technical Manual (TM) 39-100-1, Air Force Technical Order  (TO) 11N-100-1.

b.  Cryptologic/cryptographic Materiel.  This materiel shall be processed in accordance with NSTISSI 4008  (For Official Use Only [FOUO] and National Security Agency (NSA) Circular 60-5(C)).

**DoD 4160.21-M**

    c.  Naval Nuclear Propulsion Plant Materiel.  This materiel shall be processed in accordance with Naval Sea Systems Command Instruction (NAVSEAINST) C55ll.32 and Ships Parts Control Center Instruction (SPCCINST) 4440.376H as stated in, Chapter 4, Property Requiring Special Processing, paragraph B44.

    d.  Army Corps of Engineers Civil Works Property.  The DRMS may be utilized on a reimbursable basis.

    e.  Automation Resources (AR)  items under the management control of the Defense Information Systems Agency (DISA), Chief Information Officer, Defense Automation Resources Management Program Division.

    f.  Property provided  to foreign governments under security assistance programs.

    4.  Suggested revisions and/or requests for waivers to this manual should be submitted through DoD component channels (see Chapter 2, Attachment 1), to the Defense Logistics Agency (DLA),  for consideration.

C.  OBJECTIVES

    1.  Personal property (including scrap) shall be disposed of in a manner that ensures maximum use to satisfy valid needs, permits authorized donations, obtains optimum monetary return to the U.S. Government for property sold, protects the environment, and minimizes the need for abandonment or destruction (A/D).

    2.  The procedures, codes and uniform formats of the DoD 4000.25-1-M, Military Standard Requisitioning and Issue Procedures (MILSTRIP), DoD 4000.25-2-M, Military Standard Transaction Reporting and Accounting Procedures (MILSTRAP), etc., shall be used to the maximum extent possible in all property disposition transactions.

    3.  Precious metals bearing scrap and end items containing precious metals shall be disposed of in a manner that  assures cost effective disposition and recovery of precious metals when economically feasible under the Precious Metals Recovery Program (PMRP).

    4.  Military Service excess containing components required to offset buy, budget, and repair needs shall be reclaimed before disposal.

    5.  The development and use of electronic capabilities (e.g., Electronic Commerce/Electronic Data Interchange [EC/EDI]) is encouraged throughout all aspects of the Defense Materiel Disposition Program.

    6. Coordination.  Coordination shall be made with:

DoD 4160.21-M

a. The Military Services, other DoD components, and Federal civilian agencies when the proposed change affects their areas of responsibility or operation; refer to the DUSD (L) with pertinent comments any unresolved nonconcurrence with the proposed changes

b. The Department of State (DoS), or the U.S. Diplomatic Missions in the country or countries concerned, regarding the disposition of personal property in foreign countries, to assure conformance with U.S. foreign policy.

c. The Department of the Treasury (TD), relative to the acceptance of foreign currencies in payment for personal property.

d. The Department of Justice (DoJ) to obtain antitrust advice on certain sales as prescribed in this manual. Instances of suspected collusion shall be referred to the DoJ or the DoS representative as appropriate.

D.   FOREIGN LIAISON

1. Visits

a. Continental United States (CONUS) DRMOs. Authority for granting visit to CONUS DRMOs by foreign nationals and representatives of foreign governments rests withe the Assistant Executive Director, International Programs, Headquarters (HQ) Defense Logistics Agency (DLA). Prospective foreign visitors to DRMO's must submit visit requests through their embassy according to procedures in Department of Defense Directive (DoDD) 5230.20, Visits and Assignments of Foreign Representatives. Furthermore, visit requests to DRMOs must include a request for a security clearance from the host Military Service. HQ DLA receives the visit requests through channels, processes the requests according to DLA Instruction (DLAI) 5205.21, DLA Foreign Liaison/Disclosure Program, and provides written authority to cognizant primary level field activity commanders and/or DRMO Chiefs. Visit requests must be submitted 30 days in advance. Unclassified visits by foreign nationals can be approved for the purpose of inspection prior to acquiring through security assistance programs and other programs authorized by statute.

b. Outside CONUS DRMOs. By authority of the Commander of a DoD activity, foreign nationals and representatives of friendly foreign governments or international organizations may be admitted to the DRMO or DRMS for the purpose of inspecting items of excess (for foreign military sales (FMS)), surplus, or FEPP available for sale, or obtaining information relative to such sales. (See definitions for Denied Areas, Friendly Foreign Governments, and International Organizations.)

1-3

③

**DoD 4160.21-M**

2.  Release of Unclassified Information

a.  Release to representatives or nationals of denied areas.  All written requests for information from foreign nationals or representatives of denied areas shall be referred to the assigned security office.

b.  Release to representatives of friendly foreign governments organizations. Unclassified information which is normally furnished to the general public may be released by any DoD field activity directly to representatives of friendly foreign governments when such information is requested.

c.  Release to Nationals of Friendly Foreign Governments or representatives of International Organizations.

