IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROWN HELICOPTER, INC., UNITED AERONAUTICAL CORP., and ASSOCIATED AIRCRAFT MFG. & SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 06-CV-840 (JR) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

Having reviewed the plaintiffs' Motion For A Preliminary Injunction and the parties' filings associated with that motion, and having heard oral argument by the parties, and in consideration of the foregoing,

**IT IS HEREBY ORDERED THAT**

Plaintiffs' motion for a preliminary injunction is granted and that defendant United States Department of Defense is hereby enjoined from proceeding with the sale and subsequent destruction of the aircraft which are currently located at Davis Montham Air Force Base in Arizona, and which items are included in what had been designated as Event 6079 by Government Liquidation and described as: LOT (27, 000, 000 LBS) SCRAP AIRCRAFT TERM CONTRACT LOCATED AT DAVIS MONTHAN AFB, AMARC AREA. AIRCRAFT TYPES

INCLUDE; C141, SOME WITH ENGINES, C130, S3, A4, F14, T34, H53, TITAN MISSLES STAGE 1 AND 2 WITH SLEEVES AND TARGET DESIGNATORS.

Dated: _____                    _____
                                                James Robertson
                                                United States District Court Judge