UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BROWN HELICOPTER, INC., UNITED AERONAUTICAL CORP., and ASSOCIATED AIRCRAFT MFG. & SALES, INC.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF DEFENSE,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 06-0840 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S MOTION FOR A ONE-DAY EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves for a one-business-day extension of time to file its opposition to Plaintiff's motion for a preliminary injunction from today, May 30, 2006, up to and including May 31, 2006. Counsel for the Parties have conferred about this request. Although Counsel for the Defendant offered to file no later than 2:00 p.m. (as opposed to the requested time of 12:00 noon) on May 31, 2006, and, on the evening of May 30th, to disclose to Counsel for the Plaintiffs declarations to be submitted in support of the motion, the Parties were unable to reach agreement on the requested extension. Counsel for the Plaintiffs alternatively had requested that Counsel for the Defendant share a draft of the motion by not later than the morning of May 31st, but Counsel for the Defendant could not agree to this condition. Thus, Plaintiffs oppose the requested extension.

Defendant seeks this extension because the unavoidable scheduling of competing litigation demands has made it more difficult than anticipated for Counsel for the Defendant to file timely an

opposition to Plaintiffs' motion for a preliminary injunction. Because of a history of circumstances in the case of Johnson, et al. v. D.C., et al., 02-2364 (RMC), Counsel for the Defendant must file a dispositive motion in response to an amended complaint in that matter no later than May 31, 2006. Due to illness in the family of opposing counsel in Canadian Commercial Corp., et al. v. U.S. Air Force, 04-1189 (JDB), argument on a dispositive motion in this significant reverse FOIA case was continued from May 24, to May 31, 2006, at 10:00 a.m., there being no other date available to the Court. These and other litigation responsibilities necessitate this request for a one-day extension of time to file an opposition to Plaintiff's motion for a preliminary injunction.

WHEREFORE, Defendant submits that this Motion for a One-Day Extension of Time to File an Opposition to Plaintiff's Motion for a Preliminary Injunction should be granted.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, this 30th day of May, 2006, that the foregoing Motion for a One-Day Extension of Time to File Opposition to Plaintiff's Motion for a Preliminary Injunction, has been sent by the Electronic Filing System, or if this means fails, then by first-class mail, postage prepaid, to the Counsel for the Plaintiff, addressed as follows:

Lisa V. Studtmann
Fausti & Associates, LLC
4301 Connecticut Avenue, N.W., Suite 453
Washington, D.C. 20008

Kevin R. Garden
THE GARDEN LAW FIRM, P.C.
901 N. Pitt Street, Suite 325
Alexandria, VA 22314

                                                    /s/
                                  OLIVER W. McDANIEL, D.C. Bar No. 377-360
                                  Assistant United States Attorney
                                  Civil Division
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 616-0739