**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BROWN HELICOPTER, INC., *et al.*,    :
                                     :
          Plaintiffs,                :
                                     :
     v.                              : Civil Action No. 06-0840 (JR)
                                     :
U.S. DEPARTMENT OF DEFENSE,          :
                                     :
          Defendant.                 :

**ORDER**

          The government's motion [10] for a one-day extension of time to respond to plaintiffs' motion for preliminary injunction is **granted.**  Plaintiff's request [11] for a corresponding extension until June 7 of its time to file a reply is **granted.** The Court assumes that the government will not transfer possession or sell, transfer or convey in any manner any rights and title in the surplus military equipment which is at issue in this case until the pending motion for preliminary injunction is ruled upon; if there is any question about that assumption government counsel are to notify the Court forthwith.  Oral argument on the motion for preliminary injunction is **re-set to Monday, June 12, 2006, at 3:00 p.m.**  It is **SO ORDERED.**

                              JAMES ROBERTSON
                         United States District Judge