**Exhibit B**

Civil Action No. 06-0840 (JR)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF COLUMBIA

BROWN HELICOPTER, INC., UNITED
AERONAUTICAL CORP., and ASSOCIATED
AIRCRAFT MFG. & SALES, INC.,

Plaintiffs,

v.

Civil Case No. 06-CV-840 (JR)

UNITED STATES DEPARTMENT OF DFENSE

Defendant.

## DECLARATION OF ROBERT ROHDE

1. I am currently employed as the Chief of the Aircraft Disposal Division at the Aerospace Maintenance and Regeneration Center (AMARC). AMARC (located at Davis-Monthan AFB, Arizona) is a joint service organization that provides for the storage, regeneration, reclamation, and disposal of aircraft and related aerospace items such as special tooling, special test equipment, engines, pylons, and miscellaneous airframe components. AMARC is responsible for preparing aerospace vehicles from storage for surface shipment or flight withdrawal. They also reclaim aerospace vehicles, engines, and critical aerospace parts for inventory replenishment or to satisfy urgent requirements. AMARC operates as a working capital fund activity. As such, AMARC charges their "customers" an hourly rate for services performed.

2. Upon my request, AMARC personnel compared our cost of processing certain aircraft for disposal by way shredding versus removal of all Code "C" and "D" components.

The following costs are only estimates based on historical actuals. These estimates do not include "B" coded items which require Trade Security Controls at disposition. Estimates were determined per existing inventory models and may vary based on aircraft model, modification, component classification and condition of aircraft at time of disposal.

3. C-141 costs vary per aircraft model. Demilitarization costs range for shredding: $11,066.00 – $13,525.00 (180 – 220 hours at $61.48 per hour). Demilitarization costs range for disposal by means other than total destruction: $30,740.00 - $35,658.00 (500 – 580 hours at $61.48 per hour).

4. A-4 costs vary per aircraft model. Demilitarization costs range for shredding: $9,836.00 – $11,066.00 (160 - 180 hours at $61.48 per hour). Demilitarization costs range for disposal by means other than total destruction: $14,755.00 - $17,214.00 (240 – 280 hours at $61.48 per hour).

5. S-3 costs vary per aircraft model and very limited historical data for this aircraft. Demilitarization costs range for shredding: $10,451.00 – $14,755.00 (170 – 240 hours at $61.48 per hour). Demilitarization costs range for disposal by means other than total destruction: $17,214.00 - $19,673.00 (280 – 320 hours at $61.48 per hour).

6. F-14 costs vary per aircraft model and Navy direction. Demilitarization costs range for shredding: $17,214.00 – $19,673.00 (280 – 320 hours at $61.48 per hour).

Demilitarization costs range for disposal by means other than total destruction: $23,362.00 - $25,821.00 (380 – 420 hours at $61.48 per hour).

7. H-53 costs vary per model. Demilitarization costs range for shredding: $9,222.00 – $10,451.00 (150 – 170 hours at $61.48 per hour). Demilitarization costs range for disposal by means other than total destruction: $14,755 - $17,214 (240 – 280 hours at $61.48 per hour).

8. C-130 costs vary per aircraft model. Demilitarization costs range for shredding: $15,370.00 – $23,055.00 (250 – 375 hours at $61.48 per hour). Demilitarization costs range for disposal by means other than total destruction: $30,740.00 - $32,277.00 (500 – 525 hours at $61.48 per hour).

9. T-34 costs vary per aircraft model. Demilitarization costs range for shredding: $4,918.00 – $5,533.00 (80 – 90 hours at $61.48 per hour). Demilitarization costs range for disposal by means other than total destruction: $6,148.00 - $7,377.00 (100 – 120 hours at $61.48 per hour).

I swear under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

ROBERT ROHDE
Chief, Aircraft disposal Division
Aerospace Maintenance and Regeneration Center
30 May 2006