**Exhibit C**

Civil Action No. 06-0840 (JR)

## Declaration of Gregory E. Ortiz

I, Gregory E. Ortiz, am a Sales Contracting Officer, for the Defense Reutilization and Marketing Service (DRMS). I have worked for the DRMS for 26 years and have been employed as sales contracting officer for 22 years.

On June 9, 2005, I awarded a contract for the sale of all scrap property generated by the DRMS to DOD Surplus, LLC, 15051 N. Keirland Blvd., 3rd Floor, Scottsdale, AZ. The contract term is seven years and consists of non-hazardous scrap property located in the Continental United States with a demilitarization code of A, B, E or Q or that are subject to demilitarization as a condition of sale. Demilitarization requirements for each code are enclosed. (Exh 1) More particularly, the property to be delivered under the sales contract includes all scrap material and all items that are subject to demilitarization as a condition of sale of excess and surplus tactical and non-tactical aircraft generated by the Department of the Air Force's Aerospace Maintenance and Regeneration Center (AMARC), Davis-Monthan AFB, AZ.

Under this sales contract, DOD Surplus, LLC, is authorized to utilize the internet sales services of Government Liquidation (GL), a subchapter S corporation formed under a separate commercial venture sales contract for the sale of DRMS usable property. It is a net-proceeds sharing sale as the successful bidder is obligated to share the net proceeds obtained from the resale of this property after deducting the costs of managing, transporting, protecting, improving, and marketing the property.

Property eligible for this contract must be declared excess to the needs of the Department of Defense (DOD) and surplus to the needs of the Federal Government. Title to demilitarization-required property sold under this contract vests in the purchaser when complete demilitarization has been accomplished.

On May 2, 2006, GL, opened bidding on Lot Number 1 of Event Id 6079. The item was offered as 27,000,000 pounds of scrap aircraft at Davis-Monthan AFB, Tucson, AZ. Property included for sale was C-141, C-130, S-3, A-4, F-14, T-34, H-53, and target designators. The terms of the GL sale provided that the aircraft required complete destruction prior to resale and cannibalization of usable parts from any of the planes were not possible. Demilitarization was to be accomplished by completely destroying the aircraft through the use of a hammer mill or shredder off of Government premises. Bidding was to close on May 9, 2006. (Exh 2)

On May 8, 2006, at about 2:00 pm (MT) Internet Auction (IA) Sale 6079 was removed from the GL sales website at DRMS's request. At the time of withdrawal, 10 bidders, who had each submitted $50,000 cash bid deposits, had submitted bids. Government

Liquidation reports that none of the parties in the instant action submitted bids. Government Liquidation reports the high bid was just over $12,000,000 for a one-year term sales contract (or approximately 44 cents per pound) at the time of withdrawal and that they customarily experience intense bidding in the final hours of any auction which they state would have caused the high to increase materially. (Exh 3) The sale is in abeyance pending a determination in the instant action.

The DRMS is a field activity of the Defense Logistics Agency. The DRMS is responsible for the disposition of surplus and excess property for the DOD and other approved property generators pursuant to delegation from the General Services Administration (GSA).

Previously, DRMS issued C-130 and C-141 aircraft to GL under a separate commercial venture awarded to Surplus Acquisition Venture, LLC (SAV). The aircraft were eligible for sale under this commercial venture sales contract for usable items since they had a demilitarization code of "B". The Subchapter S corporation formed by SAV, GL, had previous sales of 143 C-130 and C-141 aircraft generated at Davis-Monthan AFB, which they were permitted to sell without a complete destruction requirement. Usable parts were permitted to be removed. The amount received for each airplane and other information are reflected on the attached spreadsheet. (Exh 4)

On March 16, 2005, DRMS issued two C-130 aircraft and two C-141 aircraft to GL with instructions to sell the airplanes with a demilitarization code B. However, after issuing, yet prior to GL reselling, AMARC verbally notified DRMS that a demilitarization code of "B" was incorrect for these aircraft and should have been demilitarization code "D". An electronic mail from AMARC was received on March 28, 2005 confirming "[s]ince AMARC cannot completely guarantee 100% removal of Demil C and D items off weapon systems, AMARC will code all aircraft D Demil." (Exh 5) Therefore, GL was notified of the demilitarization code change and DRMS requested immediate return of the aircraft in accordance with the terms and conditions of the contract. As a result of the reclassification, all airplanes disposed of at Davis Monthan AFB had a requirement that complete destruction had to occur prior to title transfer.

