IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROWN HELICOPTER, INC., UNITED )
AERONAUTICAL CORP., ASSOCIATED )
AIRCRAFT MFG. & SALES, INC., DIXIE )
AIR PARTS SUPPLY, INC., )
FIREHAWK HELICOPTERS , INC., )
d/b/a BRAINERD HELICOPTERS, and )
ALAMO AIRCRAFT, LTD., )
) Case No. 06CV00840 (JR)
    Plaintiffs, )
  v. )
)
UNITED STATES DEPARTMENT OF DEFENSE, )
)
    Defendant. )

## SECOND DECLARATION OF RONALD W. GUY

I, Ronald W. Guy, declare as follows:

1. I am currently the Vice President of United Aeronautical Corp. ("UAC") and have held that position since 1994. UAC is located at 7360 Laurel Canyon Boulevard, North Hollywood, California.

2. I have personal knowledge of the assertions set forth below based on my experience in working for UAC.

3. UAC is in the business of purchasing surplus government property, which includes the exact same types of military aircraft and components at issue in this matter. UAC then sells parts from those aircraft to qualified entities for various uses. UAC

regularly purchases aircraft and components from DRMS and Government Liquidation LLC (GL). Many of the aircraft we purchase were located at AMARC.

4.   UAC has purchased aircraft from the federal government subject to the requirement that UAC be responsible for conducting the demilitarization of the aircraft after purchasing the aircraft from the government. UAC has hired contractors who perform this demilitarization off-base and who are compensated by UAC.

5.   UAC has experience with the removal of components from C-130 aircraft such as chaff dispensers and military communication gear which has shown that this equipment can be easily removed before any sale or after the sale by private contractors subject to all required oversight.

6.   The cost of the demilitarization of the C-130s which we have purchased from the government was zero because no demilitarization was ever required. For tactical aircraft that we obtained, some demilitarization was required by the government and it took approximately eight (8) man-hours to perform the work per aircraft.

7.   The government's apparent decision to require the wholesale destruction of aircraft which otherwise can be sold for commercial use has required us to revise our business plans given the significant impact which this decision will have on the military surplus aircraft market in which we participate. This is due to the fact that this decision

will have a detrimental impact on 50% of our foreign business, as well as harming our domestic business as well.

8.      The government's blanket decision to require the wholesale destruction of such commercially useable aircraft such as C-130s, A-4s and T-34s, which otherwise can be sold for commercial use with proper demilitarization of any combat-related components, will be a substantial blow to our ability to continue operating given that these aircraft are crucial to our existence as surplus parts dealer.

9.      Given that there are approximately 1,000 C-130 aircraft currently in use and being operated by private entities as well as friendly foreign nations, the government's decision to require the wholesale destruction of C-130 aircraft will have a significant impact on the spare parts market for these aircraft, as well as having a detrimental impact on the ability of these other entities to keep these aircraft in operation.

10.     With regard to the spare parts which can be removed and reused from C-130, C-141, T-34 and A-4 aircraft, original equipment manufacturers are no longer producing many of these parts.  Therefore, destroying these parts, which are in limited supply, will have a significant negative impact not only on UAC's business, but also on the U.S. government and foreign military forces which rely upon these parts.

11. I have reviewed the information which was set forth by GL as part of its sale of the aircraft and components at issue, including the Terms and Conditions for GL sales. A copy of those terms and conditions is attached hereto as Attachment A.

12. I recently spoke to several individuals who are familiar with the current status of AMARC's facilities at Davis-Monthan AFB in Arizona and was informed that AMARC has more than enough space for all aircraft currently being stored at that location. This information was consistent with my personal observation of AMARC's facilities approximately two weeks ago.

I declare under penalty of perjury that the foregoing is true and correct.

June 7, 2006
Date

Ronald W. Guy

LOGIN
REGISTER
Contact Us

| Home | Find Items | Event Calendar | Locations | About Us | Help | MY ACCOUNT |
|---|---|---|---|---|---|---|
| | BY KEYWORD | | BY STATE | | BY MANUFACTURER | |
| Search | | | Any State | | Any | GO |
| NEW VISITOR? Start Here | | | | ADVANCED SEARCH FOR MILITARY SURPLUS | | |



OPEN FOR BIDDING

Sealed Bid - 1897
**Marianas US Naval Forces, Guam**
BID DATES: May 30 - Jun 5

Internet Auction - 6097
**Demil BQ Fired Brass Term Contract @ Tooele, UT - BID DEPOSIT REQUIRED**
BID DATES: May 31 - Jun 2

Internet Auction - 1902
**Medical & Dental Equipment**
BID DATES: Jun 1 - 5

Internet Auction - 1969
**All Terrain 20-Ton Wheeled Crane @ Bismark, ND**
BID DATES: Jun 2 - 6

BIDDER'S CORNER
Stay informed of the latest news, event information and helpful site features!

SHIPPERS & PACKERS
For a list of Shippers and Packers by state

VIEW PAST BID RESULTS
Look up high bid amounts by event and lot number

TERMS & CONDITIONS

## Terms and Conditions

| | |
|---|---|
| The Contract | The Property (cont.) |
|   Eligibility |   Explanation Of Federal Condition Codes |
|   Export Restrictions |   Explanation Of Demil Codes |
|   Additional Provisions |   SCRAP SALES |
| The Web Site |   Demilitarization As A Condition Of Sale… |
|   Registration |   Large Caliber (Over 30 Mm) Shell Cases |
|   Verifying Your Identity |   Transfer Of Title |
|   How We Sell Surplus |   Hazardous Components Or Constituents |
|   Technical Problems |   Medical And Dental Property Or Devices |
|   Placing Bids |   Additional Cautions Regarding Property |
|     Straight Bidding | Paying for Your Property |
|     Auto- bidding |   Buyer's Premium |
|     Posted Times |   Sales, Use Or Excise Taxes |
|     Sealed Bid Sales |   Forms Of Payment |
|     Notifications |   Payment Terms |
|   Electronic Signatures… |   Default And Other Liquidated Damages |
| The Property | Abandoned Property |
|   Acceptance of Purchased Property… | End-Use-Certifications [EUC](DLA Form 1822) |
|   Property Descriptions |   Removal of Property |
|   Interpretation - Parol Evidence |   Removal of Property |
|   Advisory For Useable Aircraft Co… | Disputes |
|   VEHICLES AND VESSELS |   Tie Bids |
|     Transfer of Title to Vehicles |   Bid Retractions |
|     Transfer of Title to Vessels | |

