UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BROWN HELICOPTER, INC.,** *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Case No. 06-0840 (JR)<br>)<br>)<br>)<br>)<br>) |

The Defendant, through counsel, the United States Attorney for the District of Columbia, hereby answers Plaintiffs' Amended Complaint as follows:

### FIRST DEFENSE

The Amended Complaint fails to state a claim upon which relief should be granted.

### SECOND DEFENSE

The Plaintiffs lack standing to challenge the lawfulness or integrity of the sale of government property when they are not pre-registered to bid on the merchandise and otherwise will not suffer a cognizable injury because of the sale.

### THIRD DEFENSE

The actions of the government challenged in this lawsuit were reasonable and not arbitrary or capricious.

Defendant answers the numbered paragraphs of the Complaint as follows:

### INTRODUCTION

1. This is Plaintiffs' description of the case, to which a response is not required, to the extent that a response is deemed required, Defendant denies the allegations.

## JURISDICTION AND VENUE

2-4.   These paragraphs contain Plaintiffs' legal conclusions concerning jurisdiction and venue to which a response is not required. To the extent that a response is deemed required, Defendant denies the allegations of these paragraphs.

## PARTIES

### *Plaintiffs*

5-10.   These paragraphs contain descriptive information concerning the Plaintiffs. Defendant has insufficient information about the Plaintiffs to affirm or deny these allegations.

### *Defendant*

11.   The Defendant denies the allegations of this paragraph as incomplete and inaccurate.

## FACTUAL BACKGROUND

12.   Denied.

13.   Defendant has insufficient information to affirm or deny the allegations of the first sentence of this paragraph, but denies the remainder of the paragraph.

14.   Defendant denies Plaintiffs' description of the delegation of authority to the Defense Reutilization and Marketing Service (DRMS) contained in this paragraph.

15.   Denied as an incomplete description of the sale process.

16.   Denied as an inaccurate description of the demilitarization requirements.

17.   Denied as an incomplete listing of the sources of demilitarization requirements.

18.   Denied.

19.   Admit.

20.   Denied as an incomplete description of the demilitarization code process.

21. Denied . The last sentence is confusing as to whether the reference is to the original purchase of the aircraft or a current purchase of the aircraft. To the extent, Plaintiffs reference the original purchase, admit last sentence.

22. Denied.

23. Denied.

24. Denied as not accurate.

25. Admit, with recognition that a $50,000 bid deposit is required.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

## REQUEST FOR RELIEF

The remainder of the Complaint is Plaintiffs' prayer for relief, to which a response is not required. To the extent that any part of the prayer for relief is deemed to contain allegations of fact to which a response is required, all such allegations are hereby denied.

Any allegation not admitted or denied above is hereby denied.

WHEREFORE, the United States Department of Defense demands as follows:

1. Judgment in its favor and against Plaintiffs;

2. For all costs incurred herein; and

3. For any and all relief to which it may appear to be entitled.


Respectfully submitted,


/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2006, I caused the foregoing Answer to be served on Counsel for the Plaintiffs via the Electronic Case Filing System or, if this means fails, then by mail, postage prepaid, addressed as follows:

**Lisa V. Studtmann**
**Fausti & Associates, LLC**
**4301 Connecticut Avenue, N.W., Suite 453**
**Washington, D.C.  20008**

**Kevin R. Garden**
**THE GARDEN LAW FIRM, P.C.**
**901 N. Pitt Street, Suite 325**
**Alexandria, VA  22314**

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739