IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROWN HELICOPTER, INC., UNITED )
AERONAUTICAL CORP., and ASSOCIATED )
AIRCRAFT MFG. & SALES, INC., )
        Plaintiffs, )
   v. )  Civil Case No. 06 CV 804 (JR)
UNITED STATES DEPARTMENT OF DEFENSE, )
        Defendant. )

## **PLAINTIFFS' STATUS REPORT**

Plaintiffs Brown Helicopter, Inc., et al., hereby submit this status report to the Court pursuant to the Court's prior request. At this time, the parties are having productive discussions regarding settlement, which if successful would eliminate any need to proceed further with this matter before the Court. However, at this time no agreement has been reached.

Absent an Order from the Court to the contrary or proposing a different date, the parties will submit a follow-up status report in 30 days unless they reach a settlement prior to that date.

Defendant's counsel agrees with the representations set forth above.

Respectfully submitted,

_____/s/_____
John J. Fausti
D.C. Bar No. 349811
Fausti & Associates, LLC
4301 Connecticut Avenue, NW
Suite 453
Washington, DC 20008
(202) 237-0505 (phone)
(202) 237-7566 (fax)
jfausti@faustilaw.com

Of counsel:

Lisa V. Studtmann
D.C. Bar No. 494632
Fausti & Associates, LLC
4301 Connecticut Avenue, NW
Suite 453
Washington, DC 20008
(202) 237-0505 (phone)
(202) 237-7566 (fax)
lstudtmann@faustilaw.com

Kevin R. Garden
DC Bar No. 426745
THE GARDEN LAW FIRM, P.C.
901 N. Pitt Street
Suite 325
Alexandria, VA 22314
Telephone: (703) 535-5565
Facsimile: (703) 997-1330
Email: kevin@gardenlawfirm.com

Dated: March 9, 2007