(1)  Unclassified information relating to the sale of surplus or FEPP which is normally furnished to the general public may be released by any DoD field activity directly to individuals or business concerns in friendly foreign countries (or representatives in the United States of such  foreign business concerns).

(2)  Release of technical data (as defined in the DoD 4160.21-M-1) relative to MLI/SLIs, to any individual, requires established Trade Security Controls (TSC) procedures.

E.  PERSONNEL AND TRAINING

1.  Selection of Key Personnel.  The magnitude of the Defense Materiel Disposition Program and its effects on public relations require that only qualified personnel be assigned. The duties and responsibilities require that key personnel be trained in DoD materiel disposition policy, regulations, and procedures.

2.  Training of DoD Personnel with Responsibilities in the Materiel Disposition Program.

a.  The importance of this program requires that personnel receive training in the field of defense material disposition and related technical areas, such as safety, environmental protection, Demilitarization (DEMIL), Trade Security Controls (TSC), accounting, administration, and management.

b.  Formal training in the area of property disposition (Reutilization and Marketing) is covered in DoDD 5010.16, Defense Management Education and Training Program and applicable Service and DLA training directives.

1-4

④

DoD 4160.21-M

## CHAPTER 2

## RESPONSIBILITIES

A. GENERAL

1. The Act assigned the responsibility for the supervision and direction over the disposition of excess and surplus property to the Administrator of General Services. The Act further assigned the responsibility for supervision and direction over the disposition of DoD FEPP to the Secretary of Defense.

2. The Administrator of General Services delegated to the Secretary of Defense the responsibility for the sale and final disposition of surplus personal property which the Administrator determines is not needed for transfer as excess to other Federal agencies or for donation as surplus to authorized donees. The Secretary of Defense also has the responsibility, under the "Act," for internal screening and redistribution of DoD property among the services and defense agencies and for reporting such property as excess to the General Services Administration (GSA).

3. The Secretary of Defense has assigned to the Director, Defense Logistics Agency (DLA), responsibility for the administration of the Defense Materiel Disposition Program, to include the PMRP and the Defense DEMIL Program.

4. In addition to the responsibilities addressed below, specific responsibilities in both the environmental program and the PMRP are delineated in Chapter 10, Environmentally Regulated and Hazardous Property, and Chapter 11, PMRP, respectively.

B. RESPONSIBILITIES OF THE DEFENSE LOGISTICS AGENCY (DLA)

1. Administer the Defense Materiel Disposition Program worldwide in the role of Integrated Program Manager.

2. Administer and monitor the PMRP.

3. Establish, coordinate and approve policy, system concepts and requirements, resource management, program guidance, budgeting and funding, training and career development, management review and analysis, internal control measures, and schedule crime prevention surveys pertaining to the Defense Materiel Disposition Program.

4. Maintain the DoD 4160.21-M in a current status to reflect policy guidance prescribed by the Deputy Under Secretary of Defense (Logistics) (DUSD [L]), or other organizational elements

**DoD 4160.21-M**

of the Office of the Secretary of Defense.  To accomplish this objective, a Disposal Policy Working Group (DPWG) is established.  Not less than semi-annually, DLA will chair a meeting of the DPWG to maintain this manual in a current status.  Changes shall be coordinated by the DPWG with each Military Service, DLA, DUSD (L), the United States Coast Guard (USCG) and GSA.  DRMS may also be a member of this working group.  Attachment 1 is a listing of DPWG members.

    5.  Promote maximum reuse of excess, surplus, and FEPP.

    6.  Establish/disestablish disposal organizations (DRMOs) under  the control of the DLA and coordinate such action with the Military Services and other DoD components when it will affect the disposal support currently being provided to their activities.  With respect to overseas locations, coordination should also include the regional combatant commander, U. S. Chief of Mission, and the in-country security assistance office (SAO).  In all cases, coordinate such establishment/disestablishment with DUSD(L).

    7.  Assure maximum compatibility between documentation procedures, codes, and formats used in materiel disposition systems and the military services supply systems.

    8.  Program, budget, fund, account, allocate, and control personnel spaces and other resources for its respective activities.

    9.  Prepare and distribute reports, as prescribed.

    10.  Assume the worldwide disposal of all DoD hazardous property (HP) except for those categories specifically designated in paragraph B1, Chapter 10, Environmentally Regulated and Hazardous Property.

    11.  Conduct property disposal training courses, as appropriate.

C.  RESPONSIBILITIES OF THE MILITARY SERVICES/DEFENSE AGENCIES

    1.  Recommend to the Director, DLA, policy and procedural changes pertaining to the disposition program. Information copies of such recommendations shall be furnished to the DUSD(L).

    2.  Provide assistance to the Director, DLA, upon request, to resolve matters of mutual concern.

    3.  Furnish to the Director, DLA, mutually agreed upon data necessary to administer the Defense Materiel Disposition Program.

**DoD 4160.21-M**

4. Promote maximum reutilization of excess, surplus, and FEPP and fine precious metals for internal use or as Government Furnished Material (GFM).