In June 2004, DRMS had awarded a sales contract for scrap aluminum. All tactical aircraft disposed of by AMARC were delivered to this scrap contractor. A requirement of the sales contract was that all property had to be completely destroyed. The awardee was Fritz Enterprise, Inc., 1650 West Jefferson, Trenton, MI. Non-tactical aircraft to include C-130s and C-141s, were also delivered under the DRMS's sales contract with Fritz. DRMS's contract terminated on February 3, 2006.

In April 2006, DRMS delivered to DOD Surplus, LLC, the planes offered for sale on the GL sale and are at issue in the instant action. The property was turned into the agency by AMARC with the requirement that all aircraft must be completely destroyed. A March 2, 2006 letter had been previously received from AMARC stating: "NO PARTS REMOVAL and complete "hammer mill" shred/mutilation of airframe and contents is required ...". (Exh 6) No other C-130 or C-141 or any other combatant or non-

combatant aircraft have been sold to our commercial venture partners at DRMO Tucson during 2005-2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2006.

GREGORY E. ORTIZ

# EXHIBIT 1

# APPENDIX 3

# DEMILITARIZATION CODES TO BE ASSIGNED

# TO FEDERAL SUPPLY ITEMS AND CODING GUIDANCE

## DEMILITARIZATION CODES

| CODE | EXPLANATION |
|------|-------------|
| A | Non-MLI/Non-CCLI – Demilitarization not required. |
| B | MLI (Non-SME)– Demilitarization not required.  Trade Security Controls (TSCs) required at disposition. |
| C | MLI (SME) -- Remove and/or demilitarize installed key point(s), as prescribed in this manual, or lethal parts, components and accessories. |
| D | MLI (SME) -- Total destruction of Item and components so as to preclude restoration or repair to a usable condition by melting, cutting, tearing, scratching, crushing, breaking, punching, neutralizing, etc. (As an alternate, burial or deep water dumping may be used when approved by the DoD Demilitarization Program Office.) |
| E | MLI (Non-SME) -- Additional critical items/matériel determined to require demilitarization, either key point or total destruction.  Demilitarization instructions to be furnished by the DoD Demilitarization Program Office. |
| F | MLI (SME) -- Demilitarization instructions to be furnished by the Item Technical Manager. |
| G | MLI (SME)– Demilitarization required - AEDA.  Demilitarization and will be accomplished prior to physical transfer to a DRMO.  This code will be used for all unclassified AEDA items. |
| P | MLI (SME) -- Security Classified Item – Declassification and any additional demilitarization and removal of any sensitive markings or information will be accomplished prior to accountability or physical transfer to a DRMO.  This code will also be assigned to classified AEDA items. |
| Q | CCLI – Commerce Control List Item – Demilitarization not Required.  CCLIs are dual use (military, commercial and other strategic uses) items under the jurisdiction of the Bureau of Export Administration, U.S. Department of Commerce, through the Export Administration Regulations.  The types of items under the CCL are commodities (i.e., equipment, materials, electronics, etc.), software and technology.  The CCL does not include those items exclusively controlled by another department or agency of the U.S. government.  (See Chapter III and Appendix 5). |

A3-1

# EXHIBIT 2

LOGIN
REGIS
Conta

| Home | Find Items | Event Calendar | Locations | About Us | Help | MY ACCC |
|------|-----------|----------------|-----------|----------|------|---------|
| | BY KEYWORD | | BY STATE | | BY MANUFACTURER | |
| **Search** | | | Any State | | Any | |

NEW VISITOR? Start Here                                    ADVANCED SEARCH FOR MILITARY SURPLUS

---

**6079 - Demil BQ Scrap Aircraft Term Contract @ Tucson, AZ - DEMIL as a Condition of Sale - BID DEPOSIT REQUIRED**

 View Event Info, Bid Package

This is a list of all lots in event 6079.
Dollar amounts shown may not reflect up to the minute bid pricing. Click on individual lot titles for current bid price, as well as additional lot information.