### The Contract: (top)

1. By placing a bid on any sale on this web site, you agree to be bound by these Terms and Conditions of Sale. In order to participate in a Government Liquidation, LLC (GL) sales event, you must:

- Be at least 18 years of age
- Agree to the terms and conditions of sale by clicking on the appropriate button provided at the bottom of these terms and conditions
- Agree that we are the only two parties to this contract, and that there are no contingencies to these sales other than those stated by us at the time of sale
- Be mentally competent to enter into a contract
- Be financially responsible for any bids placed using your unique web site username and password
- Be capable of removing the property from the military installation where it is located within the required time frame
- Be free from any previous financial obligations owed to us
- Be capable of receiving a Trade Security Control (TSC) clearance to buy any property that requires a clearance
- Be a real person or business entity, with a verifiable address, telephone number and email address
- Be dealing with us in good faith, and not attempting to defraud, cheat or wrong us or the U.S. Government
- Agree to abide by any existing security regulations at any military installation from which you purchase property or at which you wish to inspect property prior to placing a bid
- Inspect the property upon which you are bidding or waive the opportunity to conduct a physical inspection of the property

**NOTE:** By waiving the opportunity to inspect the property prior to bidding, you are limiting your rights under our dispute policy. We strongly encourage you to inspect property if you have any concerns or questions about the item's condition, operability, fitness for a particular purpose or merchantability.

Att. A to Exh. 1
1

**ELIGIBILITY (top)**

**2. Our auctions are available to, and may only be used by individuals who can form legally binding contracts under applicable law. Our auctions are not open to persons under the age of 18 or to temporarily or indefinitely suspended GL registrants. If you are registering as a business entity, you represent that you have the authority to bind the entity to these terms and conditions. A limit of one registration per business or individual will be enforced on our web site. Duplicate registrations will be de-activated from use at our discretion.**

**3. We reserve the right to accept or reject any or all bids.**

**4. We reserve the right to limit the bid amounts proposed by any Bidder, either singly or in aggregate.**

**5. We reserve the right to refuse any individual or business access to our sales events.**

**6. We reserve the right to require an earnest money deposit prior to or during bidding on certain lots at our sole discretion. We will notify potential bidders through the lot detail of any earnest money deposits required prior to bidding.**

**7. You agree to defend, indemnify and hold us harmless from and against any and all damages, costs, claims or liability (including reasonable attorneys' fees) for any injuries to persons or property of any type, occurring during or resulting from the sale, removal, use or operations of the purchased property.**

**EXPORT RESTRICTIONS (top)**

**8. Some items may be subject to export restrictions imposed by applicable U.S. Laws and Regulations. You are responsible for compliance and should become aware of requirements and associated penalties for failure to comply.**

**9. Buyers purchasing property that will be exported outside of the United States must obtain proper export licenses prior to release of goods. We may assist buyers in obtaining export licenses, and you agree to pay the costs associated with obtaining any licenses required. Excessive delays in obtaining any required licenses for exportation may be grounds for cancellation of a sale. Any and all cancellations will be processed at our sole discretion.**

**10. You acknowledge and agree that certain goods, software, and technology may be subject to the export control laws and regulations of the United States, including but not limited to the Export Administration Regulations (EAR), the International Traffic in Arms Regulations, and regulations of the U.S. Department of Treasury, Office of Foreign Assets Controls. You will comply with these laws and regulations.**

**11. You may not, without prior U.S. Government authorization, export, re-export, or transfer any goods, software, or technology, either directly or indirectly, to any country subject to a U.S. trade embargo or sanction or to any resident or national of these countries, or to any person, organization, or entity on any of the restricted parties lists maintained by the U.S. Departments of State, Treasury, or Commerce. In addition, any goods, software or technology may not be exported, re-exported, or transferred to any end-user engaged in activities, or for any end-use, directly or indirectly related to the design, development, production, use, or stockpiling of weapons of mass destruction, e.g. nuclear, chemical, or biological weapons, and the missile technology to deliver them.**

**12. We do not sell property to persons from the countries that are prohibited from receiving transfers of military equipment or technology. Please check with the appropriate government agency for a current list of prohibited countries. Buyers are advised that purchasing from us and then reselling or attempting to export to these countries is prohibited. The list of prohibited countries is subject to change at the discretion of the U.S. Government.**

**ADDITIONAL PROVISIONS (top)**

**13. If any provision of these terms and conditions is deemed illegal, invalid or unenforceable, the legality, validity and enforceability of the remaining terms will not be affected.**

**14. Our failure to enforce any provision of these terms and conditions may not be construed or interpreted as a waiver of any of them. Any waiver of any term or condition must be in writing, signed by our authorized representative, and will be effective only for the instance specified in the writing.**

Att. A to Exh. 1
2

**15. Any oral statement or representation by any representative of GL, changing or supplementing the offering or contract or any condition of the offering or**

contract, is unauthorized and confers no right on the bidder or purchaser and may not be relied on. No interpretation of any provision of the contract, including applicable performance requirements, is binding on GL unless agreed to, in writing by GL.

### *The Web Site:* (top)

**REGISTRATION:** (top)

**16.** Before placing a bid on http://www.govliquidation.com, you must establish an account with us. Establishing an account is free, but requires you to submit personal information, which we will verify, before allowing you to place bids. All account information is secured via SSL 128-bit encryption. We do not share personal information provided by you with third parties, except under very limited circumstances. For more information about our privacy policy, please click here.

**VERIFYING YOUR IDENTITY:** (top)

**17.** We require you to provide us with an accurate mailing address, telephone number, email address, so that we can communicate with you regarding your account, purchases and payments. Your identity will be verified through a third-party data verification vendor. We may request additional personal information from you in order to verify your identity. You are responsible for updating any changes in the account information. We will verify your account information to ensure that you are who you say you are. We do this to protect you and to protect us from false bids, fraud, identity theft, and to ensure that military surplus items are not sold to people who have been prohibited by the Government from purchasing such items. Your agreement to these terms and conditions constitutes express consent to the verification of your identity.

**HOW WE SELL SURPLUS:** (top)

**18.** Property is sold by GL to the high bidder in internet auctions, online sealed bid sales, and term contracts. All sales are to the bidder who best meets our conditions, which most often results in an award to the high bidder. GL reserves the right to determine at its sole discretion which bid best meets the stated conditions of sale.