5. Nominate national organizations in the United States, American Samoa, Guam, Puerto Rico, the Trust Territory of the Pacific Islands (TTPI), and the Virgin Islands, to the DUSD(L) for special interest consideration as Service Educational Activities (SEAs) and approve schools (non-national organizations) as SEAs.

     a. Recommend to DUSD(L) categories of property considered usable by, and necessary for, SEAs.

     b. Inspect annually the property administration of SEAs (non-national) sponsored by the Military Service to assure compliance with the donation agreement and the FPMR, and specifically to review categories and quantities of property received to assure that only that type and quantity of property actually needed is obtained. National organizations are exempt from this annual inspection requirement, unless otherwise deemed necessary and appropriate.

6. Provide support, including appropriate facilities for the operations of tenanted DRMS field activities under applicable Interservice Support Agreements (ISAs).

     a. A suitable, location, separate and apart from host installation active stocks, shall be established. This area shall be of sufficient size to permit proper segregation of materiel and should be convenient to a road network and railroad siding.

     b. All DRMO facilities are owned by the host and shall be identified in an ISA. Host site approval must be obtained for all facility improvement projects. Non-reimbursable host maintenance and repair support, not exceeding that prescribed by the regulations of the host activity, shall be included in the ISA.

     c. The DRMO yard shall be fenced or otherwise protected to ensure that materials are safeguarded against theft, pilferage, or unauthorized withdrawals. Support to DRMOs on security matters is covered in ISAs among investigative agencies and implementing security regulations of the DoD components.

7. Accomplish the disposal of property not authorized by this manual for transfer to a Special Defense Property Disposal Account (SDPDA).

8. Participate in the DoD PMRP.

9. Conduct property disposition (Reutilization and Marketing) training courses (U.S. Army Logistics Management College).

⑦

**DoD 4160.21-M**

10.  Administer reclamation programs and accomplish reclamation of needed items from Military Service excess material.

11.  Store and reclaim excess complete aircraft (U. S. Air Force [USAF] is the DoD executive agent).

12.  Administer the reclamation and removal of equipment and spare parts from stricken naval vessels (U.S. Navy only).

13.  Establish and administer disposal accounts, as jointly agreed to by DLA and the Military Services, to support the DEMIL and reclamation functions to be performed by the Military Services.

14.  Report surplus merchant vessels or vessels of 1500 gross tons or more, capable of conversion to merchant use, to the Office of Management Services (Code MAR-310), Maritime Administration, U.S. Department of Transportation, 400 Seventh Street SW., Washington, DC  20590.

15.  Dispose of HP specifically designated in paragraph B1, Chapter 10, Environmentally Regulated and Hazardous Property.

16.  Ensure all property turned-in to DRMOs is safe to handle and non-leaking to ensure environmental compliance during transport to the DRMO and storage during the disposal process.

17.  Implement DoD Resource Recovery and Recycling Program (RRRP), as directed by DoD Instruction 4715.4, Pollution Prevention.

18.  Funding for hazardous waste disposal.

D.  RESPONSIBILITIES OF THE DRMS

1.  Exercise program management and staff supervision of the Defense Materiel Disposition Program.

2.  Manage the assigned DoD screening systems for screening excess personal property within the Military Services, Defense Agencies and eligible foreign countries.

3.  Promote maximum reuse of excess, surplus, and FEPP.

4.  Assure transfer and donation policies and procedures are carried out.

**DoD 4160.21-M**

5.  Administer the DoD donable surplus personal property program as it applies to approved SEAs.  This includes such actions as prescribing procedures, developing donation agreements, and processing requests to higher authority for deviation from formal agreements.

6.  Carry out policies and develop procedures and techniques for publication here or in other approved media after coordination by DLA with the Military Services.

7.  Obtain optimum monetary return to the Government for all property sold.

8.  Maintain and control the consolidated DoD bidders list and serve as the DoD focal point for inquiries pertaining to the sale of disposable property.

9.  Develop and administer a system for controlling, in consonance with DLA system requirements and accounting for excess, surplus and FEPP.

10.  Develop, compile, and publish pertinent data relating to the Defense Materiel Disposition Program.

11.  Implement DLA programs for physical, AR, personnel, and information security.

12.  Develop programs for surveillance of disposable property and related operations to assure optimum reutilization, proper DEMIL, environmentally sound disposal practices, and performance of functions for which DRMS is responsible under pertinent regulations.

13.  Prepare sale solicitations, conduct sales, and execute and administer all sales contracts including the processing of disputes, protests, and claims pertaining to sales and sales contracts.

14.  Operate the PMRP.

15.  Maintain effective liaison and take coordinated actions, through proper channels, to assist in resolving, eliminating, or reducing operating problems.

16.  Prepare and distribute reports as prescribed.

17.  Prepare changes to, and be the office of primary responsibility for, Chapter 10 (Environmentally Regulated and Hazardous Property) of this manual.

18.  Exercise operational supervision of DRMOs.

19.  Perform centralized support service functions needed for operational control, coordination, and administrative support to include coordination of civilian personnel administration and training, and coordination of the ISAs.