Click for Excel Spreadsheet

View Today's Closing Event

**Current Lots**

Displaying 1 - 1 per page.  Check / Uncheck All ☐

Click to add selected lots to your Watchlist

< < Previous  | | Next > >

To re-sort the page, c
a column heading

| | Event | Lot | Lot Title | Qty. | Lot Price | Location | Opening | Closing |
|---|-------|-----|-----------|------|-----------|----------|---------|---------|
| ☐ | 6079 | 1 | LOT (27, 000, 000 LBS) SCRAP AIRCRAFT TERM CONTRACT LOCATED AT DAVIS MONTHAN AFB, AMARC AREA. AIRCRAFT TYPES INCLUDE; C141, SOME WITH ENGINES, C130, S3, A4, F14, T34, H53, TITAN MISSLES STAGE 1 AND 2 WITH SLEEVES AND TARGET DESIGNATORS. NO PARTS REMOVAL. AIRCRAFT REQUIRE OFF-SITE DEMILITARIZATION. AIRCRAFT CAN BE REDUCED IN SIZE ON BASE FOR EASE OF TRANSPORT. DEMILITARIZATION TO BE ACCOMPLISHED BY COMPLETELY DESTROYING WITH HAMMERMILL OR SHREDDER. DEMILITARIZATION MUST BE ACCOMPLISHED WITH IN A 25 MILE RADIUS OF DAVIS MONTHAN AFB. ATTACHED SURVEILLANCE PLAN APPLIES. BUYER MUST ATTEND A START OF WORK MEETING AT CDC TUCSON, DAVIS MONTHAN AFB PRIOR TO BEGINNING WORK. TERM CONTRACT FOR ONE YEAR. A $50, 000. 00 BID DEPOSIT IS REQUIRED TO PARTICIPATE IN THIS EVENT. IN ADDITION, A DOWN PAYMENT OF $250, 000 MUST BE PAID WITHIN 5 BUSINESS DAYS OF THE EVENT'S CLOSING. PREVIEW WILL BE HELD ON FRIDAY, APRIL 28, 2006 AT 9:30 AM. | 1 | - Sealed Bid - | AZ, Davis Monthan AFB  PREVIEW INFO... LOADOUT INFO .. | 05/02/2006 | 05/08/20 08:00 PM |

Attachment A

http://www.govliquidation.com/list/e6079                                        5/5/2006

CALL TO SCHEDULE
APPOINTMENT: (520)515-
8251.

<< Previous | Next

## Legend

Go to Top

- Lot Has Pictures
- DEMIL B/Q Bidding Restrictions Apply
- FDA Bidding Restrictions Apply
- Tax Exemption Form for Lot

- Featured Lot
- Exchange Sale Lot
- Shipping Information

When downloading forms, you will need to have Adobe Acrobat Reader installed on your computer. Please click the icon on the right to download Acrobat Reader from Adobe.com to your computer.



Home | New Visitor? | Bidder's Corner | Search | Calendar | Locations | FSC Codes | My Account | Register | Help | About Us

Terms and Conditions ·  Contact Us
Privacy Policy        ·  Shipping

Copyright © 2001-2006 Government Liquidation, LLC., a subsidiary of Liquidity Services, Inc. All rights reserved.
goWholesale | Liquidation.com | UKsurplus

Attachment A

Page 1 of 3

LOGIN
REGIST
Conta

| Home | Find Items | Event Calendar | Locations | About Us | Help | MY ACCI |
| | BY KEYWORD | | BY STATE | | BY MANUFACTURER | |