**19.** We offer an online tutorial for you to learn how to register on the site, search for property, place bids on property, pay for and remove property that they have been awarded. We strongly recommend that you familiarize yourself with how our process works before placing your first bid. Customer service is available from 7:00 a.m. to 5:00 p.m. MST, Monday through Friday, to assist you with any questions about how our site operates.

**TECHNICAL PROBLEMS:** (top)

**20.** We do not guaranty or promise that our system for placing, receiving, collecting and tabulating bids on internet auction sales will be available without interruption, error-free or free from other defects. We have no obligation to ensure that a prospective buyer's bid is received, properly and effectively processed or accepted. WE ARE NOT LIABLE TO ANY PROSPECTIVE BUYER ON ANY CLAIM OR ALLEGATION THAT THE PROSPECTIVE BUYER'S BID WAS NOT RECEIVED, PROPERLY AND EFFECTIVELY PROCESSED OR ACCEPTED DUE TO TECHNICAL ERRORS OR PROBLEMS WITH THE INTERNET AUCTION SYSTEM OF THIS WEBSITE. If any questions arise as to a bid price at which lots have been sold, our record of the sale will in all cases be deemed to be final.

**PLACING BIDS:** (top)

**STRAIGHT BIDDING:** (top)

**21.** Straight bids can be placed on any lot in any sales event that is open for bidding. Bids can be for any dollar amount, and can be superseded by the placement of an additional bid for a higher amount.

**AUTO- BIDDING:** (top)

| Bid Amount Range | Increment |
|---|---|
| $50 - $99.99 | $5 |
| $100 - $499.99 | $10 |

Att. A to Exh. 1
3

| | |
|---|---|
| $500 - $999.99 | $20 |
| $1,000 - $2,499.99 | $35 |
| $2,500 - $4,999.99 | $50 |
| $5,000 - $7,499.99 | $75 |
| $7,500 - $9,999.99 | $100 |
| $10,000 - $24,999.99 | $250 |
| $25,000 - $99,999.99 | $500 |
| $100,001 and up | $1,000 |

**22. The auto-bid feature will hold your bid, automatically raising it in the increments specified above until you have won the lot or your limit has been reached. Bids can be placed for any dollar amount. In certain instances, bid increments placed with an auto-bid may be less than those above but will never be more.**

*Please note that bid increments above are minimums. A bidder may raise the increment by more than specified above by placing a straight-bid instead of an auto-bid.*

**POSTED TIMES: (top)**

**23. For internet auctions, posted closing times and displays of current time on our website are approximate. In addition, we reserve the right to close early or extend internet auctions at our discretion. Lots may be scheduled to close individually, in groups or entirely. Lot closing times will be advertised prior to the opening of the internet auction. At the scheduled closing time, the lots with active bidding will remain open for 15 minute increments until all bidding has ceased. You may participate during this time by entering from "My Auctions. We reserve the right to control the amount of time necessary to end the sale.**

**SEALED BID SALES: (top)**

**24. Sealed bids may be sent electronically via our website, by fax to (480) 596-4483, or by US mail or other commercial delivery methods to the address or number listed below. We are not responsible for bids that are not received, processed, illegible or not accepted due to technical difficulties regardless of their origin. Sealed bids cannot be cancelled, lowered or withdrawn once submitted. Sealed bids must be received by the established time for the specific sales event**

**NOTIFICATIONS: (top)**

**25. We may transmit notices by e-mail, fax or phone to the email address, fax and phone numbers provided by you during registration. We may also provide notice in written form delivered through the US mail or certified mail to the address provided by you. We are not responsible for your errors in conveying your contact information.**

**ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE ACT (top)**

**26. Prospective bidders are notified by this statement that your consent to these terms and conditions by clicking the electronic link indicating your agreement to be bound to these terms, meets the requirements of Section 101(c)(1)(C)(ii), the Consumer Consent Provision, of the Electronic Signatures in Global and National Commerce Act (ESIGN). You may print these terms and conditions, but they are subject to change by us. Changes to the terms and conditions will be effective from the time they are placed on our web site, in the terms and conditions section of the site, or any other section where they may appear.**

## *The Property:* **(top)**

**ACCEPTANCE OF PURCHASED PROPERTY "AS IS"; DISCLAIMERS, WAIVERS AND INDEMNITY: (top)**

**27. YOUR PURCHASE OF OR PLACEMENT OF A BID ON THE PROPERTY CONSTITUTES ACCEPTANCE OF THE PROPERTY AS IS AND IN A USED CONDITION. "ACCEPTANCE" AS USED HERE ALSO MEANS THAT, BY PURCHASE OF THE PROPERTY, YOU WILL BE DEEMED TO HAVE EXAMINED, OR HAD THE OPPORTUNITY TO EXAMINE, THE PROPERTY AND AGREED THAT THE PROPERTY IS OF THE SIZE, DESIGN, CAPACITY AND MANUFACTURER SELECTED BY YOU, IS**

AO/ATTOEX h. 1
4

IN PHYSICAL AND MECHANICAL CONDITION ACCEPTABLE TO YOU, AND IS FIT FOR THE PARTICULAR PURPOSE AND USE YOU REQUIRE. WE DISCLAIM ALL WARRANTIES, EXPRESS AND IMPLIED, WITH RESPECT TO THE PROPERTY, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR THAT THE PROPERTY IS FREE FROM LATENT DEFECTS. YOU ACKNOWLEDGE THAT WE ARE NOT A MANUFACTURER OF THE PROPERTY, OR AN AGENT OF THE MANUFACTURER, AND THAT THE ONLY EXPRESS WARRANTY WITH RESPECT TO THE PROPERTY IS THAT OF THE MANUFACTURER, IF ANY. YOU WAIVE ANY AND ALL OF OUR LIABILITY AND CLAIMS AGAINST US FOR DAMAGES, LOSSES, COSTS, INJURIES, PENALTIES, EXPENSES, ATTORNEYS' FEES AND LIABILITIES OF WHATEVER NATURE WHETHER IN TORT, CONTRACT, WARRANTY OR STRICT LIABILITY, INCLUDING THOSE RESULTING FROM INJURIES OR DEATHS OF PERSONS AND DAMAGES TO PROPERTY RESULTING FROM OR ARISING OUT OF OR IN CONNECTION WITH THE USE, CONDITION, OPERATION, TRANSPORTATION, SERVICE, POSSESSION, RENTAL OR SALE OF THE PROPERTY, LOSS OR LIABILITY RESULTING FROM NEGLIGENCE, BREACH OF WARRANTY, PARTS, LABOR, DELAY OR BUSINESS INTERRUPTION BY YOU OR THIRD PARTIES, DELIVERY DELAYS, WORK S^PAGES, FAILURE TO WARN, OPERATIONAL DEFICIENCIES OR FAILURES, BREAKDOWNS, STRIKES, ACTS OF GOD, UNAVAILABILITY OF THE PROPERTY OR OTHER CAUSE (WHETHER THESE CAUSES ARE AVOIDABLE OR NOT) CAUSED IN WHOLE OR IN PART, DIRECTLY OR INDIRECTLY BY YOU, OUR EMPLOYEES, REPRESENTATIVES, AGENTS OR THIRD PARTIES (COLLECTIVELY, "SPECIFIED CLAIMS"). UNDER NO CIRCUMSTANCES ARE WE RESPONSIBLE FOR SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES. YOU AGREE TO INDEMNIFY, DEFEND AND HOLD US HARMLESS FROM AND AGAINST ANY AND ALL SPECIFIED CLAIMS.