**DoD 4160.21-M**

20.  Perform surveillance and give technical assistance to DRMOs to assure performance of functions in accordance with applicable policies and regulations. In addition, review DRMO operations to ensure proper identification of Munitions List Items (MLI) and Strategic List Items (SLI) and that related DEMIL functions are properly accomplished.

21.  Monitor property accountability, and approve adjustments/corrections to property accounts for assigned DRMOs.

22.  Comply with implementing guidance relative to relationships with Commanders of Unified Commands as prescribed in DoDD 5105.22, Defense Logistics Agency, enclosure 2.

23.  Support disposal of Military Assistance Program (MAP) property and other foreign-owned property (see DoD 5105.38-M, Security Assistance Manual).

24.  Monitor DRMO operational aspects of the PMRP and provide support to DoD and participating Federal civil agencies.

E.  RESPONSIBILITIES OF THE DRMOs

1.  Provide assistance and disposal service to DoD components and other authorized customers.

a.  Explain turn-in procedures, train generating activities in scrap segregation practices, consistent with this manual.

b.  Maintain adequate liaison with generating activities to ensure visibility of generations to avoid unmanageable fluctuations in workload.

c.  Receive excess, surplus, foreign excess, nonsalable materiel, and other authorized turn-ins from generating activities.

d.  Inspect and classify property; verify identity and quantity; determine disposal condition code and process for disposal.

e.  Maintain property accountability and control of excess, surplus, and FEPP and furnish input for establishment and updating of centralized accounting record.

f.  As appropriate, provide or arrange for adequate covered storage space for protection from the elements to maintain the value and condition of property. Property shall be stored to prevent contamination or mixing, be properly identified and segregated for disposal processing, and be readily accessible for inspection.

DoD 4160.21-M

(1)  Ensure property segregation bins or areas are prominently marked, labeled, or tagged so as to be readily identifiable with the property locator record.  Property should, to the extent practicable, be baled, boxed, bundled, bagged, binned, or otherwise stored to prevent mixing and to facilitate easier handling and accessability.

(2)  Establish separate storage locations when sufficient space, covered and open, is available for property while undergoing screening.  Sale of property should be conducted from these locations to avoid double handling of property.

g.  Operate hazardous waste (HW) storage facilities (based on host installation and DRMS' agreements), meeting all applicable environmental standards and requirements, including the Resource Conservation and Recovery Act (RCRA), as amended.

2.  Represent their parent agency in matters pertaining to established ISAs and coordinate with local installation personnel in resolving matters of mutual concern.

3.  Promote and ensure maximum conservation of strategic and critical materials and precious metals.

4.  Conduct periodic physical inventory of disposable property on hand; prepare inventory adjustment documents, as required.

5.  Provide for screening of property to promote the maximum reutilization, transfer, and donation (RTD) of excess, surplus, and FEPP.

6.  Provide technical and management assistance to all authorized screeners, donees, and other interested persons.

7.  Process authorized RTD requests.

8.  Perform market research to determine market potential of property available for sale and to optimize monetary return to the Government for property sold.

9.  Coordinate with the DRMS to promote effective marketing techniques in the sale of property.

10.  Prepare and submit listings of property for sale and recommend the method of sale, when pertinent.  Recommend special conditions for unusual requirements or restrictions for inclusion in the sale, as applicable.

11.  Conduct sales of property, as authorized.

**DoD 4160.21-M**

    12.  Provide technical assistance to prospective purchasers.

    13.  Release property to buyers upon receipt of proper documentation.

    14.  Provide assistance to Sales Contracting Officers (SCOs), as required, to administer the terms of the sale.

    15.  Deposit sale proceeds and other funds received, including storage charges.

    16.  Supervise operations of any subordinate offices.

    17.  Ensure DEMIL and appropriate TSC of MLI/SLI, in accordance with DoD 4160.21-M-1.

    18.  Where local DEMIL is not feasible, prepare, package, and crate small arms weapons and parts for shipment to Rock Island for DEMIL in accordance with DoD 4160.21-M-1, and DoD 5100.76-M, Physical Security of Sensitive Conventional Arms, Ammunition, and Explosives.

    19.  Process precious metals bearing property under the DoD PMRP.

F.  RESPONSIBILITIES OF THE INVENTORY CONTROL POINTS (ICPs)

    1.  Assure maximum reutilization of property located at the DRMOs.

    2.  Process other ICP interrogations/requisitions (fill/kill) for requirements assigned a Uniform Material Movement and Issue Priority System (UMMIPS) Priority Designator falling within Issue Priority Group 1 (Priorities 01-03) considering on-hand assets to the same extent as it would to satisfy its own Service requisitions.

    3.  Prepare data, reports, and recommendations as prescribed here and maintain backup materiel for audit review.

    4.  Provide DRMS with points of contact for operational matters, such as:  Reutilization, Donation, DEMIL, Precious Metals, HP.  (See additional PMRP responsibilities for the Defense Industrial Supply Center [DISC] in Chapter 11, PMRP.)