Search

Any State                                      Any

NEW VISITOR? Start Here                     ADVANCED SEARCH FOR MILITARY SURPLUS

Home >> FSC Codes >> 0001 - Uncategorized >>

**Lot Details — Event Id 6079 — Lot Number 1**



LOT (27, 000, 000 LBS) SCRAP AIRCRAFT TERM CONTRACT LOCATED AT DAVIS
MONTHAN AFB, AMARC AREA. AIRCRAFT TYPES INCLUDE; C141, C130, S3, A4,
F14, T34, H53, AND TARGET DESIGNATORS. NO PARTS REMOVAL. AIRCRAFT
REQUIRE OFF-SITE DEMILITARIZATION. AIRCRAFT CAN BE REDUCED IN SIZE
BASE FOR EASE OF TRANSPORT. DEMILITARIZATION TO BE ACCOMPLISHED BY
COMPLETELY DESTROYING WITH HAMMERMILL OR SHREDDER.
DEMILITARIZATION MUST BE ACCOMPLISHED WITH IN A 25 MILE RADIUS OF
DAVIS MONTHAN AFB. ATTACHED SURVEILLANCE PLAN APPLIES. BUYER MUST
ATTEND A START OF WORK MEETING AT CDC TUCSON, DAVIS MONTHAN AFB
PRIOR TO BEGINNING WORK. TERM CONTRACT FOR ONE YEAR. A $50,000.00
DEPOSIT IS REQUIRED TO PARTICIPATE IN THIS EVENT. IN ADDITION, A DOW
PAYMENT OF $250,000 MUST BE PAID WITHIN 5 BUSINESS DAYS OF THE EVER
CLOSING. PREVIEW WILL BE HELD ON FRIDAY, APRIL 28, 2006 AT 9:30 AM. C
TO SCHEDULE APPOINTMENT: (520)519-8251.

**Click Here For Surveillance Plan**



SPECIAL TERMS OF SALE:
- A $50,000.00 deposit is required to participate in this event.
- Bidding privileges will be activated upon receipt of full deposit.
- Payment methods include: Cashier's Check, Money Order and Wire Transfer
  and should be made payable to DOD Surplus, LLC.
- Please reference Sale Event 6079 and lot number 1.
- NO Personal / Company Checks or Credit Cards Accepted
- If you have any questions, please contact: Customer Service at (480) 367-1300
  or email questions to: info@govliquidation.com

There are more lots like this at the same location...          View No

 View
similar
items

View Other
Listing
At this location

Event
Information,
Bid Package &
MAPS

Email this
Listing
to a Friend

Add This
Listing
to your
Watchlist

Bid Now

      

**Auction Summary**

Auction Type: Internet Auction

Quantity In Lot: 1 (View Details)

Attachment A

**Open Time:** 05/02/2006 12:00AM Eastern Time
**Close Time:** 05/08/2006 08:00PM
**Award Time:** 05/09/2006 12:00AM Eastern Time
**Time Left:** 3 days 8 hours and 53 minutes
**Current Bid:** $1,000.00 (per lot)

**First Bid:** $50.00
**Photo:**  Click for Slide Show

### Item Location & Contact Information

Bid Now

**Item Location:** 7030 E. Irvington Rd.
Davis-Monthan Air Force Base
Tucson, AZ 85707

**Facility Manager:** Site Manager
**Facility Email:** info@govliquidation.com

**Country of Origin:** United States of America
**Contact Phone:** 1 (520) 519-8251
**Contact Fax:** 1 (520) 519-8253
**Location Map:**

**Shipping Info:** (click for more info)

1 Information contained in the Item Manifest is third-party information that has been provided by an additional source. This information is deemed reliable but is not guaranteed by Government Liquidation. It is not intended to be used as the sole basis for bidding, and should not be taken in lieu of buyer's own due diligence.
2 DRMS Federal Condition Codes. Click on code for more information.
3 The Acquisition value shown represents the original price paid by the government for the item(s) listed. This data is provided by the government and should be considered only as reference of the original purchase price for this item(s).

### Item Manifest

Bid Now

| FSC: | NSN:[1] | Units: | Cond:[2] | Acq Value:[3] | Description:[1] |
|------|---------|--------|----------|----------------|------------------|
| 1, 1 |         | 1 LB   |          | $0.00          | Scrap Place Holder BQ |
|      | **Total:** | **1** |       | **$0.00**      |                  |

### Location Information:

Bid Now

**Preview Arrangements:** Mon - Thurs: 6.5 to 2.5 / by appt only No Customer Escorting Available For Preview.

**Loadout Procedures:** By appt only. Mon - Thurs: 9.30 to 2.30

Secu Proce

### Bidding Restrictions

Bid Now

**EUC Certificate Required:**
All winning bids in this sale require an End-Use-Certificate (EUC). No lots will be sold to any foreign country or any foreign national. You will need Adobe Acrobat to view this form.