**PROPERTY DESCRIPTIONS:** (top)

**28.** The information and description found in the advertising materials for specific sales are deemed reliable but are not guaranteed. We neither assume responsibility nor make any warranty regarding the sale's contents. Condition codes, National Stock Numbers, Local Stock Numbers or National Item Identification Numbers are provided as received from the Defense Reutilization Marketing Service as assistance to our customers. We do not guaranty the accuracy of this information. It is you responsibility to verify information and item's description, including but not limited to, product condition, estimated weight, count, measure or other factors that determine the bid price. Information provided by us is not guaranteed and should not be considered as a substitute for your due diligence and physical inspection of the property.

**INTERPRETATION - PAROL EVIDENCE:** (top)

**29.** These Terms and Conditions are intended by the parties as a final expression of their contract and as a complete and exclusive statement of the Terms and Conditions of sale. No course of prior dealings between the parties and no usage of the trade may supplement or explain any term used in these Terms and Conditions. Acceptance or acquiesence in a course of performance rendered under these Terms and Conditions may not be used to determine the meaning of these Terms and Conditions even though the accepting or acquiescing party has knowledge of the nature of the performance and opportunity for objection. Whenever a term defined by the Uniform Commercial Code is used in these Terms and Conditions, the definition contained in the Code is to control.

**ADVISORY FOR USEABLE AIRCRAFT COMPONENTS AND PARTS:** (top)

**30.** Any aircraft components or parts offered in these sales may not currently be certified by the appropriate regulatory agency or agencies for use on civilian aircraft. You agree and promise that these items will not be used, offered for sale or sold for use in civilian aircraft unless proper certification is obtained from the appropriate regulatory agency or agencies. These items also may not be installed on any civilian aircraft unless installed by a Federal Aviation Administration certified repairman or mechanic. You agree to defend and hold us harmless from any and all demands, suits, actions or claims of any nature arising from or out of violation of this advisory. Additionally, you should be aware that aircraft components or parts sold by us may not be sold back to the Department of Defense or to any foreign government or military without the appropriate records and documentation.

**VEHICLES AND VESSELS:** (top)

**Transfer of Title to Vehicles** (top)

**31.** Vehicles sold by us, unless otherwise stated in the description, are titled in the name of Government Liquidation, LLC, through a "United States Government Certificate to Obtain Title to a Vehicle (SF-97), made out to Government Liquidation. At the time the vehicle is transferred, we will either assign the SF97

Att. A to Exh. 1
5

to you via a Letter of Reassignment, or apply for a state title document in our name, which we will assign to you. GL will make the decision, in its sole discretion, to provide you with the SF97 or a state title assigned to you. You understand and accept that the SF-97 contains information provided by the Government that may not be accurate or complete, and which the Government may not be willing to correct once the vehicle has been removed from the Government premises.

**32. You are solely responsible for researching state requirements for titling and registration in your state, and determining if our titling process will be accepted by your state or local Department of Motor Vehicles.**

**33. We are not responsible for, nor liable for, any unauthorized use or operation of vehicles sold by us, for vehicles that are not legally registered with the state in which they are intended to be operated in, or for obtaining insurance and insuring vehicles that have been sold prior to any operation of the vehicle.**

**34. You are solely responsible for obtaining any necessary state or local permits allowing you to move any vehicle from the location of the sale. You agree to defend, indemnify and hold us harmless for your failure to comply with the provisions of this section. Vehicles described as "residue" will not be provided SF-97s. Other vehicles may not have SF-97s issued for them and will be so noted in the description (i.e., no title available). The paid in full invoice will be the sole document transferring title to these items.**

**35. Any inspections required in order to complete a title application must be done at your expense and under your supervision. Check with your state regarding the requirements for applying for title prior to placing a bid.**

**36. Requests for duplicate SF97s will be forwarded to the issuing DRMO for their approval or rejection. GL has no obligation to provide duplicate documentation, and cannot guarantee that duplicate documentation will be made available. We will assess a titling fee of $55.00 for any assistance in obtaining a state certificate of title, up to one (1) year from date of the sale. All titles will be in our name and assigned to you. Requests for documents on vehicles sold more than one year prior to the date of the request will not be honored.**

### Transfer of Title to Vessels (top)

**37. Title to vessels will be passed via our invoice. In the event that you desire additional documentation, such as a vessel bill of sale, we will provide it to you at a cost of $40.00 per vessel. We do not warrant that the ownership documents provided by us will meet any state's requirements for titling vessels, and encourage you to research the title documentation requirements in your state to determine whether or not our procedure will meet its documentation needs. Requests for documents on vessels sold more than one year prior to the date of the request will not be honored.**

**38. Buyers of "mil-spec vessels must apply for a quasi title from the Naval Surface Warfare Center, Carderock Division, Combatant Craft Department, by completing a Request for Certificate of Build and Quasi Title to Vessel. The cost for a quasi title is $75.00. The form is available on the "Forms" section of "My Account" on our website.**

### EXPLANATION OF FEDERAL CONDITION CODES: (top)

**39. This is a two character combination of the "Supply Condition Code" and the "Disposal Condition Code." The Supply Condition Code is assigned by the activity turning the property in to the DRMO/DRMS. Supply Condition Codes are always the first position of the Federal code and are defined as follows:**

| A - Serviceable - Issuable without Qualification | New, used, repaired, or reconditioned material which is serviceable and issuable to all customers without limitation or restrictions. Includes material with more than 6 months shelf life remaining. |
|---|---|
| B - Serviceable - Issuable with Qualification | New, used, repaired, or reconditioned material which is serviceable and issuable for its intended purpose but which is restricted from issue to specific units, activities, or geographical areas by reason of its limited usefulness or short service life |