    5.  Identify items that must be DEMIL'd and accomplish DEMIL of those items which cannot be physically accepted by a DRMO in accordance with DoD 4160.21-M-1..

    6.  Assure the submission of available technical data needed in preparing specialized

DoD 4160.21-M

offers and reclamation requirements, when requested.

7.  Identify items that need reclamation and, as applicable, advise Military Service/Defense Agency ICPs/Integrated Materiel Managers (IMMs) of items considered to have reclamation potential.

8.  Prepare and forward reclamation transactions for the interservice interchange of data for component parts with reclamation potential.

9.  Process reclamation notifications/data interchange transactions of other ICPs.

10.  Participate in all other programs specified in this manual, as applicable.

G.  DISPOSAL REPORT RESPONSIBILITIES

1.  This section contains the disposal report requirements pertaining to the disposal of excess, surplus, and FEPP by the DoD and the DLA.

2.  The Military Services are responsible for providing input to the Program Administrator's Report (PAR), RCS DD-M (A) 891 by reporting disposal actions performed directly by the Military Services.  This data will be consolidated within each Military Service and reported to DRMS within each Military Service and reported to DRMS within 10 calender days after the end of each fiscal year.  The disposal report is contained in Attachment 2.  The Military Services should report only applicable data.

3.  DRMS is responsible for providing input to RCS: 891, by reporting disposal actions performed by DRMS and incorporating disposal data provided by the Military Services.  The consolidated data will reported to DLA within 20 calender days after the end of each fiscal year. This data will be made available to internal and external entities.

4.  DLA is responsible for providing RCS: 891 to DUSD (L) within 30 days following the end of each fiscal year.  DLA is also responsible for developing and providing data for the Report of Property Transferred to Non-federal recipients, IRC 0154-GSA-AN.  This annual report is required by GSA and includes property provided by DoD to other than federal activities.  The report includes acquisition value of line items provided to each recipient.  This report will be provided (in narrative format) to GSA within 45 days following the end of each fiscal year.

5.  DUSD (L), and DLA will independently develop secondary item information from RCS: 891 data to DRMS regarding  the disposition of excess, surplus and/or FEPP that was performed directly by the Military Services.  The report must also contain data relevant to

13

**DoD 4160.21-M**

direct sales of recyclable materials. The data will be reported to DRMS within 10 calendar days after the close of the fiscal year in the format contained in Attachment 2.

H. CUSTOMER SERVICE. The DoD serves the public by defending American interests; by ensuring that the lives of Americans supplying this defense and the dollars used to furnish this service, are used wisely; and by being perceived as a "good neighbor" in all dealings with the public. All DoD components shall comply with the spirit and intent of Executive Order 12862 "Setting Customer Service Standards." Organizations should seek to enhance their effectiveness by setting the following results-oriented goals: delivery of ever-improving value to customers, resulting in mission success; and improvement of overall organizational performance and capabilities.

**ATT 1**
**CHAP 2**
**DoD 4160.21-M**

## DISPOSAL POLICY WORKING GROUP REPRESENTATIVES

Army          HQDA (DALO-SMP)
              Office of the Deputy Chief of Staff for Logistics
              500 Army Pentagon
              Washington, DC 20310-0500
              DSN 225-1059
              Commercial (703) 695-1059

Navy          Naval Supply Systems Command
              Code 41243A
              5450 Carlisle Pike
              P.O. Box 2050
              Mechanicsburg, PA 17055-0791
              DSN 430-7029
              Commercial (717) 790-7029

Air Force     Air Force Materiel Command
              HQ AFMC/LGID
              4375 Chidlaw Road, Suite 6
              Wright-Patterson AFB, OH 45433-5006
              DSN 787-5496
              Commercial (937) 257-5496

Marine        Commandant of the Marine Corps
  Corps       LPP-2
              2 Navy Annex
              Washington, DC 20380-1775
              DSN 426-1061/1062/1051/1052
              Commercial (703) 696-1061/1062/1051/1052

Coast         Commandant, Headquarters, US Coast Guard
  Guard       HQ USCG/G-CFM-3
              2100 Second Street, SW
              Washington, DC 20593-0001
              Commercial (202) 267-0654

**DoD 4160.21-M**

| | |
|---|---|
| Defense Logistics Agency | Headquarters, Defense Logistics Agency<br>MMLC<br>8725 John J. Kingman Road, Suite 4133<br>Fort Belvoir, VA 22060-6221<br>DSN  427-1529/1534<br>Commercial (703) 767-1529/1534 |
| Office of Secretary Of Defense | Office of Deputy Under Secretary for Logistics<br>DUSD/L<br>The Pentagon (Room 3B740)<br>Washington, DC 20301-8000<br>DSN 223-5716<br>Commercial (703) 693-5716 |
| General Services Administration | Property Management Division<br>GSA/FSS/FBP<br>Washington, DC 20406<br>Commercial (703) 308-0000 |

ATT 2
CHAP 2
DoD 4160.21-M

**DISPOSAL DATA REPORT REQUIREMENTS**

**Reference : Paragraph G**

A.  DISPOSAL OF DECLARED EXCESS PROPERTY

    1.  USEABLE PROPERTY -- Provide inventory value (acquisition value) of property, broken out by type; aircraft, ships; ammunition, explosives and dangerous articles (AEDA), and other declared excess property.  Indicate amount of generations, dispositions and ending inventory.