### Place Bid

Help? ▶▶

**Your bid is a contract.**
Place a bid only if you're serious about making the purchase. You will be entering into a legally binding contract if you are the winning bidder. Please review our Terms and Conditions.

Let Government Liquidation place your maximum bid automatically with Auto Bidding.

**Current High Bid:** 1,000.00
**Lowest You May Bid:** 1,100.00 US$ (per lot)

**Your Bid:**                 US$

**Auto-bid?** ☑

### Additional Information:

A 10% Buyer's Premium Applies to All Ite in this sale.

**Forms Applicable for Arizona**

Tax Forms for this State

If applicable, please review the Licensing and Titling notice.

If you need assistance please review our Frequently Asked Questions

If this is your first time bidding, please review Terms and Conditions

If you would like more information on shippin these items, please click HERE

Attachment A

When downloading forms, you will need to have Adobe Acrobat Reader installed on your computer. Please click the icon on the right to download Acrobat Reader from Adobe.com to your computer.



Home | New Visitor? | Bidder's Corner | Search | Calendar | Locations | FSC Codes | My Account | Register | Help | About Us

Terms and Conditions     Contact Us
Privacy Policy           Shipping

Copyright © 2001-2006 Government Liquidation, LLC., a subsidiary of Liquidity Services, Inc. All rights reserved.
goWholesale | Liquidation.com | UKsurplus

Attachment A

# EXHIBIT 3

May 10, 2006

# Government
# Liquidation

Mr. Neil Watters
Chief, Sales Branch
Defense Reutilization and Marketing Service
Hart Dole Inouye Federal Center
74 Washington Ave. N.
Battle Creek, Michigan  49017-3092

Re:    Removal of IA6079 from GL's website at your request

Dear Mr. Watters:

I am writing to briefly summarize what transpired Monday, 8 May 2006 regarding our scheduled sale of approximately 27,000,000 lbs of scrap metal (mostly from aircraft) pursuant to the Scrap Venture (SV) contract.

At about 2:00 pm Arizona time, Government Liquidation (GL) removed Internet Auction (IA) sale 6079 from its website at your request. At that time, this event had 10 registrants who had each submitted a $50,000 cash bid deposit. Bidding had been open for 7 days and still had three hours to go until the scheduled closing time. The high bid was just over $12,000,000 for a one-year term sales contract (or approximately 44 cents per pound) at the time GL implemented your request to cancel the auction. We customarily experience the most intense bidding in the final hours of our online auction events and the final sales price for this event would have been materially higher had the auction proceeded to a normal closure.

As you know, GL has suffered as a result of these actions.

First, we have been denied the opportunity to complete a valid sale for which we have expended considerable time and resources promoting to our buyers, thereby forgoing a revenue stream associated with these costs. Second, an out of cycle interruption of a live online auction event creates uncertainty in the buyer marketplace and is contrary to our standard business practices. Our ability to attract and retain professional buyers in our auction marketplace depends on our credibility. A unilateral decision by DRMS forcing GL to quickly pull a highly visible online auction event from public sale, shortly before the closing time, damages our standing and credibility within the surplus and scrap marketplace.

As you may imagine, our customer service department has fielded complaints from interested bidders regarding the 11th-hour decision to remove the items from sale when bidders were participating in good faith and had already remitted considerable cash bid deposits to GL. As you and I discussed, another course of action would have been to let this auction event proceed for three more hours to closing. At that point, we would have had only one high bidder affected by your decision and the partnership would know who was in line to purchase the scrap material when the useable parts issue is resolved.

GL is very familiar with the appropriate disposal methods for cargo planes and related components. GL has the expertise and experience to resolve this issue to the satisfaction of the aircraft parts dealers while protecting DRMS from unverified components leaving government custody. Our solutions

Mr. Neil Watters
May 10, 2006
Page 2

would obviate expensive legal proceedings and enable the partnership to move forward promptly in carrying out our mission. In any case, Mr. Gusching indicated that he expects prompt resolution of some or all of the issues involved, resulting in the release of the property for sale as scrap or both scrap and useable components.

Given the tenuous position we have been placed in with regard to our buyer marketplace, it is important for us to provide our buyer registrants with two things: (i) an estimated time of re-offering for this material (always subject to change), and (ii) an assurance that GL registrants will be able to compete for this property on the GL website.