Att. A to Exh. 1
6

| | |
|---|---|
| | expectancy. Includes material with 3 through 6 months shelf life. |
| C - Serviceable - Priority Issue | Items which are serviceable and issuable to selected customers, but which must be issued before Condition A and B material to avoid loss as a usable asset. Includes material with less than 3 months shelf life remaining. |
| D - Serviceable - Test/Modification | Serviceable material which requires test, alteration, modification, conversion or disassembly. This does not include items which must be inspected or tested immediately prior to issue. |
| E - Unserviceable - Limited Restoration | Material which involves only limited expense or effort to restore to serviceable condition and which is accomplished in the storage activity where the stock is located. |
| F - Unserviceable - Reparable | Economically reparable material which requires repair, overhaul, or reconditioning. Includes reparable items which are radioactivity contaminated. |
| G - Unserviceable - Incomplete | Material requiring additional parts or components to complete the end item prior to issue. |
| H - Unserviceable - Condemned | Material which has been determined to be unserviceable and does not meet repair criteria; includes condemned items which are radioactivity contaminated, Type I self life material that has passed the expiration date, and Type II shelf life material that has passed the expiration date and cannot be extended.<br><br>NOTE: Classify obsolete and excess material to its proper condition before consigning to the DRMO. DO NOT classify material in supply condition H unless it is truly unserviceable and does not meet repair criteria. |
| S - Unserviceable - Scrap | A *Disposal Condition Code* is a code assigned by the DRMO receiver after inspection of an item which is used to designate the physical condition of that item. They are as follows: |
| 1 - Excellent | Property which is in new condition or unused condition and can be used immediately without modifications or repairs. |
| 4 - Usable | Property which shows some wear, but can be used without significant repair. |
| 7 - Reparable | Property which is unusable in its current condition, but can be economically repaired. |
| X - Salvage | Property which has some value in excess of its basic material content, but repair or rehabilitation is impractical and/or uneconomical. |
| S - Scrap | Property that has no value except for its basic material content. |

Att. A to Exh. 1

**40. We give you condition codes as they are received from the Department of Defense. They are not guaranteed. We strongly encourage you to inspect items to determine for yourself whether or not the item's condition meets your needs prior to placing a bid.**

7

**EXPLANATION OF DEMILITARIZATION (DEMIL) CODES: (top)**

**41.** Questions, problems or concerns regarding DEMIL Codes and Requirements may be answered by telephoning our Customer Service Hotline at (480) 367-1300. If you prefer, you may email your questions, problems or concerns to info@govliquidation.com. Your inquiry will receive prompt attention.

| Code: | Description: | Explanation: |
|---|---|---|
| A | Non-MLI/Non-CCLI | **Demilitarization not required.** |
| B | MLI (NON-SME) | **Demilitarization not required.** Munitions List Item. Trade Security Controls required at disposition. |
| Q | CCLI (Commerce Control List Item) | **Demilitarization not required.** CCLI are dual-use (military, commercial, and other strategic uses) under the jurisdiction of the Bureau of Export Administration, an agency of the Department of Commerce. The types of items under Commerce Control List (CCL) are commodities (i.e., equipment, property, electronics, propulsion systems, etc), software, and technology. The CCL does not include those items exclusively controlled by another department or agency of the US Government. |
| E | MLI(NON-SME) | Additional critical items or material determined to require demilitarization, either key point or total destruction. Demilitarization instructions to be furnished by the DOD Demilitarization Program Office. |

**42.** Additional critical items or material determined to require demilitarization, either key point or total destruction. Demilitarization instructions to be furnished by the DOD Demilitarization Program Office.

**SCRAP SALES (top)**

**43. Items offered for sale as "scrap" require mutilation or demilitarization as a condition of sale. These items must be totally destroyed prior to export and must be rendered useless beyond the possibility of restoration. IF DEMILITARIZATION, MUTILATION, OR OTHER DESTRUCTIVE SCRAPPING IS NOT REQUIRED, IT WILL BE ANNOUNCED IN THE LOT DESCRIPTION AT THE TIME OF THE OFFERING.** Bidding on scrap items is based on a lot price. However, the actual amount due will be determined based on the estimated weight of the property removed plus or minus a weight variance of five percent. Dunnage is included in the total weight. No allowance for dunnage will be permitted in calculating the total weight of the lot purchased. If required in the lot description, when our representative is unavailable to weigh out your truck, weight tickets from a licensed or certified scale will be required for all scrap sales. Failure to provide weight tickets will result in pricing at 2.5 times the maximum legal load capacity of the container used to remove the property. Estimated amounts will be adjusted upon the receipt of weight tickets from a licensed or certified scale. Falsification of weight tickets will result in your immediate banning from future sales offerings, and referral to appropriate law enforcement authorities.

**44.** Your acceptance of these Terms and Conditions of Sale will constitute an acknowledgement of your responsibility to perform destructive scrapping on any items sold, unless the lot description specifically indicates that scrapping is not required. Additionally, it is your responsibility to submit to us a post- scrapping certification that the scrapping has been accomplished (see the Certificate of Destruction form on our web site).

**DEMILITARIZATION AS A CONDITION OF SALE ("DCS") PROPERTY (top)**

**45.** Demilitarization as a Condition of Sale (DCS) Property are items that must be demilitarized pursuant to applicable Department of Defense regulations before title to the residue can pass to the buyer. We will advise buyers of the demilitarization procedures for DCS property offered for sale on this web site. Buyers of DCS property must provide a certification to us that the required demilitarization has been performed. Demilitarization will be effected by melting, popping, crushing, deforming, or otherwise mutilating the property so as to completely destroy its lethal purposes. The use of precision torch fixtures, saws, tools of any kind to minimize mutilation or demilitarization is forbidden. Buyers of DCS property are subject to surveillance and verification by the Department of Defense. Failure to perform the required demilitarization within 30 days of

Att. A to Exh. 1
8

property removal may result in the buyer being referred to the DLA Criminal Investigation Activity or other appropriate enforcement authorities, as well as the suspension of bidding privileges with us.