    2.  SCRAP - provide weight (tonnage) of property, broken out by type; ferrous, nonferrous, and other scrap & waste.  Indicate amount of generations, dispositions & ending inventory.

SAMPLE FORMAT:

| | GENERATIONS FY___ | DISPOSITION FY___ | ENDING INVENTORY FY___ |
|---|---|---|---|
| USABLE PROPERTY (IN MILLIONS) | | | |
| AIRCRAFT | _____ | _____ | _____ |
| SHIPS | _____ | _____ | _____ |
| AEDA | _____ | _____ | _____ |
| OTHER DECLARED EXCESS | _____ | _____ | _____ |
| TOTAL | _____ | _____ | _____ |
| | | | |
| SCRAP (TONNAGE) | _____ | _____ | _____ |
| FERROUS | _____ | _____ | _____ |
| NONFERROUS | _____ | _____ | _____ |
| OTHER SCRAP & WASTE | _____ | _____ | _____ |
| TOTAL | _____ | _____ | _____ |

2.2-1

**DoD 4160.21-M**

B.  PROPERTY TYPE AND DISPOSITION METHOD.  Provide inventory value (millions) of useable property by property type: aircraft. AEDA and other declared excess property. Indicate how property was disposed; intra & interservice utilization within DoD, security assistance, transfers to other Federal agencies, donations, sales, expended to scrap, and other disposals.

Secondary items to be reported in Section A.2., are the same as reported in the Supply System Inventory Report in Chapter 4, Section F of DoD 4140.1-R, DoD Materiel Management Regulation.  Aircraft parts (principle items), as opposed to aircraft, is an example of a secondary item.

SAMPLE FORMAT:

|  | OTHER DECLARED EXCESS FY_____ | AIRCRAFT FY_____ | SHIPS FY___ | AEDA FY___ | TOTAL FY___ |
|---|---|---|---|---|---|
| DISPOSITION METHOD | | | | | |
| UTILIZATION WITHIN DoD | _____ | _____ | _____ | _____ | _____ |
| SECURITY ASSISTANCE | _____ | _____ | _____ | _____ | _____ |
| TRANSFERS TO OTHER FEDERAL AGENCIES | _____ | _____ | _____ | _____ | _____ |
| DONATIONS | _____ | _____ | _____ | _____ | _____ |
| SALES | _____ | _____ | _____ | _____ | _____ |
| EXPEND TO SCRAP | _____ | _____ | _____ | _____ | _____ |
| OTHER | _____ | _____ | _____ | _____ | _____ |
| TOTALS | | | | | |

18

**DoD 4160.21-M**

C.  PROCEEDS FROM SALES OF DECLARED EXCESS

  1.  Usable Property - Provide proceeds from sale of property, broken out by type; aircraft, ships, AEDA, and other declared excess property.

  2.  Scrap - Provide proceeds from sale of scrap (including recyclable materials), broken out by type; ferrous, nonferrous and other scrap and waste.

Sample Format:

|  | PROCEEDS ($) FY_____ |
|---|---|
| <u>USABLE PROPERTY</u> | |
| Other Declared Excess | _____ |
| Aircraft | _____ |
| Ships | _____ |
| AEDA | _____ |
|     TOTAL | |
| | |
| <u>SCRAP</u> | |
| Ferrous | _____ |
| Nonferrous | _____ |
| other | _____ |
|     TOTAL | |
| | |
|     TOTAL PROCEEDS | _____ |

D.  PRECIOUS METALS RECOVERY PROGRAM (PMRP)

    1.  Recovery.  Provide weight (troy oz) recovered, market value of metals recovered cost incurred by type of precious metal (silver, gold, platinum, palladium).

    2.  Issues.  Provide weight (troy oz) issues market value if issues, stock fund value, and estimated cost avoidance (savings from issues) by type of precious metal (silver, gold, platinum, palladium).

    3.  Inventory.  Provide weight (troy) inventory available for issue by type of precious metal silver, gold, platinum palladium)

**DoD 4160.21-M**

2.2-3

SAMPLE FORMAT:

| | | Silver | Gold | Platinum | Palladium | Total |
|---|---|---|---|---|---|---|
| RECOVERY | RECOVERED MARKET VALUE RECOVERY COST | ___ ___ ___ | ___ ___ ___ | ___ ___ ___ | ___ ___ ___ | ___ ___ ___ |
| ISSUES | ISSUES EXT MARKET VALUE EXT ISSUE VALUE EST COST AVOID | ___ ___ ___ | ___ ___ ___ | ___ ___ ___ | ___ ___ ___ | ___ ___ ___ |
| INVENTORY | INVENTORY AVAIL. FOR ISSUE | ___ | ___ | ___ | ___ | ___ |

## E.  HAZARDOUS PROPERTY (HP)

1.  GENERATIONS.  Identify number of line items and acquisition value of hazardous property.

2.  DISPOSITIONS.  Indicate number of line items of hazardous property disposed by reutilization/transfer/donation sold or other dispositions.