With this in mind, we would please ask you to confirm when you anticipate release of all or part of the property originally offered in sale IA6079. Also, as an affected party, we request a copy of any and all legal correspondence related to this matter so that we are better informed.

I am available to discuss at your convenience.

Sincerely,

Thomas B. Burton
President/COO


cc: Paul Peters, Director, DRMS
    William P. Angrick, III, CEO, LSI

# EXHIBIT 4

GL Aircraft Sales
Tucson
5/17/06

| Sale | Lot | DEMIL Code | Condition Code | Qty | Revenue | Customer |
|------|------|------|------|------|------|------|
| 214 | | B | HX | 1 | $ 20,240.00 | 77024714 |
| 214 | | B | HX | 1 | $ 13,527.00 | 77023085 |
| 214 | | B | HX | 1 | $ 17,800.00 | 77006467 |
| 0698 | 0017 | B | HX | 1 | $ 15,411.00 | 77022262 |
| 0698 | 0018 | B | HX | 1 | $ 15,961.00 | 77022262 |
| 0698 | 0001 | B | HX | 1 | $ 6,693.50 | 77023085 |
| 0698 | 0002 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0003 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0004 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0005 | B | HX | 1 | $ 18,711.00 | 77024714 |
| 0698 | 0006 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0007 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0008 | B | HX | 1 | $ 68,024.00 | 77024714 |
| 0698 | 0009 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0010 | B | HX | 1 | $ 62,513.00 | 77024714 |
| 0698 | 0011 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0012 | B | HX | 1 | $ 35,211.00 | 77024714 |
| 0698 | 0013 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0014 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0015 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0698 | 0016 | B | HX | 1 | $ 16,511.00 | 77024714 |
| 0657 | 8621 | B | HX | 1 | $ 20,383.00 | 77022262 |
| 0813 | 6719 | B | HX | 1 | $ 5,589.86 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 25,727.90 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,175.90 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,175.90 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 29,811.10 | 77022262 |
| 0924 | 0011 | B | HX | 1 | $ 34,244.10 | 77022262 |
| 0924 | 0010 | B | HX | 1 | $ 21,017.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 32,450.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 32,450.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 34,210.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 28,710.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 28,710.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 28,710.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 28,710.00 | 77023085 |

GL Aircraft Sales
Tucson
5/17/06

| Sale | Lot | DEMIL Code | Condition Code | Qty | Revenue | Customer |
|---|---|---|---|---|---|---|
| 0944 | 0001 | B | HX | 1 | $ 28,710.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 28,710.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 29,260.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 29,260.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 29,260.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 29,260.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 29,260.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,195.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 29,260.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 29,260.00 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0944 | 0001 | B | HX | 1 | $ 30,202.70 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 26,510.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 29,205.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 29,205.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 27,225.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 28,226.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 28,215.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 29,205.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 27,665.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 27,665.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 26,510.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 26,510.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 28,215.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 29,205.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 26,510.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 28,215.00 | 77023085 |
| 0962 | 0013 | B | HX | 1 | $ 27,225.00 | 77023085 |
| 0992 | 0001 | B | HX | 1 | $ 23,651.66 | 77022262 |
| 0992 | 0001 | B | HX | 1 | $ 24,751.66 | 77022262 |
| 0992 | 0001 | B | HX | 1 | $ 25,301.66 | 77022262 |
| 0992 | 0001 | B | HX | 1 | $ 24,201.66 | 77022262 |
| 0992 | 0005 | B | HX | 1 | $ 26,099.70 | 77023085 |
| 1079 | 0006 | B | HX | 1 | $ 20,600.81 | 77022262 |
| 1079 | 0006 | B | HX | 1 | $ 21,700.81 | 77022262 |
| 1079 | 0006 | B | HX | 1 | $ 22,800.81 | 77022262 |
| 1079 | 0006 | B | HX | 1 | $ 23,900.81 | 77022262 |
| 1079 | 0006 | B | HX | 1 | $ 26,100.81 | 77022262 |
| 1079 | 0001 | B | HX | 1 | $ 4,180.00 | 77024714 |
| 1079 | 0001 | B | HX | 1 | $ 15,400.00 | 77024714 |
| 1079 | 0001 | B | HX | 1 | $ 4,400.00 | 77024714 |
| 1079 | 0003 | B | HX | 1 | $ 34,243.00 | 77131931 |