**LARGE CALIBER (OVER 30 MM) SHELL CASES (top)**

**46.** You certify that you are not purchasing any of the items (large caliber (over 30 mm) shell cases) for military use; you agree and promise that you will not, directly or indirectly, use or dispose of in any fashion the items for military use; you agree and promise that you will include this clause in its entirety in any later sale or transfer of title, or possession by you or your successor in title or interest; you agree and promise that the items will not be exported for military use and, if exported for any reason, a full disclosure of their origin by reference to our sale and lot number will be made to the appropriate export licensing department or agency.

**TRANSFER OF TITLE (top)**

**47.** Unless property is being sold with a requirement for demilitarization or other destructive scrapping, title will transfer to you upon removal of the entire lot from the military installation. Property that is paid for, but not removed within a timely manner, as defined by the removal instructions provided, will be considered abandoned, and we will resell the property. We will retain as liquidated damages monies paid by you for property that is subsequently abandoned for failure to remove in a timely manner. Title to property that requires demilitarization as a condition of sale (DCS) or that requires some other form of destructive scrapping, will not pass to you until the demilitarization or destructive scrapping has been completed, and evidence of completion (certificate of destruction or certificate of scrapping) has been provided to us. Under no circumstances will title to any property pass to the buyer until payment in full has been made to GL.

**HAZARDOUS COMPONENTS OR CONSTITUENTS (top)**

**48.** The government cautions that certain property may have components, parts, constituents or ingredients that may be corrosive, reactive, ignitable or exhibit other hazardous or toxic properties. You are cautioned to use and ultimately dispose of any hazardous components or constituents according to all applicable local, national or international laws and regulations in a manner safe for the public and the environment.

**MEDICAL AND DENTAL PROPERTY OR DEVICES: (top)**

**49.** Medical and dental property being offered in any sale will require the submission to us of a completed Food and Drug Administration (FDA) form by buyers of that property before payment is accepted and the property will be released. Either section A or section B of the form must be completed (whichever applies). Forms may be submitted after the sale is closed and notification is sent to you informing you of your successful bid on the property. The FDA form is available in the "Formssection of the web site, which can be accessed when you log into your GL account. The completed form must be legible, accurate and filled out completely for authorization for the removal of property. No medical or dental property will be released without the form. We are not responsible for accuracy, completeness or legibility of the form. It is your responsibility to submit the form. In the event the FDA form is not filled out properly and returned within the specified period of time (stated for the sale), we reserve the right to withdraw the objects from the sale and dispose of them at our discretion. Should this occur, we will assess as liquidated damages a default fee equal to the greater amount of 25% of the winning bid, or a $30 minimum.

**ADDITIONAL CAUTIONS REGARDING PROPERTY: (top)**

**50.** Certain pieces of property may contain residual chemicals, friable asbestos, petroleum products and ozone depleting substances or other hazards. You acknowledge and agree that we are not responsible for providing documentation or certification regarding the identification or status of these substances. Certain pieces of property have design features that may be hazardous if warning labels are not heeded.

**51.** With regard to the "Sunray brand gas range, 30 size, Model No. 26JAOOX13, NSN 7310-01-046-2869, and electric range 30size, Model No. STC-26, NSN 7310-00-823-7386, manufactured by Glenwood Range Co., Delaware, OH, the following information is provided to prospective buyers. "While the oven is in operation and for a short period of time after the unit is shut off, the surface temperature of the oven door becomes excessively hot which may cause burns to anyone touching the door."

Att-A to Exh. 1
9

## Paying for Your Property: (top)

**BUYER'S PREMIUM: (top)**

**52. We charge a buyer's premium of 10% of the bid amount on all purchases. The buyer's premium is considered a taxable amount, and will be taxed at the appropriate rate depending on the location of the property. Buyer's premiums are standard in the auction industry, and should be factored into your bidding strategy.**

**SALES, USE OR EXCISE TAXES: (top)**

**53. We are obligated to collect sales, use or excise tax from ALL buyers. It is your responsibility to provide the required documentation when submitting a bid to claim an exemption. You must submit re-sale or tax-exemption documentation from the state in which you are doing business as well as the states where you are purchasing property. We are not obligated to refund sales tax due to late submission of sales tax exemption documentation. Submission of all appropriate tax exemption forms must be received by us before 5:00 p.m. ET on the date the sales event in which you are participating closes. Re-sale certificates may be faxed to us at (480) 367-1450. You will be liable for all taxes, surcharges or other charges imposed on the sale of goods by any taxing authority if tax forms are not received by close time of the sales event in which they are participating. You will need to contact the appropriate taxing authority directly for refunds.**

**\*\*Note: All property sold in the state of Hawaii is subject to an excise tax. There are no exemptions to the Hawaii excise tax.**

**FORMS OF PAYMENT: (top)**

**54. Acceptable forms of payment include VISA™, Mastercard™, American Express™, cashier's check, money order, wire transfer and company check with a bank letter of guarantee. We must receive payment in full within 72 hours of the close of sale.**

**55. Credit cards submitted online will automatically be charged the full amount of your purchase (including buyer's premium and taxes) the next business day after the sale closes, unless otherwise noted on our website and unless you contact us prior to the close of the sale. No charges will be made to the credit card until the sales event has been closed and a successful bidder has been determined.**

**56. If you choose another form of payment, the following information must accompany a letter of instruction:**

- **Company name (if applicable)**
- **Customer name**
- **Telephone number**
- **Sales event number**
- **Signature and date**
- **Twenty-five percent of total bid amount**

**\*\*Note: A valid credit card must be entered at time of bid submission regardless of the form of payment. Credit cards submitted by a buyer must be in the name of the registered buyer and be valid at the time a lot is awarded.**

**57. If paying by cashier's check, certified check, money order or wire transfer, a minimum of 25% of the total bid amount must accompany the bid. In the event that the deposit is not received prior to the close of sale, it will be charged to the designated credit card for that sale. NOTE: ALL FUNDS MUST COME FROM THE REGISTRANT. GL WILL NOT ACCEPT THIRD PARTY FUNDS OF ANY KIND FOR ANY REASON.**

**PAYMENT TERMS: (top)**

**58. In the event you fail to pay the entire purchase price within the time set forth by us or fail to comply with any of these terms and conditions, we will assess as liquidated damages the amount of 25% of the winning bid (with a $30 minimum). Any item that is not paid for may be resold at public or private sale without further notice. Accordingly, in the event the successful bidder for any item fails to complete the purchase for any reason, we reserve the right to accept the next highest bid.**

Att. A to Exh. 1

**DEFAULT AND OTHER LIQUIDATED DAMAGES: (top)**

10

**59. We reserve the right to charge a $25.00 fee for any credit card transaction**

that is rejected. Buyers are strongly encouraged to review the data in their profile prior to submitting bids and to make any corrections necessary to their credit card information at the time of bidding. Additionally, buyers who submit erroneous credit card information, or attempt to use credit cards that they are not authorized to use, are subject to sanctions, including banning offenders from participating in our sales, and may be reported to appropriate law enforcement agencies.