3.  Sale proceeds.  Identify proceeds of hazardous property sold.

4.  Contract Cost.  Identify costs of hazardous property disposal contract (DRMS, DLA or DoD Activities).

2.2-4

(20)

DoD 4160.21-M

SAMPLE FORMAT:

DISPOSAL OF HAZ WASTE/MAT'L PROPERTY

FY_____

GENERATIONS
    ACQUISITION VALUE ($)     _____
DISPOSITIONS
    R/T/D     _____
    SOLD     _____
    ULTIMATE DISPOSAL     _____
    OTHER DISPOSITIONS     _____
SALES PROCEEDS ($)     _____
ULTIMATE DISPOSAL
 CONTRACT COSTS ($)     _____
DLA($)     _____
DoD ACTIVITIES ($)     _____

(FIGURES ARE IN LINE ITEMS EXCEPT WHERE NOTED)

F.  DRMS expenses - Provide expenses by budget project/account to include net operations and maintenance expenses and PMRP reimbursable from stock fund.

DRMS EXPENSES

FY____

BUDGET PROJECT/ACCOUNT

    OPERATIONAL ACTIVITIES     _____
    MAINTENANCE EXPENSES     _____
    PRECIOUS RECOVERY     _____
    (Reimbursable from stock fund)

TOTAL EXPENSES     _____

DoD 4160.21-M

(4)  Ambulances, Modular.  Ambulances manufactured by Southern Ambulance Builders, Inc. (NSN 2310-01-170-6843 and 2310-01-171-4747) must be mutilated by the generator prior to turn-in unless arrangements are made with HQ DRMS.   Mutilation is for safety concerns primarily due to potential for fire.

(5)  School Buses (manufactured prior to 1977).  Generating activities will remove usable components (i.e., engine, transmission, radiator, front and rear differentials, etc.) for separate turn-in and normal disposal processing.  On a case-by-case basis, the DRMO and the generating activity(ies) will determine who has the responsibility to mutilate.  If neither agree, the generating activity will be responsible for arranging mutilation.  DRMOs receiving buses mutilated by the generating activity may process them for sale as reimbursable/recyclable scrap.  DRMOs performing the mutilation will process the buses for sale as nonreimbursable/nonrecyclable scrap.

(6)  Fire Trucks (P2).  USAF A/S32P-2 Crash Fire Rescue Trucks (NSNs 4210-01-034-7537, and 4210-01-038-4331) are defective due to frame rail cracks.  These trucks will be processed as in paragraph (4), above.

(7)  All Terrain Vehicles.  Three wheeled All Terrain Vehicles may be offered for public sale only after they have been mutilated in a manner to prevent operational use (FPMR 101-45.309-13).

ATT 1
CHAP 4
DoD 4160.21-M

AIRCRAFT AUTHORIZED FOR SALE FOR COMMERCIAL USE

Reference:  Chapter 4, paragraph B2

The following is a list of aircraft types which, when not specifically modified for combat purposes, may be sold or exchanged for commercial use.  Military Services releasing  these aircraft must indicate on the DTID if the aircraft has been specifically modified for combat purposes. When authorized to be sold or exchanged, the releasing Military Service shall indicate the military design characteristics, if any, which must be removed or demilitarized and, in the latter instance, the method of demilitarization.

| SERIES | DATA PLATE MODEL | MANUFACTURER |
|---|---|---|
| Cargo/Transport | **C1A | Grumman |
| " | **C2A | Grumman |
| " | C-12A thru C-12J | Beech |
| " | C-21A | Learjet |
| " | C-45 | Beech |
| " | C-46 | Curtis |
| " | C-47 | Douglas |
| " | C-54 | Douglas |
| " | **C-97 | Boeing |
| " | C-117 | Douglas |
| " | C-118 | Douglas |
| " | C-121 | Lockheed |
| " | C-123 | Fairchild |
| " | **C-130 | Lockheed |
| " | C-131 | Convair |
| " | **C-135 | Boeing |
| " | **C-137 | Boeing |
| " | **C-140 | Lockheed |
| " | C-141 | Lockheed |
| Helicopter | ** H-1 | Bell |
| " | ** H-2 | Kaman |
| " | ***H3 | Sikorsky |
| " | H-13 | Bell |
| " | H-19 | Sikorsky |
| " | H-21 | Vertol |
| " | H-23 | Hiller |
| " | H-34 | Sikorsky |