GL Aircraft Sales
Tucson
5/17/06

| Sale | Lot | DEMIL Code | Condition Code | Qty | Revenue | Customer |
|------|------|------|------|------|---------|----------|
| 1079 | 0003 | B | HX | 1 | $ 34,243.00 | 77131931 |
| 1071 | 0001 | B | HX | 1 | $ 22,887.70 | 77023085 |
| 1071 | 0001 | B | HX | 1 | $ 22,843.70 | 77023085 |
| 1071 | 0001 | B | HX | 1 | $ 22,821.70 | 77023085 |
| 1071 | 0001 | B | HX | 1 | $ 22,667.70 | 77023085 |
| 1071 | 0001 | B | HX | 1 | $ 22,799.70 | 77023085 |
| 1161 | 0001 | B | HX | 1 | $ 23,107.70 | 77023085 |
| 1161 | 0001 | B | HX | 1 | $ 23,129.70 | 77023085 |
| 1161 | 0001 | B | HX | 1 | $ 23,239.70 | 77023085 |
| 1161 | 0001 | B | HX | 1 | $ 23,118.70 | 77023085 |
| 1161 | 0001 | B | HX | 1 | $ 23,184.70 | 77023085 |
| 1122 | 0001 | B | HX | 1 | $ 14,028.74 | 77022262 |
| 1122 | 0001 | B | HX | 1 | $ 14,028.74 | 77022262 |
| 1122 | 0001 | B | HX | 1 | $ 14,707.55 | 77022262 |
| 1122 | 0001 | B | HX | 1 | $ 14,707.55 | 77022262 |
| 1122 | 0001 | B | HX | 1 | $ 14,707.55 | 77022262 |
| 1122 | 0001 | B | HX | 1 | $ 14,028.74 | 77022262 |
| 1122 | 0001 | B | HX | 1 | $ 14,481.28 | 77022262 |
| 1122 | 0001 | B | HX | 1 | $ 13,576.20 | 77022262 |
| 1122 | 0001 | B | HX | 1 | $ 4,525.40 | 77022262 |
| 1122 | 0001 | B | HX | 1 | $ 4,525.40 | 77022262 |
| 1122 | 0013 | B | HX | 1 | $ 9,654.70 | 77023085 |
| 1196 | 0006 | B | HX | 1 | $ 22,014.83 | 77022262 |
| 1196 | 0014 | B | HX | 1 | $ 22,014.83 | 77022262 |
| 1336 | 0001 | B | HX | 1 | $ 11,001.94 | 77022262 |
| 1226 | 0001 | B | HX | 1 | $ 11,557.70 | 77023085 |
| 1226 | 0002 | B | HX | 1 | $ 11,579.70 | 77023085 |
| 1226 | 0003 | B | HX | 1 | $ 11,579.70 | 77023085 |
| 1226 | 0005 | B | HX | 1 | $ 12,129.70 | 77023085 |
| 1226 | 0006 | B | HX | 1 | $ 10,754.70 | 77023085 |
| 1226 | 0007 | B | HX | 1 | $ 10,864.70 | 77023085 |
| 1196 | 0001 | B | HX | 1 | $ 25,010.70 | 77023085 |
| 1196 | 0002 | B | HX | 1 | $ 25,021.70 | 77023085 |
| 1196 | 0003 | B | HX | 1 | $ 25,087.70 | 77023085 |
| 1196 | 0004 | B | HX | 1 | $ 23,833.70 | 77023085 |
| 1196 | 0005 | B | HX | 1 | $ 23,998.70 | 77023085 |
| 1196 | 0007 | B | HX | 1 | $ 24,207.70 | 77023085 |
| 1196 | 0008 | B | HX | 1 | $ 23,657.70 | 77023085 |
| 1196 | 0009 | B | HX | 1 | $ 24,317.70 | 77023085 |
| 1196 | 0010 | B | HX | 1 | $ 24,185.70 | 77023085 |
| 1196 | 0011 | B | HX | 1 | $ 24,449.70 | 77023085 |
| 1196 | 0012 | B | HX | 1 | $ 25,307.70 | 77023085 |
| 1196 | 0013 | B | HX | 1 | $ 22,777.70 | 77023085 |