60. A default fee of 25% of the price due (exclusive of taxes), but not less than $30.00, will be assessed the bidder who fails to pay within the required time period. Government Liquidation must receive all payments that are associated with default fees via money order, cashier's check or wire transfer. Credit card payments will not be accepted as a valid form of payment of a default fee. From the time when a buyer is determined to be in default until payment of the default fee is received, the buyer's Government Liquidation account will be temporarily suspended from all bidding activity. Default fees are calculated based on 25% of the bid amount, excluding sales tax. There is a minimum default fee of $30.00.

61. Any buyer that attempts to rescind a credit card transaction without our express written consent (i.e., charge-back), will be immediately and permanently banned from our sales. Charge-backs can be considered as a form of credit card fraud, and thus may also be subject to sanctions or prosecution by law enforcement authorities.

### *Abandoned Property:* (top)

62. A schedule for removal of property will be established for each sale. You must remove all property awarded within this time limit. If for any reason removal cannot be completed within the time period, it is your responsibility to arrange with our site manager for an extension of time. We are not responsible for property that is not removed within the time allotted. If property is not removed within the specified removal period or scheduled for removal at a later date with our site manager, we will consider the property to be abandoned by you, and you will have abandoned all right, title and interest in the property including the purchase price of the property. We are not required to send abandonment or late removal letters to you prior to exercising the right of abandonment.

### *End-Use-Certifications [EUC] (DLA Form 1822):* (top)

63. GOVERNMENT LIQUIDATION WILL NOT SELL ANY DEMIL B OR Q PROPERTY WITHOUT AN APPROVED END-USE CERTIFICATE.

64. Where an END-USE-CERTIFICATE (EUC) is required to complete the transaction, no property will be released or removed until all certificates are filed and the property has been cleared for release. There will be no exceptions or exclusions to this requirement. The edition of the EUC, DLA Form-1822, provided online is the ONLY valid form accepted for this sales event. Once it is determined that you are the high bidder, after the sale close date, the following deadlines apply:

65. You will have seven business days from the sale closing date to submit a completed EUC. If revisions to the EUC are necessary, you will have an additional five business days to make revisions and submit an acceptable EUC. Buyers who have not submitted an acceptable EUC (Form-1822) within 12 business days will have their winning bids voided and liquidated damages assessed equal to the amount of 25% of the winning bid (with a $30 minimum).

66. The requirement that the EUC be complete, correct and legible is your obligation. We do not control the amount of time required for approval or the final decision to allow or disallow the release of the property to the individuals completing and filing the EUC.

67. The approval process for release of inventory can be a long process. For first time buyers, the period for approval by Trade Security Control (TSC) can take 45 days or longer. Buyers who have a current TSC clearance can expect approval (or disapproval) and the release of their purchases within ten days in most cases. (NOTE: If your TSC clearance was received prior to June 2001, you must re-submit your EUC for TSC approval as a first-time buyer.)

68. End-Use Certificates that are submitted and not approved for property removal within 180 days may lead to the sale being voided at our discretion, and we have the right to dispose of the property at our discretion. Additionally, if a submitted EUC is denied clearance for authorization to release property, we reserve the right to assess liquidated damages to the amount of 25% of the winning bid (with a $30 minimum).

NRA to Exh. 1
11

69. SCRAP DEMIL B AND Q PROPERTY SOLD IN SALES SERIES 6000+ (SCRAP SALES) WILL BE INVOICED IMMEDIATELY UPON THE DETERMINATION OF A HIGH BIDDER FOR THE ENTIRE AMOUNT DUE, AND MUST BE PAID WITHIN 72 HOURS OF NOTICE OF AMOUNT DUE. Credit cards submitted online will automatically be charged the full amount of your purchase (including buyer's premium and taxes) the next business day after the sale closes, unless otherwise noted on our website and unless you contact us prior to the close of the sale. No charges will be made to the credit card until the sales event has been closed and a successful bidder has been determined.

70. Useable Demil B and Q Property will be invoiced at the time the EUC is approved, and will be due within 72 hours of request for payment. Property will not be released until we receive approval for release from DRMS/TSC. In the event that the sales series 6000+ (scrap sales) EUC is not approved, but the bidder has made a good faith effort, we will refund the purchase price in full. Where GL determines that the EUC was rejected due to a lack of good faith effort on the part of the bidder, a default fee of 25% of the price due (exclusive of taxes), but not less than $30.00, will be assessed the bidder.

71. Prospective buyers are notified that property sold is subject to Demil Code changes as imposed by the DRMS. If an item's demil status changes to "B or "Q", you agree to complete an EUC (DLA Form-1822) when informed of the change and requested to do so. Buyers will be notified in writing, with an explanation of the sale/lot/ item in question, and a copy of the End-Use Certificate will be provided for completion. This becomes a condition of sale.

72. Items sold by us, which are changed to a Demil Code status of other than B or Q from Demil Codes A, B or Q, must be returned by you to the nearest DRMS facility (at the expense of the Department of Defense), and you will be reimbursed for the purchase price and any subsequent transportation costs incurred. If you have already transferred the property to another party, you agree to provide the name and contact information of that party to the Department of Defense or other federal government agency charged with the investigation of the transfer.

73. Your failure to cooperate in returning these items, providing contact information of transferees or completing and submitting End-Use-Certificates upon any Demil Code change will constitute grounds for suspension of your account and prohibition from buying in future GL or U.S. Government sales.

74. Information on END-USE CERTIFICATES is available on our website, by emailing our Customer Service Department at info@govliquidation.com or by calling our Customer Service Hotline at (480) 367-1300. We will not sell Demil B or Q property to any citizen of or agent acting for a foreign country. There will be no exceptions to this provision.

**Removal of Property:** (top)

75. Unless stated otherwise, all lots include dunnage (cartons, pallets, shrink-wrap, bands, crates, etc.), and you must remove the entire lot. We are not responsible for the disposal of unwanted items or dunnage.