4.1-1

**DoD 4160.21-M**

| SERIES | DATA PLATE MODEL | MANUFACTURER |
|---|---|---|
| Helicopter | ** H-37 | Sikorsky |
| " | H-41 | Cessna |
| " | ** H-46 | Boeing Vertol |
| " | ** H-47 | Boeing Vertol |

| SERIES | | DATA PLATE MODEL | MANUFACTURER |
|---|---|---|---|
| " | | ***H-52 | Sikorsky |
| " | ** | H-53 | Sikorsky |
| " | | H-54 | Sikorsky |
| " | | H-55 | Hughes |
| " | | H-57 | Bell |
| " | ** | H-58 | Bell |
| | | | |
| Observation | | O-1 | Cessna |
| " | | O-2 | Cessna |
| " | ** | OV-1 | Grumman |
| " | *** | OH-6 | Hughes |
| | | | |
| Trainer | | T-1A | Beech |
| " | * | T-28 | N. American |
| " | | T-29 | Convair |
| " | | T-34 | Beech |
| " | | T-39 | N. American |
| " | | T-41 | Cessna |
| " | | T-42 | Beech |
| " | | T-47A | Cessna |
| | | | |
| Utility | | U-1 | DeHaviland |
| " | | U-3 | Cessna |
| " | | U-4 | Aero Design (N. American Rockwell) |
| " | | U-6 | DeHaviland |
| " | | U-8 | Beech |
| " | | U-9 | Aero Design (N. American Rockwell) |
| " | | U-10 | Helio |
| " | | U-11 | Piper |
| " | ** | U-16 | Grumman |
| " | ** | U-17 | Cessna |
| " | ** | U-18 | Ryan |

4.1-2

**DoD 4160.21-M**

| SERIES | | DATA PLATE MODEL | MANUFACTURER |
|---|---|---|---|
| " | ** | U-19 | Convair |
| " | ** | U-20 | Cessna |
| " | | U-21 | Beech |

24

| Patrol | ** | P2 | Lockheed |
| " | ** | P3 | Lockheed |
| " | ** | S2 | Grumman |
| " | ** | E1B | Grumman |

*NOTE:  Demilitarization is not required except for demilitarization of lethal/classified equipment onboard the aircraft when sold overseas to U.S. nationals or U.S. entities for import into the United States.  All other sales in overseas areas will be made for scrap and for recovery of parts, regardless of the nationality of the purchaser.

**NOTE: No FAA type certificate is established to date.  These aircraft may be sold as flyable provided the recipient is advised that an FAA type certificate must be obtained prior to obtaining a Standard Airworthiness Certificate.

***NOTE:  Aircraft can only be used for special purpose operations and must meet certain noise requirements (14 CFR, Part 21).

4.1-3

**ATT 2
CHAP 4
DoD 4160.21-M**

**MARKING OF CLOTHING AND EQUIPAGE FOR TURN IN**

**Reference:  Chapter 4, paragraph B10c**

(25)

Clothing and individual equipment items that are suitable for standardized marking or mutilation to prevent reentry into the supply system shall be marked in such a manner as to eliminate excessive and improper defacing of clothing and equipment.  Markings (one-half to one-inch lettering) shall be by stamping or stenciling "DRMO" with indelible ink no more than twice in suggested areas. Items indicated with an asterisk (*) below shall have a single one-fourth inch hole punched instead of stamping.

| TYPE ITEMS | AREA OF MARKING |
|---|---|
| Alice packs | Inside back area or inside large flap |
| Ammo pouch | Inside of flap cover |
| Aprons (all) | One corner of the item |
| Bag, barrack            Inside near drawstring | |
| Bag, duffel | Bottom of bag |
| Bag, flyer | Inside of zipper |
| Bag, sleeping | Inside of zipper |
| Boots, leather | Inside top of boot |
| Belts/straps | Inside near buckle area |
| Canteen/mess kit cover | Back belt loop |
| Cases, handcuffs, first aid | Inside of flap cover |
| Coveralls (all) | Inside near label area |
| Entrenching tool carrier (canvas) | Back of flap |
| *Entrenching tool carrier (plastic) | Punch single one-fourth inch hole on flap top |
| Gloves | Inside of cuff |
| Headgear | Inside headband (may punch single one-fourth inch round hole in the inside headband in lieu of stenciling) |
| Hoods (all) | Inside near label area |
| Jackets, field, parkas, other type coats | Inside near label area |
| Liner, coats and jackets | Inside near label area |
| Liner, trouser | Inside waistband |

4.2-1

**DoD 4160.21-M**

| Pants, trousers, skirts | Inside waistband |
|---|---|
| Rubber items, including bunny boots, overshoes and hip boots | Punch one-fourth inch round hole in distinctive area at top of boot or tongue |
| Sheets, pillow cases, mattress One corner of the item | |

(26)

covers, blankets
Shirts                                          Tip of shirttail
Shoes (leather)                                 Inside ankle area

4.2-2

**ATT 3**
**CHAP 4**
**DoD 4160.21-M**

**FLIGHT SAFETY CRITICAL AIRCRAFT PARTS CODES**

**Reference: Chapter 4, paragraph B26b**

27