# EXHIBIT 5

From:     Dunleavy Thomas P GS-12 AMARC/MAX
Sent:     Monday, March 28, 2005 6:22 AM
To:       Robles, Ernie (DRMS); fmoreno@tucsonnt-ex.drms.dla.mil)
Subject:  Demil Aircraft Concerns

Frank

Since AMARC cannot completely guarantee 100% removal of Demil C and D items off weapon systems AMARC will code all aircraft D Demil.

RESPECTFULLY

Tom Dunleavy

Aircraft Disposition Officer

AMARC

228-8994

'18/2006

# EXHIBIT 6



# DEPARTMENT OF THE AIR FORCE
### AEROSPACE MAINTENANCE AND REGENERATION CENTER (AFMC)
### DAVIS-MONTHAN AIR FORCE BASE, ARIZONA

Mar 02, 2006

MEMORANDUM FOR DEFENSE REUTILIZATION AND MARKETING SERVICES
7030 E. Irvington Road
Davis-Monthan AFB AZ 85707-4373
ATTN: Mr. Carl Richardson

FROM: AMARC/MA 6750 E. Prescott
    6750 E. Prescott Ave., Bldg 7410.
    Davis-Monthan AFB AZ 85707-4305

SUBJECT: Statement of Requirements for DEMIL and Disposal of Aircraft, Engines, Tooling,
    Parts and Miscellaneous Items

1. For aerospace vehicles (aircraft and/or missiles), the requirements are as follows:

    a. Aircraft Disposition Office (ADO), Resource Management Division (MAW),
Aerospace Maintenance and Regeneration Center (AMARC) has a requirement to dispose of
approx 20 - 35 aerospace vehicles (aircraft and/or missiles) per month with an estimated weight
of 30,000 - 60,000 pounds per vehicle.

    b. Additional requirements are based on the logistics of managing location (distance) and
size of aircraft and/or missiles from AMARC through DEMIL disposal. _NO PARTS REMOVAL_
and complete "hammer mill" shred/mutilation of airframe and contents is required in accordance
with DoD 4160-21.M, and these prescribed control guidelines.

    c. Quarterly, AMARC will submit email or letter coordination to DRMO to forecast
disposal requirement for the next period, estimated in pounds, type of vehicle, and number of
vehicles (aircraft and/or missiles) for DEMIL disposal.

2. For engines, tooling, parts, and miscellaneous items the requirements are as follows.

    a. The Disposal Branch (MAX) of the Aerospace maintenance and Regeneration Center
(AMARC) has a requirement to DEMIL and dispose of certain aircraft engines and identified
aircraft tooling. The engines are from many different aircraft.

    b. Request that a "Roll Off" container be located at AMARC's building #7336 for the
purpose of engines transfer to DRMO for disposal and complete DEMIL. We anticipate 30-40
engines a month with a combined weight of 150,000-200,000 pounds per month.

    c. AMARC/MAX will remove all fluids and hazards prior to putting the engine into the
"Roll Off" container.

3. Please ensure that all shredding is performed by hammer mill for all aerospace vehicles, engines, tooling, and miscellaneous aerospace vehicle component parts.

4. To comply with security control measures, logistical and operational cost savings requirements, limit or prevent public exposure, and to limit escort requirements, please consider Term Sole-Source service to enhance AMARC mission and aircraft disposal operations.

    a. Term Sole-Source enhances security control measures, limit contractor escort requirements and associated costs. Recommend tried and proven contractor services.

    b. Based on proven historical service, Fritz located adjacent AMARC has private access capability without public exposure. Transporting airframes to locations away from AMARC require permits, operational and other associated costs.

    c. AMARC mission requires LEAN migration of aircraft through Disposal Operations to manage (real estate) capacity. Term Sole-Source supports expedient contractor services with limited escort requirements.

5. Should you have questions, AMARC's point of contact is Mr. Victor Cruz, DSN: 228-8433, Commercial: (520) 228-8433.

ROBERT J. FOLEY
Chief, Resource Management Division

2