76. According to the terms of our contract with the DRMS, Government Liquidation sells only useable electronic devices, including reparable devices. GL makes no warranties or representations regarding the electronic devices it sells, and strongly encourages bidders to personally inspect property prior to bidding. Any device which is damaged in transit or is found to be cracked, shattered or broken may subject the buyer to regulations pertaining to the handling, storage, transportation, re-sale or disposal of electronic waste. Buyers are encouraged to check with their state department of environmental services to determine what regulations, if any, might apply under these circumstances.

77. You or your designated agent must remove property within the time frame established for the lot being removed. Failure to remove property in a timely manner will be considered your abandonment of all right and title to the property, including the purchase price. See the abandonment section for additional information.

78. In the event we extend the removal period to accommodate a buyer's needs, you understand and accept that any liability and risk of loss does not rest with us or the Defense Reutilization and Marketing Service, but is at your own risk.

79. You understand that the US Government reserves the right to withdraw any and all property available for each sale up to the removal period. If this occurs, our liability is limited to return of the purchase price paid for the lot. We have no liability for incidental or consequential damages to any buyer.

Att. A to Exh. 1
12

80. You are responsible for rigging, loading, securing and transporting purchased property, including all costs and risks associated with removal. In certain situations, unless otherwise stated, we will provide a free tailgate loading but will NOT guaranty a specific loading time. In consideration for this 'no cost' loading service, you agree to release, hold us harmless and waive any and all claims, causes of actions, damages (including consequential damages or loss of use) or liabilities of any kind or nature. Please note that GL does not package items prior to pickup. Buyers need to make arrangements for packing of purchased items with a packing and shipping store, or other suitable vendor.

81. Where we indicate the Property must be loaded by the Buyer, you must provide all material handling equipment (MHE) and properly trained and certified operators to operate the equipment. Additionally, you must provide proof of adequate general liability insurance, and proof of worker's compensation insurance. Government Liquidation, LLC and the Defense Reutilization and Marketing Service must be listed as additional insured on the general liability insurance. Buyer's employees or agents are responsible for compliance with all federal, state, local and host installation environmental, safety and health regulations while operating equipment on the site.

82. You are responsible for any damages to property, including spills or releases of hazardous substances, which might occur during the removal process. Failure by you or your designated agent to clean up any releases or to repair any damages may result in your being banned from future participation in GL sales, and you may be reported to the appropriate authorities.

83. At your request, we may provide information on packing and shipping services. You understand and acknowledge that this is informational only. You further agree to hold us harmless from any liabilities, damages or consequences resulting from the selection and use of any packing and shipping service. Should you choose to use a transportation company for the removal of your property, we are not responsible for any of the associated costs. You are reminded to be specific and clear in the instructions to the transportation company so that we are not shown as a responsible financial party.

84. Either you or your authorized agent will be required to sign for all material in the presence of a GL representative (unless otherwise approved by an authorized GL agent) prior to removing property.

**Note: You or your agent are responsible for property counts and verification of lots at the time of removal or delivery. We will not honor claims after that time.

## *Disputes:* (top)

85. All disputes must be submitted to us in writing and must include the sales number, the lot number, the customer number and the invoice number, along with a narrative describing the basis for the dispute. Disputes as to counts or proper model must be noted by the Buyer or their agent at the time of removal, and must be called to our attention within 30 days of the removal date. Disputes may be submitted via email to info@govliquidation.com, by fax to (480) 367-1450 or mailed to Government Liquidation, LLC, 15051 N. Kierland Blvd., Third Floor, Scottsdale, AZ, 85254, Attention: Customer Relations. We will not recognize claims related to property condition, minor count discrepancies or your failure to inspect the merchandise prior to bidding or removal.

86. You agree that any dispute between the parties must be resolved under Arizona law and in a court located in Maricopa County, Arizona. You expressly agree to the jurisdiction of those courts to resolve any dispute, and not to contest that jurisdiction or venue. You also agree to service of process by certified or registered mail. In the event of litigation, we are entitled to our costs and attorneys fees.

**TIE BIDS:** (top)

87. In the event equal bids are received for the same lot, you grant us the sole and exclusive authority to resolve and make all final determinations with respect to those bids.

88. <u>Sealed Bid Sales</u>- In the event of a tie during a sealed bid sale, the lot will be awarded to the Buyer whose bid was first received. This applies regardless of whether the bidder entered their own bid or the bidder faxed their bid to us to enter on their behalf.

Att. A to Exh. 1

13

89. <u>Internet Auctions</u>- On the occasion of a "tied bid," despite whether the bid was accepted as an "auto-bid" or "straight bid," the lot in question will be awarded to the Buyer whose bid was first received. We keep a time stamp

recording of all Internet auctions and Bidding/Time activities and transactions

**BID RETRACTIONS:** (top)

**90. Any requests for a bid retraction due to mis-keyed bids must be received by us in writing via email to info@govliquidation.com, fax to (480)367-1450 or letter to the Scottsdale Support Office of GL, 15051 N. Kierland Blvd., Third Floor, Scottsdale, AZ, 85254, immediately upon discovery with the Subject: Bid Retraction. Additionally, customers must call Customer Service at (480) 367-1300 to follow up the written request, immediately. We will not recognize a request to retract a bid if the request impacts subsequent bidding on the lot in question. An auto- bid that has already affected the current bidding on a lot cannot be retracted, but may be lowered to the last bid increment placed at the time the request was received. Requests should include the bidder number, sale number and lot number affected.**

**\*\*Note: Winning bid prices will not be adjusted after award due to an error in bidding or any other discrepancy regarding description, estimated weight, count, measure or other factors that may influence the final bid price of a lot. I UNDERSTAND THAT BY PARTICIPATING IN A GOVERNMENT LIQUIDATION SALES EVENT THAT I AM AND AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS. GOVERNMENT LIQUIDATION, LLC**

**15051 N. Kierland Blvd., 3rd Floor Scottsdale, AZ, 85254 USA**

Customer Service Hotline:   • (480) 367-1300 (phone)

• (480) 367-1450 (fax)

E-mail: **info@govliquidation.com**

Website: **www.govliquidation.com**

**Revised May 24, 2006**

Home | New Visitor? | Bidder's Corner | Search | Calendar | Locations | FSC Codes | My Account | Register | Help | About Us

- Terms and Conditions
- Privacy Policy
- Contact Us
- Shipping

Copyright © 2001-2006 Government Liquidation, LLC., a subsidiary of Liquidity Services, Inc. All rights reserved.

goWholesale | Liquidation.com | UKsurplus

Att. A to Exh. 1
14